AO 240 (Rev. 10/03)
DELAWARE (Rev. 4/05)

# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

DALE PALMER
  Plaintiff

STAN TAYLOR V-COMMISSIONER
THOMAS CARROL - WARDEN
JOHN/JANE DOE - CORRECTIONAL MEDICAL SERVICES
  Defendant(s)

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: - 0 6 - 5 7 6

I, __DALE PALMER__ declare that I am the (check appropriate box)

☑ Petitioner/Plaintiff/Movant   ☐ Other

Scanned- BP 9/14/06

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

FILED
SEP 1 4 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?  ☑ Yes   ☐ No   (If "No" go to Question 2)

   If "YES" state the place of your incarceration __DELAWARE CORRECTIONAL CENTER__

   **Inmate Identification Number (Required):** __175330__

   Are you employed at the institution? __Yes__  Do you receive any payment from the institution? __Yes__

   *Attach a ledger sheet from the institution of your incarceration showing at least the past **six** months' transactions*

2. Are you currently employed?  ☑ Yes   ☐ No

   a. If the answer is "YES" state the amount of your take-home salary or wages and pay period a and give the name and address of your employer. __38 dollars a month - from the Dept of Corrections.__

   b. If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | ☐ | ☑ |
   | b. | Rent payments, interest or dividends | ☐ | ☑ |
   | c. | Pensions, annuities or life insurance payments | ☐ | ☑ |
   | d. | Disability or workers compensation payments | ☐ | ☑ |
   | e. | Gifts or inheritances | ☑ | ☐ |
   | f. | Any other sources | ☐ | ☑ |

   If the answer to any of the above is "YES" describe each source of money and state the amount received AND what you expect you will continue to receive. __I have recieved some money orders from a friend and my mother.__

AO 240 Reverse (Rev. 10/03)
DELAWARE (Rev. 4/05)

4. Do you have any cash or checking or savings accounts?   ☒ Yes   ☐ No

   If "Yes" state the total amount $ 12.52

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?   ☐ Yes   ☒ No

   If "Yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, OR state NONE if applicable.   NONE

I declare under penalty of perjury that the above information is true and correct.

8-3-06
DATE

_Dale Palmer_
SIGNATURE OF APPLICANT

**NOTE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

06-576

TO: *Dale Palmer* SBI#: *175330*

FROM: Stacy Shane, Support Services Secretary

Scanned- *BD 9/14/06*

RE: **6 Months Account Statement**

FILED
SEP 14 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

DATE: *July 20, 2006*

Attached are copies of your inmate account statement for the months of *January 1, 2006* to *June 30, 2006*.

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| Jan | 70.54 |
| Feb | 70.54 |
| March | 33.20 |
| April | 3.67 |
| May | 23.08 |
| June | 4.13 |

Average daily balances/6 months: _34.19_

Attachments
CC: File

*Stacy Shane*
7/20/06

*Pam Price*
7/20/06

# Individual Statement - No Transactions This Month

Date Printed: 7/20/2006             Page 1 of 1

## For Month of January 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: |
|---|---|---|---|---|---|
| 00175330 | PALMER | DALE | | | |
| Current Location: | T1 | | | | |

| Source | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: $0.00

## Individual Statement - No Transactions This Month

Date Printed: 7/20/2006 | Page 1 of 1

### For Month of February 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: |
|---|---|---|---|---|---|
| 00175330 | PALMER | DALE | | | |
| Current Location: | T1 | | | | |

| Source | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: $0.00

# Individual Statement

Date Printed: 7/20/2006

Page 1 of 1

## For Month of March 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $70.54 |
|---|---|---|---|---|---|---|
| 00175330 | PALMER | DALE | | | | |

Current Location: T1     Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Pay-To | 3/6/2006 | ($45.00) | $0.00 | $0.00 | $25.54 | 230807 | | | |
| Mail | 3/7/2006 | $15.00 | $0.00 | $0.00 | $40.54 | 231836 | 0967976630B | PRISON INDUSTRIES | C CRUZ |
| Canteen | 3/14/2006 | ($14.88) | $0.00 | $0.00 | $25.66 | 236120 | | | |
| Canteen | 3/21/2006 | ($8.62) | $0.00 | $0.00 | $17.04 | 239070 | | | |

Ending Mth Balance: $17.04

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Non-Medical Hold: $0.00

## Individual Statement - No Transactions This Month

Date Printed: 7/20/2006            Page 1 of 1

### For Month of April 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: |
|---|---|---|---|---|---|
| | | | | | |

Current Location:

| Source | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|

Total Amount Currently on Medical Hold:

Total Amount Currently on Non-Medical Hold:

# Individual Statement

## For Month of May 2006

Date Printed: 7/20/2006

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.25 |
|---|---|---|---|---|---|---|
| 00175330 | PALMER | DALE | | | | |
| Current Location: | T1 | | | Comments: | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Mail | 5/8/2006 | $50.00 | $0.00 | $0.00 | $50.25 | 260447 | 50604590 | | M. MORALES |
| Canteen | 5/16/2006 | ($27.00) | $0.00 | $0.00 | $23.25 | 263825 | | | |
| Canteen | 5/23/2006 | ($5.00) | $0.00 | $0.00 | $18.25 | 266096 | | | |
| Release Cash | 5/23/2006 | $0.10 | $0.00 | $0.00 | $18.35 | 266944 | | UNCLAIMED | |
| Canteen | 5/30/2006 | ($8.11) | $0.00 | $0.00 | $10.24 | 271253 | | | |

Ending Mth Balance: $10.24

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: $0.00

# Individual Statement

Date Printed: 7/20/2006

Page 1 of 1

## For Month of June 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: |
|---|---|---|---|---|---|
| 00175330 | PALMER | DALE | | | $10.24 |

Current Location: T1    Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 6/13/2006 | ($10.18) | $0.00 | $0.00 | $0.06 | 278640 | | | |

Ending Mth Balance: $0.06

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Non-Medical Hold: $0.00