(Rev. 5/05)

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

(1) DALE PALMER - 125330
    (Name of Plaintiff)    (Inmate Number)

DELAWARE CORRECTIONAL CENTER
1181 Paddock Rd Smyrna, Del. 19977
    (Complete Address with zip code)

(2) _____N/A_____
    (Name of Plaintiff)    (Inmate Number)

    _____N/A_____
    (Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

: (Case Number)
: ( to be assigned by U.S. District Court)

FILED
SEP 1 4 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

vs.

(1) STAN TAYLOR - COMMISSIONER

(2) THOMAS CARROLL - WARDEN

(3) JOHN/JANE DOE - C.M.S
    (Names of Defendants)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

CIVIL COMPLAINT

✓ Jury Trial Requested

Scanned- BD 9/14/06

I.    PREVIOUS LAWSUITS

    A.    If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number
          including year, as well as the name of the judicial officer to whom it was assigned:

I have filed at least 3 other lawsuits as far Back as 1994. But, I don't have the information you are requesting Because, I no longer have those documents.

II. EXHAUSTION OF ADMINISTRATIVE REMEDIES

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? ✓ Yes  ・・No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? ✓ Yes  ・・No

C. If your answer to "B" is Yes:

1. What steps did you take? I filed A Grievance and complained to the medical department.

2. What was the result? My Grievance was denied and I appealed to the Bureau Chief - I got no response.

D. If your answer to "B" is No, explain why not: _____

III. DEFENDANTS (in order listed on the caption)

(1) Name of first defendant: STAN TAYLOR

Employed as COMMISSIONER at THE DEPARTMENT OF CORRECTIONS

Mailing address with zip code: 245 McKEE ROAD - DOVER DEL 19904

(2) Name of second defendant: THOMAS CARROLL

Employed as WARDEN at DELAWARE CORRECTIONAL CENTER

Mailing address with zip code: 1181 PADDOCK ROAD - SMYRNA, DELAWARE, 19977

(3) Name of third defendant: JOHN / JANE DOE

Employed as MEDICAL DIRECTOR at CORRECTIONAL MEDICAL SERVICES

Mailing address with zip code: 1201 COLLEGE PARK DRIVE SUIT #101 DOVER, DEL. 19904

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. The plaintiff brings this action against the warden the commissioner and John/Jane Doe of Correctional medical services for failure to provide adequate medical care. More than 18 years has passed since the plaintiff was diagnosed with Hepatitis-C here at D.C.C. and in 2004 he was diagnosed with Hepatitis-B enzymes. He has been denied constantly, treatment that would prevent (cirrhosis) or fibrosis and, he has been denied A Biopsy that would determine the exact diagnosis and stage of the desease. The plaintiff has also requested Treatment and medical management. He has requested Interferon and Ribavirin for his cronic care. This combination treatment is currently the best, and can get rid of the virus in up to 40% of those with genotype (1) and 80% with genotype (2) or (3). In all attempts for treatment the plaintiff was denied.

V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. I want the Court to order (CMS) correctional medical services to treat me and, I want to be compensated for all the years they have know but neglected my illness while incarcerated. I am seeking A order of 250,000 dollars.

3

2. I am seeking the Court to order the medical department to give me (Interferon and or Ribavirin) treatment.

3. I am seeking the Court to order A Biopsy to determine my liver damage. I am also seeking compensation resulting from cruel and unusual punishment - medical malpractice and pain and suffering - 250,000 dollars.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __3rd__ day of __August__, 2_006_.

__Dale Palmer__
(Signature of Plaintiff 1)

__N/A__
(Signature of Plaintiff 2)

__N/A__
(Signature of Plaintiff 3)

4

