IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

DALE OTIS PALMER,                )
                                 )
          Plaintiff,             )
                                 )
     v.                          ) Civil Action No. 06-576-SLR
                                 )
COMMISSIONER STAN TAYLOR,        )
WARDEN THOMAS CARROLL,           )
JOHN DOE CMS, JANE DOE CMS,      )
                                 )
          Defendants.            )



BD scanned

**AUTHORIZATION**

I, Dale Otis Palmer, SBI #175330, request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $7.43 and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated September 25, 2006.

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $350.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: 9-27-  , 2006.

_Dale Palmer_
Signature of Plaintiff

I/M DALE OTIS PALMER
SBI# 175330 UNIT T-1
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
28 SEP 2006 PM 2 T

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
844 N. KING STREET LOCKBOX #18
WILMINGTON, DELAWARE


U.S.M.S
X-RAY