IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DALE OTIS PALMER,
    Plaintiff,

v.

COMMISSIONER: STAN TAYLOR,
WARDEN: THOMAS CARROLL,
MEDICAL DIRECTOR: JAMES WELCH,
    Defendants.

Civ. No. 06-576-SLR

## MOTION TO AMEND

Now comes the plaintiff in the above captioned action who hereby files this motion to amend his complaint.

The plaintiff is seeking the Courts permission to add the name of James Welch to the Complaint. He states that at the filing of the complaint, Correctional Medical Services and, the Department of Corrections Central Buisness Office would not provide the plaintiff with the Department of Corrections medical Directors name. Wherefore in place of John or Jane Doe the plaintiff seeks the name of James Welch to be added as medical director for (C.M.S.) Correctional Medical Services.

In the intrest of justice the plaintiff prays this motion be granted.

                  Respectfully

This 11th Day of October 2006

DALE PALMER 125330 Unit T-1
D.C.C. 1181 Paddock Rd
Smyrna, Del. 19977

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DALE OTIS PALMER,
    Plaintiff,

v.

COMMISSIONER: STAN TAYLOR,
WARDEN: THOMAS CARROLL,
MEDICAL DIRECTOR: JAMES WELCH,
    Defendants.

Civ. NO. 06-526-SLR

## MOTION TO AMEND

Now comes the plaintiff in the above captioned action who hereby files this motion to amend his complaint.

The plaintiff is seeking the Courts permission to add the name of James Welch to the complaint. He states that at the filing of the complaint, Correctional Medical services and, The Department Of Corrections Central Buisness office would not provide the plaintiff with the Department of Corrections medical Directors name. Wherefore in place of John or Jane Doe the plaintiff seeks the name of James Welch to be added as medical director for (C.M.S.) correctional Medical services. In the intrest of justice the plaintiff prays this motion be granted.

This 11th Day of October 2006

Respectfully
DALE PALMER 125330 Unit T-1
D.C.C. 1181 Paddock Rd
Smyrna, Del. 19977

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DALE OTIS PALMER,
    Plaintiff,

V.

COMMISSIONER: STAN TAYLOR
WARDEN: THOMAS CARROLL
MEDICAL DIRECTOR: JAMES WELCH

Civi N0. 06-526-SLR

## MOTION TO AMEND

Now comes the plaintiff in the above captioned action who hereby files this motion to amend his complaint. The plaintiff is seeking the courts permission to add the name of James Welch to the complaint. He states that at the filing of the complaint, Correctional Medical Services and, the Department of Corrections Central Buisness Office would not provide the plaintiff with the Department of Corrections Medical Directors name. Wherefore in place of John or Jane Doe the plaintiff seeks The name of James Welch to be added as Medical director for (C.M.S.) Correctional Medical Services. In the intrest of justice the plaintiff prays this motion be granted.

This 11th Day of October 2006

Respectfully
DALE PALMER #125330
Unit T-1
D.C.C. 1181 Paddock Rd
Smyrna Del 19977

I/M DALE OTIS PALMER
SBI# 125330   UNIT T-1
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal Mail

WILMINGTON DE 197
12 OCT 2006 PM 3 T

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
844 N. KING ST. LOCKBOX #18
WILMINGTON DELAWARE
19801