IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DALE OTIS PALMER,
    Plaintiff,

V.

COMMISSIONER: STAN TAYLOR,
ET AL,
    Defendants.

Civ. NO. 06-576-SLR



FILED
NOV 27 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

## MOTION FOR THE APPOINTMENT OF COUNSEL

This 22nd day of November the above named plaintiff, Dale Otis Palmer hereby files this motion requesting the Honorable Sue L. Robinson to grant his motion for the appointment of counsel.

The plaintiff states that in all legal functions A lawyer serves as A representative helping A party to understand and resolve situations in dispute and, other matters.

The plaintiff states that he is not A practicing attorney and is nonprofessional in litigating his claims brought in this action. However the defendants have obtained an attorney at (#4.25) four hundred and twenty five dollars an hour to defend them in (federal probe) of health care, or lack thereof in the state prisons.

The plaintiff also states that, with A yearly income of

25.9 million dollars A year, Correctional medical services have access to competent, prompt and diligent legal counsel whereas, the plaintiff is not learned in the legal profession and, can not afford to obtain counsel, leaving him to bring his complaint Pro'se.

In the nature of law practice, conflicting responsibilities are encountered such as A plaintiff's legitimate intrests within the bounds of the law.

A lawyer is A zealous advocate on behalf of A client and can accomplish responsibilities and obligations at the highest levels of litigation. In this instant case the required proficiency is that of A general practitioner experienced in federal litigation involving medical issues.

Wherefor the above named Plaintiff respectfully request this honorable Court to grant this motion and, appoint him counsel.

This __22nd__ Day Of __November__ 2006

Respectfully
Dale Palmer
DALE PALMER
#125330 - Unit-T-1
D.C.C. 1181 Paddock Rd
Smyrna, Del. 19977

cc;

I DALE PALMER Hereby state That I have forwarded (3) three copies of A motion for the appointment of counsel to the District court of Delaware



I/M DALE PALMER
SBI# 125330   UNIT T-1
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal Mail

UNITED STATES DISTRICT COURT
844 N. KING STREET
LOCKBOX #18
WILMINGTON, DEL.
            19801