IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DALE OTIS PALMER

    Plaintiff

V.

COMMISSIONER, STAN TAYLOR et al

    Defendants

Civ. NO. 06-576-SLR

FILED
APR 3 - 2007

## MOTION FOR DISCOVERY

The above named plaintiff hereby files this motion seeking the Department of Corrections medical providers (correctional medical services) to hand over a complete copies of the plaintiff medical files. That correctional medical services hand over its cronic care treatment documents to be reviewed by the Court and plaintiff - As to what the plaintiff treatment plan consists of. The plaintiff also seeks the name of correctional medical services Executive dinrector, "to be named to the complaint - And that a list of all names of supplements (foods)(drinks) be provided for the Court and plaintiff review. All items requested herein this motion are objective and will prove that the plaintiff was deprived of human basic needs and it is aswell subjective evidence because Prison officials and Medical personel know the plaintiff is being deprived and did nothing. Wherefore in the intrest of justice the plaintiff prays this motion be granted.

    Dale Palmer

March 31st
2007

DALE PALMER 175330 unit T-1
D.C.C. 1181 Paddock Rd
SMYRNA, DEL. 19977

Copies (3) U.S. District Court

I/M DALE PALMER
SBI# 175336   UNIT T-1
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal
Mail

WILMINGTON DE 197
02 APR 2007 PM 1 T

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
844 N. KING ST. LOCKBOX #18
WILMINGTON, DEL.
19801