IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DALE OTIS PALMER, | : |
| Plaintiff, | : |
| v. | : C. A. No. 06-576-SLR |
| COMMISSIONER STAN TAYLOR, WARDEN THOMAS CARROLL, and MEDICAL DIRECTOR JAMES WELCH, | : |
| Defendants. | : |

**ENTRY OF APPEARANCES**

PLEASE ENTER THE APPEARANCES of Megan T. Mantzavinos, Esquire and Ryan M. Ernst, Esquire as attorneys Defendants Roberta Burns, John Durst, James Welch, and Ihuoma Chuks. This Entry of Appearances shall not be considered to be a waiver of any jurisdictional defects in service upon Defendants. Defendants specifically reserve the right to raise jurisdictional, or service, venue, or statute of limitations defects which may be available and to answer, object, or otherwise plead.

/s/ Megan T. Mantzavinos
Megan T. Mantzavinos, Esquire / I. D. No. 3802
Ryan M. Ernst, Esquire / I.. D. No. 4788
Marks, O'Neill, O'Brien & Courtney, P.C.
913 Market Street, #800
Wilmington, DE  19801
(302) 658-6538
*Attorneys for Defendants*

DATED:  June 29, 2007

DE085115.1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DALE OTIS PALMER, | : | |
| Plaintiff, | : | |
| v. | : | C. A. No. 06-576-SLR |
| COMMISSIONER STAN TAYLOR, WARDEN THOMAS CARROLL, and MEDICAL DIRECTOR JAMES WELCH, | : | |
| Defendants. | : | |

## CERTIFICATE OF SERVICE

I, **Megan T. Mantzavinos, Esquire**, of Marks, O'Neill, O'Brien & Courtney, P.C., hereby certify that on this **29th** day of **June**, 2007, two copies of the attached **Entry of Appearance** were served by regular mail, first class, postage prepaid, upon the following individual

Inmate Dale Otis Palmer, *Pro Se*
SBI #175330
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

　　　　　　　　　　　　　　　　　　　*/s/ Megan T. Mantzavinos*
　　　　　　　　　　　　　　　　　　　Megan T. Mantzavinos, Esquire (I.D. No. 3802)
　　　　　　　　　　　　　　　　　　　*Attorney for Defendants*