IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DALE OTIS PALMER,

    Plaintiff,

v.

STAN TAYLOR, et al,

    Defendants.

Civ. No. 06-576-SLR

06cv576 SLR
FILED
JUL - 3 2007
RG sam

MOTION FOR APPOINTMENT OF COUNSEL
PURSUANT TO 28 U.S.C. § 1915 (e)(1)

Now comes the above named Plaintiff Dale O. Palmer who moves for an order appointing counsel to represent him in the above captioned case. In support of this motion the plaintiff states.

1. Plaintiff is unable to afford counsel. He has requested leave to proceed in forma pauperis. 2. Plaintiff imprisonment will greatly limit his ability to litigate. The issues involved in this case are complex and will require significant research and some investigation. Plaintiff has limited access to the Law Library and limited knowledge of the law. 3. A trial in this case will likely involve conflicting testimony and, counsel would better enable plaintiff to present evidence and cross-examin witnesses. 4. Plaintiff has made repeated efforts to obtain A lawyer who could be A zealous advocate - however Probono Lawyers are Elusive and Rare in representing prisoners incarcerated in Delaware. Wherefore Petitioner pray's that this motion be granted.

This 1ST Day of July 2007

    Dale Palmer
    DALE O. PALMER 175330 Unit T-1
    DCC. 1181 Paddock Rd
    SMYRNA, DEL, 19977

I/M DALE PALMER
SBI# 125332    UNIT T-1
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal
Mail

WILMINGTON DE 197
02 JUN 2007 PM 3 L

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
844 N KING STREET LOCKBOX #18
WILMINGTON, DEL. 19801

## Certificate of Service

I, _DALE PALMER_, hereby certify that I have served a true And correct cop(ies) of the attached: _Motion for Appointment of Counsel And Motion for Discovery (2 copies each)_ upon the following parties/person (s):

TO: _THE U.S. DISTRICT COURT FOR THE DISTRICT OF DELAWARE 844 N. KING ST. LOCKBOX #18 Wilmington, Del. 19801_

TO: _____

TO: _Megan Mantzavinos / Ryan Ernst - Esq Marks, O'Neill, O'Brien & Courtney, P.C. 913 Market St #800 Wilmington, De. 19801_
Counsel for defendants
Roberta Burns  James Welch
John Durst  Ihuoma Chuks

TO: _____

BY PLACING SAME IN A SEALED ENVELOPE, and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this _1st_ day of _July_, 200_7_

_Dale Palmer Pro'se_