IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DALE OTIS PALMER

    Plaintiff

V.

STAN TAYLOR, et.al.

    Defendants

CIV NO # 06-526-SLR

FILED JUL - 3 2007
RG scan
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

MOTION FOR DISCOVERY
PURSUANT TO RULES 37.1 AND 26.1(b) OF THE
FEDERAL RULES OF CIVIL PROCEDURES

Now comes the above named plaintiff Dale O. Palmer who moves this court for an order granting this motion for Discovery.

1. The plaintiff is requesting that medical provider James Welch along with Warden Thomas Carroll and Dr. Frederic Vandusen turn over copies of his medical Records. 2. That records of any medication administered to the plaintiff for Cronic Care also be handed over. 3. Records of all supplements (Food / Drinks / Snacks) be handed over. 4. Records of any therapy (treatments) for cronic care since diagnosis. 5. A list of dates and times the plaintiff was given A Biopsy to determine if his liver is in any way damaged with Cirrhosis or either portal or bridging Fibrosis or at least moderate degrees of inflamation and Necrosis.

                                                Dale Palmer

This 1st Day of July 2007

DALE O. PALMER #125330 unit-T-1
D.C.C. 1181 Paddock Rd.
SMYRNA, DEL. 19977

I/M DALE PALMER
SBI# 125330   UNIT T-1
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal
Mail

WILMINGTON DE 197
02 JUL 2007 PM 2 L

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
844 N KING STREET LOCKBOX #18
WILMINGTON, DEL. 19801

# Certificate of Service

I, _DALE PALMER_, hereby certify that I have served a true And correct cop(ies) of the attached: _Motion for Appointment of Counsel And Motion for Discovery (2 copies each)_ upon the following parties/person (s):

TO: _THE U.S. DISTRICT COURT FOR THE DISTRICT OF DELAWARE 844 N. KING ST. LOCKBOX #18 Wilmington, Del. 19801_

TO: _____

TO: _Megan Mantzavinos / Ryan Ernst - Esq Marks, O'Neill, O'Brien & Courtney, P.C. 913 Market St #800 Wilmington, De. 19801 Counsel for defendants Roberta Burns  James Welch John Durst  Ihuoma Chuks_

TO: _____

BY PLACING SAME IN A SEALED ENVELOPE, and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this _1st_ day of _July_, 200_7_

_Dale Palmer Pro'se_