**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

DALE OTIS PALMER,                    )
                                     )
              Plaintiff,             )
                                     )
       v.                            )        C. A. No. 06-576-SLR
                                     )
COMMISSIONER STAN TAYLOR,            )        JURY TRIAL REQUESTED
et al.,                              )
                                     )
              Defendants.            )

**ENTRY OF APPEARANCE**

PLEASE ENTER THE APPEARANCE of Deputy Attorney General Eileen Kelly

on behalf of State Defendants Stan Taylor, Thomas Carroll, James Welch and Paul

Howard.  The State Defendants specifically reserve the right to raise any jurisdictional,

service or statute of limitations defenses which may be available.

**STATE OF DELAWARE
DEPARTMENT OF JUSTICE**

/s/ Eileen Kelly
Eileen Kelly, I.D. #2884
Deputy Attorney General
Carvel State Office Building
820 North French Street, 6th Floor
Wilmington, Delaware 19801
(302) 577-8400
eileen.kelly@state.de.us
Date:  July 10, 2007               Attorney for State Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on July 10, 2007, I electronically filed *Entry of Appearance* with the Clerk of Court using CM/ECF, which will send notification to Megan Trocki Mantzavinos, Esquire, Patrick G. Rock, Esquire and Ryan M. Ernst, Esquire.  I hereby certify that on July 10, 2007, I have mailed by United States Postal Service, the document to the following non-registered party:  Dale Otis Palmer.

/s/ Eileen Kelly
Deputy Attorney General
Department of Justice
820 N. French St., 6th Floor
Wilmington, DE 19801
(302) 577-8400
eileen.kelly@state.de.us