IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DALE OTIS PALMER, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : C. A. No. 06-576-SLR |
| | : |
| COMMISSIONER STAN TAYLOR, | : |
| WARDEN THOMAS CARROLL, and | : |
| MEDICAL DIRECTOR JAMES WELCH, | : |
| | : |
| Defendants. | : |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

PLEASE WITHDRAW the appearances of Megan T. Mantzavinos, Ryan M. Ernst, and Patrick G. Rock as attorneys for Defendant Medical Director James Welch.

                                                    /s/ Patrick G. Rock
                                                    Megan T. Mantzavinos, Esquire (I.D. No. 3802)
                                                    Ryan M. Ernst, Esquire (I.D. No. 4788)
                                                    Patrick G. Rock, Esquire (I.D. No. 4632)
                                                    Marks, O'Neill, O'Brien & Courtney, P.C.
                                                    913 North Market Street, #800
                                                    Wilmington, DE 19801
                                                    (302) 658-6538

DATED: July 11, 2007

DE085937.1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DALE OTIS PALMER, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C. A. No. 06-576-SLR |
| | : | |
| COMMISSIONER STAN TAYLOR, | : | |
| WARDEN THOMAS CARROLL, and | : | |
| MEDICAL DIRECTOR JAMES WELCH, | : | |
| | : | |
| Defendants. | : | |

**CERTIFICATE OF SERVICE**

I, **Patrick G. Rock, Esquire**, of Marks, O'Neill, O'Brien & Courtney, P.C., hereby certify that on this **11th** day of **July**, 2007, the attached **Withdrawal of Appearance** were served by electronic filing and first class mail upon the following individual

Inmate Dale Otis Palmer, *Pro Se*
SBI #175330
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

/s/ Patrick G. Rock
Patrick G. Rock. Esquire (I.D. No. 4632)