IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE


DALE OTIS PALMER,

         Plaintiff,

         V,                              Civ. NO# 06-576 SLR

STAN TAYLOR, et. al,

         Defendants.

```
┌─────────────────────────────┐
│           FILED             │
│  ┌───────────────────────┐  │
│  │      JUL 11 2007       │  │
│  └───────────────────────┘  │
│     U.S. DISTRICT COURT     │
│    DISTRICT OF DELAWARE     │
└─────────────────────────────┘
```

MOTION FOR APPOINTMENT OF COUNSEL
PURSUANT TO 28 U.S.C. § 1915 (e)(1)    BD scanned

Now comes the above named Plaintiff Dale O. Palmer who moves for an order appointing counsel to represent him in the above captioned case. In support of this motion the plaintiff states.

1. Plaintiff is unable to afford counsel. He has requested leave to proceed in forma pauperis. 2. Plaintiff imprisonment will greatly limit his ability to litigate. The issues involved in this case are complex and will require significant research and some investigation. Plaintiff has limited access to the Law Library and limited knowledge of the law. 3. A trial in this case will likely involve conflicting testimony and, counsel would better enable plaintiff to present evidence and cross-examin witnesses. 4. Plaintiff has made repeated efforts to obtain A lawyer who could be A zealous advocate - however Probono Lawyers are Elusive and Rare in representing prisoners incarcerated in Delaware.

Wherefore Petitioner prays that this motion be granted.

This 10th Day of July                    Dale Palmer

         2007                    DALE O. PALMER  175330 Unit T-1

                                 DCC. 1181 Paddock Rd
                                 SMYRNA, DEL, 19977

# Certificate of Service

I, _Dale Otis Palmer_ ,hereby certify that I have served a true

And correct cop(ies) of the attached: _Motions for appointment of_

_Counsel and Motion for discovery_ upon the following

parties/person (s):

TO: _THE U.S. DISTRICT COURT_      TO: _____

_FOR THE DISTRICT OF DELAWARE_      _____

_844 N. KING ST. LOCKBOX #18_      _____

_Wilmington Delaware_      _____

_19801_      _____

: ATTORNEY GENERALS OFFICE

TO: _THE DEPARTMENT OF JUSTICE_      TO: _____

_FOR THE STATE OF DELAWARE_      _____

_820 N. FRENCH STREET_      _____

_WILMINGTON DELAWARE_      _____

_19801_      _____

**BY PLACING SAME IN A SEALED ENVELOPE, and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.**

On this _10th_ day of _July_ ,200_7_

_Dale O. Palmer_

U.S.M.S.
X-RAY

I/M Dale O. Palmer

SBI# 175332    UNIT 7-1

DELAWARE CORRECTIONAL CENTER

1181 PADDOCK ROAD

SMYRNA, DELAWARE 19977

Legal
Mail

THE U.S. DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

844 N. KING ST. LOCKBOX #18

WILMENGTON, DEL

19801

WILMINGTON DE 198
PM
10 JUL
'07