IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DALE OTIS PALMER

Plaintiff

v,

STAN TAYLOR, et, al.

Defendants

CIV NO# 06-526 SLR

FILED
JUL 11 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

MOTION FOR DISCOVERY

PURSUANT TO RULES 37.1 AND 26.1(b) OF THE
FEDERAL RULES OF CIVIL PROCEDURES

BD scanned

Now comes the above named plaintiff Dale O. Palmer who moves this court for an order granting this motion for Discovery.

1. The plaintiff is requesting that medical provider James Welch along with Warden Thomas Carroll and Dr. Frederic Vandusen turn over copies of his medical Records. 2. That records of any medication administered to the plaintiff for Cronic Care also be handed over. 3. Records of all supplements (Food / Drinks / snacks be handed over. 4. Records of any therapy (treatments) for cronic care since diagnosis. 5. A list of dates and times the plaintiff was given A Biopsy to determine if his liver is in any way damaged with Cirrhosis or either portal or bridging Fibrosis or at least moderate degrees of inflamation and Necrosis.

Dale Palmer

This 10th Day of July 2007

DALE O. PALMER # 175330 unit-T-1
D.C.C. 1181 Paddock Rd.
SMYRNA, DEL. 19977