IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DALE OTIS PALMER, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C. A. No. 06-576-SLR |
| | : | |
| COMMISSIONER STAN TAYLOR, | : | |
| WARDEN THOMAS CARROLL, and | : | |
| MEDICAL DIRECTOR JAMES WELCH, | : | |
| | : | |
| Defendants. | : | |

## ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCES of Megan T. Mantzavinos, Esquire and Patrick G. Rock, Esquire as attorneys for Defendant Frederick Vandusen, M.D. This Entry of Appearance shall not be considered to be a waiver of any jurisdictional defects in service upon Defendant. Defendant specifically reserves the right to raise jurisdictional, or service, venue, or statute of limitations defects which may be available and to answer, object, or otherwise plead.

/s/ *Patrick G. Rock, Esquire*

Megan T. Mantzavinos, Esquire / I.D. No. 3802
Patrick G. Rock, Esquire / I. D. No. 4632
Marks, O'Neill, O'Brien & Courtney, P.C.
913 Market Street, #800
Wilmington, DE 19801
(302) 658-6538
*Attorneys for Defendant Vandusen*

DE086217.1

DATED: July 18, 2007

DE086217.1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DALE OTIS PALMER, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C. A. No. 06-576-SLR |
| | : | |
| COMMISSIONER STAN TAYLOR, | : | |
| WARDEN THOMAS CARROLL, and | : | |
| MEDICAL DIRECTOR JAMES WELCH, | : | |
| | : | |
| Defendants. | : | |

**CERTIFICATE OF SERVICE**

    I, **Patrick G. Rock, Esquire**, of Marks, O'Neill, O'Brien & Courtney, P.C., hereby certify that on this **18**<sup>TH</sup> day of **July**, 2007, the attached **Entry of Appearance** was served by electronic filing and first class mail upon the following individual

        Inmate Dale Otis Palmer, *Pro Se*
        SBI #175330
        Delaware Correctional Center
        1181 Paddock Road
        Smyrna, DE 19977

                                                     */s/ Patrick G. Rock*
                                                     Patrick G. Rock. Esquire  (I.D. No. 4632)