IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DALE OTIS PALMER,
    Plaintiff,

V.

COMMISSIONER: STAN TAYLOR,
et al,
    Defendants

C.A. No. 06-576 SLR

REQUEST FOR DOCKET SHEET

FILED JUL 17 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE

Dear Clerk I am writing you to request a copy of the courts docket. I have recieved notices of appearance from the department of justice and Marks, O'Neill, O'Brien & Courtney P.C. who have appointed counsel to represent the defendants in this action. I am seeking a docket sheet because prior to recieving copies of the entry of appearance papers, I have not recieved any response from the defendants or their counsel. It needs to be reviewed to determine if any of the defendant have violated the courts order of April 19th 2007 in regards to time and answers to the complaint.

This 12th Day of July 2007

Respectfully
Dale O. Palmer
DALE OTIS PALMER
D.C.C. 1181 Paddock Rd

I/M DALE O. PALMER
SBI# 175330  UNIT T-1
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

LEGAL MAIL

OFFICE OF THE CLERK
U.S. DISTRICT COURT
844 N. KING STREET LOCKBOX #18
WILMINGTON, DELAWARE,
19801

