**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| DALE OTIS PALMER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 06-576-SLR |
| | ) | |
| COMMISSIONER STAN TAYLOR, | ) | JURY TRIAL REQUESTED |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

**STATE DEFENDANTS' ANSWER TO THE AMENDED COMPLAINT**

COME NOW State Defendants Stan Taylor, Thomas Carroll, James Welch and

Paul Howard ("State Defendants"), by and through the undersigned counsel, and hereby

answer the Amended Complaint [D.I. 9]:

Page 1, First Paragraph

As to the first sentence of this paragraph, no response is required.  The remaining

allegations set forth in this paragraph are denied.

Page 2, First Paragraph (listing defendants)

No response is required.

Page 2, Second Paragraph (beginning "Because the plaintiff's")

No response is required.

1.      State Defendants are without sufficient information to admit or deny the

allegations set forth in this paragraph.  Further, the allegations are not directed to State

Defendants and therefore no response is required.

2.      State Defendants are without sufficient information to admit or deny the

allegations set forth in this paragraph.  Further, the allegations are not directed to State

Defendants and therefore no response is required.

       3.      State Defendants are without sufficient information to admit or deny the

allegations set forth in this paragraph.  Further, the allegations are not directed to State

Defendants and therefore no response is required.

       4.      State Defendants are without sufficient information to admit or deny the

allegations set forth in this paragraph.  Further, the allegations are not directed to State

Defendants and therefore no response is required.

       5.      State Defendants are without sufficient information to admit or deny the

allegations set forth in this paragraph.  Further, the allegations are not directed to State

Defendants and therefore no response is required.

       6.      State Defendants are without sufficient information to admit or deny the

allegations set forth in this paragraph.  Further, the allegations are not directed to State

Defendants and therefore no response is required.

       7.      Admitted that Plaintiff submitted a grievance dated September 29, 2005.

The remaining claims set forth in this paragraph have been dismissed pursuant to this

Court's Order [D.I. 11] and, therefore, no response is required.  To the extent that a

response is required, the allegations are denied.

       8 -10.  The claims set forth in this paragraph have been dismissed pursuant to this

Court's Order [D.I. 11] and, therefore, no response is required.  To the extent that a

response is required, the allegations are denied.

       11-12  Admitted that the appeal of Plaintiff's September 29, 2005 grievance was

denied.  Denied that State Defendants Welch and Howard had "direct knowledge" of

Plaintiff's illness.  Denied that Plaintiff was denied medical treatment.  State Defendants

are without sufficient information to admit or deny the remaining allegations set forth in

this paragraph.

13.     Denied that State Defendant Carroll had "direct knowledge" of Plaintiff's

illness.  Denied that State Defendant Carroll authorized release of Plaintiff's medical

records.  Denied that Plaintiff was denied medical treatment.  State Defendants are

without sufficient information to admit or deny the remaining allegations set forth in this

paragraph.

14.     Denied.

## RELIEF

15.     It is specifically denied that Plaintiff is entitled to compensatory, punitive

or any monetary damages.

16.     It is specifically denied that Plaintiff is entitled to injunctive, declaratory

or any other relief.

## DEFENSES

17.     Plaintiff has failed to state a claim upon which relief can be granted.

18.     Plaintiff has failed to exhaust his administrative remedies.

19.     State Defendants are immune from liability under the Eleventh

Amendment.

20.     State Defendants are entitled to qualified immunity.

21.     As to any claims under state law, State Defendants are entitled to

immunity under the State Tort Claims Act, 10 *Del. C.* § 4001, *et seq.*

22.     As to any claims under state law, State Defendants are entitled to

sovereign immunity.

23.     Insufficiency of service of process.

24.     Insufficiency of process.

25.     Lack of jurisdiction over the person and subject matter.

26.     This cause of action is barred by the applicable statute of limitations.

## RESPONSE TO CROSS-CLAIM

27.     State Defendants deny that they are liable to Co-Defendants on any cross-

claims.

WHEREFORE, State Defendants respectfully request that judgment be entered in

their favor and against Plaintiff as to all claims and that attorney fees be awarded to them.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Eileen Kelly
Eileen Kelly, I.D. #2884
Deputy Attorney General
Carvel State Office Building
820 North French Street, 6th Floor
Wilmington, Delaware 19801
(302) 577-8400
eileen.kelly@state.de.us
Date:  August 6, 2007                       Attorney for State Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on August 6, 2007, I electronically filed *Answer to the*

*Amended Complaint* with the Clerk of Court using CM/ECF, which will send notification

to Megan Trocki Mantzavinos, Esquire, Patrick G. Rock, Esquire and Ryan M. Ernst,

Esquire.  I hereby certify that on August 6, 2007, I have mailed by United States Postal

Service, the document to the following non-registered party:  Dale Otis Palmer

/s/ Eileen Kelly
Deputy Attorney General
Department of Justice
820 N. French St., 6th Floor
Wilmington, DE 19801
(302) 577-8400
eileen.kelly@state.de.us