IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DALE OTIS PALMER,

    Plaintiff,

V.

COMMISSIONER: STAN TAYLOR,
WARDEN: THOMAS CARROLL, and
MEDICAL DIRECTOR: JAMIE WELCH,
    ET, AL Defendants.

C. A. NO. 06-576 - SLR



FILED
AUG 13 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## MOTION FOR TEMPORARY RESTRAINING ORDER
### FEDERAL RULES OF CIVIL PROCEDURE RULE 65(a)

Now comes the above plaintiff Dale Palmer who is Pro'se and, seeks this Court to grant A temporary restraining order preventing the plaintiff from further enduring violations of his eighth amendment right establish in the constitution against cruel and unusual punishment relating to inadequate medical care. The plaintiff states that prison officials and medical staff are continuing to show deliberate indifference especially since he has filed the above captioned civil action. The plaintiff seeks the court to order A (T.R.O.) Temporary restraining order untill the action is resolved against all current employees of (C.M.S.) Correctional Medical services and (D.O.C.) Department of Corrections so named in the above captioned civil action.

The plaintiff is requesting that (C.M.S) provide reasonable treatment by different doctors and specialists so that he is not forced to undergo more prejudice from the defendants.

Wherefore in the intrest of justice the plaintiff prays that this motion be granted.

This 10th Day OF August 2007

Respectfully

Dale O. Palmer

Dale Otis Palmer
DALE OTIS PALMER
125330 Unit T-1
D.C.C. 1181 Paddock Rd
Smyrna, Del. 19977.

C.C. Eileen Kelly
   State of Del
   Dept Of Justice

   Ryan M. Ernst - Esq.
   Megan T. Mantzavinos - Esq.
   Patrick G. Rock - Esq.
Marks, O'Neill, O'Brian & Courtney
   913 Market St 800
   Wilmington, Del. 19801

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DALE OTIS PALMER,
    Plaintiff,

V.

COMMISSIONER STAN TAYLOR,
    Et, AL  Defendants.

C. A. NO. 06-576 SLR

**Affidavit**

In support of Plaintiff Motion For Temporary Restraining order
F.R.C.P. 65(a)

The petitioner Dale Palmer in the above captioned complaint hereby files this affidavit in support of his motion for A temporary Restraining order. The petitioner who is pro'se state to the best of his knowledge that all the information submitted herein this affidavit is true and correct.

1) The petitioner states that he is still being denied the treatment he has requested in the Complaint.

2) That he is now being prejudiced by RN's and Doctors who have dirrect knowledge of his medical needs.

3) That he has not had A cronic care follow-up in months until 8/2/07

4) That he is also being denied treatments for other problems inwhich he has been prescribed medication and footware by A foot doctor And, the medical department is refusing to provide.

5) I am provided Arthritis medication that can be harmfull instead of medication for pain, For problems I am having with my feet that, will require surgery within

the next few years. This medication (MELOXICAM) creates a higher risk for it users - heart attacks or strokes.

6) MELOXICAM can also cause ulcers - bleeding, or holes in the stomach or intestine. These problem can develope any time durring treatment and, without warning can cause death.

7) I have already informed the doctors and RN's that I was diagnosed with bleeding ulcers at the age of 13 and my records will show that I have complained to that effect.

8) Also other disagreement that I have with this drug is the fact that another adverse effect from it is in rare situations it could cause serious liver disease. The petitioner questions why a doctor would prescribe this medication to a person already suffering from a liver disease and ulcers. Also the question also arises asto why a Rheumatoid Arthritis medication would be administered to someone who dose not have Rheumatoid Arthritis. Wherefore in the intrest of justice the petitioner respectfully requests that this affidavit be accepted.

This 10th Day of August 2007

Dale O. Palmer
Respectfully Submitted
Dale Otis Palmer
DALE OTIS PALMER # 175330 Unit T-1
D.C.C. 1181 Paddock Road
Smyrna, Del. 19977

## Certificate of Service

I, _DALE OTIS PALMER_, hereby certify that I have served a true And correct cop(ies) of the attached: _MOTION FOR TEMPORARY RESTRAINING ORDER-FRCP Rule 65(a) And Affidavit in support_ upon the following parties/person (s):

TO: _EILEEN KELLY_
_Deputy Attorney General_
_Carvel State Office Building_
_820 North French Street 6th floor_
_Wilmington, Del. 19801_

Megan Mantzavinos - Esq
Patrick Rock - Esq
TO: _Ryan Ernest - Esq_
_Marks, O'Neill, O'Brien & Courtney_
_913 Market St. #800_
_Wilmington, Del. 19801_

TO: _OFFICE OF THE CLERK_
_U.S. District Court_
_844 N. King Street Lockbox #18_
_Wilmington, Del. 19801_

TO: _____

BY PLACING SAME IN A SEALED ENVELOPE, and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this _10th_ day of _AUGUST_, 200_7_

_Dale O. Palmer_
_Dale O. Palmer_

IM Dale O. Bohner
SBI# 125332   UNIT T-1
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal Mail

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
844 KING ST. LOCKBOX #18
WILMINGTON, DEL.
19801

