IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DALE OTIS PALMER, | : | |
| Plaintiff, | : | |
| v. | : | C. A. No. 06-576-SLR |
| COMMISSIONER STAN TAYLOR, WARDEN THOMAS CARROLL, and MEDICAL DIRECTOR JAMES WELCH, ET AL. | : | TRIAL BY JURY OF TWELVE DEMANDED |
| Defendants. | : | |

**DEFENDANTS' NOTICE OF**
**WITHDRAWAL OF CROSS CLAIMS AGAINST CO-DEFENDANTS**

Defendant Ihuoma Chuks, Frederick Van Dusen, MD, and John Durst, MD, hereby withdraw any and all cross claims against Co-Defendants in the above matter without prejudice.

                                                  Marks, O'Neill, O'Brien & Courtney, P.C.

                                                  By: _____
                                                  Patrick G. Rock, Esquire/ID No. 4632
                                                  Megan T. Mantzavinos, Esquire/ID No. 3802
                                                  913 Market Street, #800
                                                  Wilmington, DE 19801
                                                  (302) 658-6538
                                                  *Attorneys for Defendants*

DATED: 8/16/2007

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DALE OTIS PALMER, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C. A. No. 06-576-SLR |
| | : | |
| COMMISSIONER STAN TAYLOR, | : | |
| WARDEN THOMAS CARROLL, and | : | |
| MEDICAL DIRECTOR JAMES WELCH, | : | |
| | : | |
| Defendants. | : | |

## CERTIFICATE OF SERVICE

I, **Patrick G. Rock, Esquire**, of Marks, O'Neill, O'Brien & Courtney, P.C., hereby certify that on this **16th** day of **August**, 2007, the attached **Notice of Withdrawal of Cross-Claims** was served by electronic filing and first class mail upon the following individual

    Inmate Dale Otis Palmer, *Pro Se*
    SBI #175330
    Delaware Correctional Center
    1181 Paddock Road
    Smyrna, DE 19977

    Eileen Kelly, Esquire
    Department of Justice
    Carvel State Office Building
    820 North French Street
    Wilmington, DE 19801

    */s/ Patrick G. Rock*
    Patrick G. Rock. Esquire  (I.D. No. 4632)