IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DALE OTIS PALMER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 06-576-SLR |
| ) | |
| COMMISSIONER STAN TAYLOR, ) | |
| WARDEN THOMAS CARROLL, ) | |
| MEDICAL DIRECTOR JAMES WELCH, ) | |
| ROBERTA BURNS, IIHOMA CHUKS, ) | |
| MR. MESSINGER, JOHN DURST, ) | |
| FREDERIC VANDUSEN, and ) | |
| BUREAU CHIEF PAUL HOWARD, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

WHEREAS, plaintiff Dale Otis Palmer, a prisoner incarcerated at the Delaware Correctional Center, filed this lawsuit pursuant to 42 U.S.C. § 1983;

WHEREAS, on August 13, 2007, plaintiff filed a motion for temporary restraining order (D.I. 37);

THEREFORE, at Wilmington this 16th day of August, 2007,

IT IS ORDERED that:

1. Defendants shall file a response to plaintiff's motion (D.I. 37) on or before **August 29, 2007.**

2. Plaintiff may file a reply on or before **September 12, 2007.**

_____
United States District Judge