# SEALED DOCUMENT
## 06-576 SLR