IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DALE OTIS PALMER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 06-576-SLR |
| | ) | |
| COMMISSIONER STAN TAYLOR, et al., | ) | JURY TRIAL REQUESTED |
| | ) | |
| | ) | |
| Defendants. | ) | |

## STATE DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER

State Defendants Stan Taylor, Thomas Carroll, James Welch and Paul Howard ("State Defendants") hereby respond to Plaintiff Dale Otis Palmer's Motion for Temporary Restraining Order [D.I. 37] by adopting herein by reference Medical Defendants Ihuoma Chuks and Frederick Van Dusen's "Response to Motion for Preliminary Injunction and Motion to Dismiss" filed under seal on August 29, 2007, D.I. 40.[1]

WHEREFORE, State Defendants respectfully request that this Court deny Plaintiff's Motion for Temporary Restraining Order.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Eileen Kelly
Deputy Attorney General
Carvel State Building
820 N. French Street, 6th Floor
Wilmington, Delaware 19801
(302) 577-8400
eileen.kelly@state.de.us

Dated: August 29, 2007          Attorney for State Defendants

---

[1] At this time, State Defendants do not adopt the Medical Defendants' Response to the extent that it seeks dismissal of the Complaint. State Defendants adopt the Response as to the Motion for Temporary Restraining Order.

**CERTIFICATE OF SERVICE**

I hereby certify that on August 29, 2007, I electronically filed *State Defendants' Response to Plaintiff's Motion for Temporary Restraining Order* with the Clerk of Court using CM/ECF, which will send notification to Megan Trocki Mantzavinos, Esquire, Patrick G. Rock, Esquire and Ryan M. Ernst, Esquire. I hereby certify that on August 29, 2007, I have mailed by United States Postal Service, the document to the following non-registered party: Dale Otis Palmer

/s/ Eileen Kelly
Deputy Attorney General
Department of Justice
820 N. French St., 6th Floor
Wilmington, DE 19801
(302) 577-8400
eileen.kelly@state.de.us