IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DALE OTIS PALMER,
    Plaintiff,

V.

COMMISSIONER: STAN TAYLOR,
WARDEN: THOMAS CARROLL,
MEDICAL DIRECTOR: JAMES WELCH,
ET AL,.    Defendants.

C. A. NO. 06-526-SLR

JURY TRIAL DEMAND



FILED
SEP - 6 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

PLAINTIFF REPLY BRIEF TO DEFENDANTS
RESPONSE TO - MOTION FOR TEMPORARY RESTRAINING ORDER
PURSUANT TO RULE 65(b) F.R.C.P.

IN accordance with the Court Order of August, 16, 2007 The above captioned plaintiff hereby files this Reply brief in support of his motion for A (T.R.O.) Temporary restraining order - F.R.C.P. 65(b).

The plaintiff seeks the Court to review each document carefully that is provided herein as exhibits because -- not only are they factual evidence provided by the defendants but - these exhibits contradict the defendants defense. The plaintiff is also asking that the court be mindful of his indigents and Pro'se status because he is not able to afford Counsel - Miller V, Carlson 268 F. supp 1331, 1340 (N.D. Cal 1991). Because the plaintiff has been subjected to an ongoing violation of his 8th amendment rights established against cruel and unusual punishment relating to inadequate medical care. He states that it is the Court decision in accordance and understanding of irreparable injury. The plaintiff has met the test for temporary relief in-somuch as he is requesting that all defendants for C.M.S. Correctional

Pg-1

medical services be restrained from treating him verbally mentally or Physically to prevent A conflict of intrest.

(Argument) 1

(1) None of the defendants employed by C.M.S. Correctional medical Services have denied that I was seen by them for sick-calls or check-ups.

(2) None of the defendants have denied knowing my medical needs or requests for treatment.

(3) None of the defendants have denied the fact that they deliberately overlooked my request for medical treatment.

(4) None of the defendants have explained to me my medical situation. They never gave any Consultations.

(5) All defendants had ample time to correct any or all indifference to my medical need but simply remained none responsive to my request regardless of how small or how great the problem. The Plaintiff is concerned that if the court dosent act on his behalf he will not recieve the entitled treatment he has been requesting.

(Argument) 2

(6) The plaintiff has not been given permission by the Court to file for discovery material or deposition and Counsel for the Plaintiff. Defendants have begun to take advantage of that. However The plaintiff has witnesses that will testify under oath that the defendants are misleading the Court in it's response.

7) The plaintiff has filed grievances and exhausted his administrative remedies See Exhibits (1)-(2)-(3) which cover my feet and Hepatitis-C problems as required.

(8) The defendants claim that on 9/14/2003 - 10/29/2003 and 3/19/2004 I recieved shots to prevent Hepatitis-B and on 9/4/2003 and 3/19/2004 I recieved shots to prevent Hepatitis-A. The plaintiff states that this is misleading and that review of exhibit (4) will show that (2)

Pg-2

were due on 3/19/04 and 3/16/04. However both doses indicating "due dates" were not given as the defendants stated and "housing" records will not support any sugjestions that the plaintiff was at the infirmary on the dates sugjested by the defense. And These record will be requested through discovery also - aswell as A copy of records of Sue Schappell, Rn work load for those dates and times indicated by the defendants. Also see Exhibit (5) That supports the fact that the plaintiff did not recieve all the shots the defendant claims. Also please review Exhibits 6) 7) 8) 9) 10) 11) and 12) 13- which proves that the plaintiffs ALT Levels (Alanine Aminotransferase) has continued to move up and down and not remained stable and is an indicator of possible damage to the Liver. As recormended and reported by the U.S. Department of HEalth and Human Services Centers For Disease Control (C.D.C.). Patients with persistent ALT elevations, but with less severe histologic changes (i.e. no fibrosis and normal necroinflammatory changes," progression to Cirrohosis is likely to be slow if at all, Therefore observation and serial measurements of ALT and Liver Biopsy every 3 to 5 years is an acceptable alternative to treatment with interferon. Also please note that Chronic HCV infection (Hepatitis-C Virus) developes In most persons 75% to 85% with persistant or fluctuating ALT elevations indicating active liver disease developing in 60% to 70% of cronically infected persons (quote C.D.C.). Also (quote C.D.C.) The course of Cronic liver disease is usually insidious progressing at A slow rate without symptoms or physical signs in the majority of patients durring the first (2) or more decades. Wherefore this information, that

Pg-3

has been obtained from the C.D.C. Contradicts the defendants response to the Plaintiff Motion for (T.R.O.) Temporary Restraining Order and no order to dismiss should be granted without the Court reviewing all the intended evidence the plaintiff is going to bring following discovery and, depositions from witnesses for the plaintiff. In the Plaintiff motion for T.R.O. he makes the attempt to show the court that because of his civil action brought against the so named C.M.S. defendants he is still being prejudiced and denied medical treatment. see Ex(14)

9). The Plaintiff states that he has not recieved the sneakers mentioned in the defendants response.

10) The Plaintiff states that he did not recieve the Endoscopy on 5/29/07. (11) The Plaintiff states that he did not recieve A (E G D) surgery for his Esophagus related to his GERD on 8/3/07. (12) The plaintiff also states he has not recieved at any time A Colonoscopy on 8/10/07 and that he would have remembered having such proceedures. In his defense the plaintiff request that the Court order the defendant to turn over signed documents baring the plaintiff signature authorizing all the proceedure's the defendants claim the plaintiff recieved, aswell as A signed reicpt for sneakers the defendants claim the plaintiff recieved. The plaintiff states that the Court will find that the defendants have made false statements to the Court in its response. Please except these numbers for verification's. (302)-644-6992 -Concerning Colonoscopy or -(302) 645-6698. And For endoscopy (EGD) esophagus related to (GERD) 302-653-9261 ex 2913. In order to state A cognizable claim under civil rights statute because of inadequate medical care, A prisoner must allege Facts or omissions

Pg-4

sufficiently harmful to evidence deliberate indifference to serious medical needs. Estelle V. Gamble 97 S.Ct. 285 (1976). -- U.S.C.A. Amend 8; 42 U.S.C.A § 1983. A review of Exhibit (A) will prove to the Court that the neglect to the plaintiff treatment has been on going for almost 20 years and violating the plaintiff Constitutional rights under the eighth amendment - whereas the defendants have refused the plaintiff access to A Biopsy that will determine the exact damage if any to the plaintiff Liver, aswell as if there is any irreparable damage. Wherefore the Plaintiff prays that this motion be granted by order of the Court for A T.R.O. - Temporary Restraining Order. Citing Eighth Amendment Violation for acting with deliberate indifference to the plaintiff health because the defendants knew that the plaintiff faced A substantial risk of harm and disregarded that risk by not taking reasonable measures to abate it.

*Dale O. Palmer*

Respectfully
Dale. Palmer
DALE PALMER
# 125330 Unit T-1
D.C.C. 1181 Paddock Rd
Smyrna Del 19977

This 4th Day Of september 2007

CC: STATE OF DEL DEPT OF JUSTICE - Eileen Kelly
Marks - O'Neill - O'Brian & Courtney P.C.
Ryan Ernst
Megan Trocki Mantzavinos
Patrick G. Rock

Pg-5

## Certificate of Service

I, _DALE OTIS PALMER_, hereby certify that I have served a true And correct cop(ies) of the attached: _Reply Brief to defendants Response with EXHIBIT (1) Through (14)_ upon the following parties/person (s):

TO: _Eileen Kelly_
_State Dept of Justice_
_820 N. French St_
_Wilmington, Del. 19801_

TO: _____
_____
_____
_____

_Megan Trock Mantzavinos_
_Ryan Ernst_
TO: _Patrick G. Rock_
_Marks-O'Neill-O'Brian & Courtney P.C._
_913 N th Market St_
_Suite 800_
_Wilmington, Del. 19801_

TO: _____
_____
_____
_____
_____

**BY PLACING SAME IN A SEALED ENVELOPE**, and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this _4 th_ day of _september_, 200_7_

_Dale O. Palmer_
_Dale O. Palmer_

DEPARTMENT OF CORRECTION
Bureau of Prisons
245 McKee Road
Dover, Delaware 19904

September 12, 2006

T-1   # 34

Inmate PALMER DALE O
SBI # 00175330
DCC Delaware Correctional Center
SMYRNA DE, 19977

Dear DALE PALMER:

We have reviewed your Grievance Case # 18388 dated 09/29/2005.

Based upon the documentation presented for our review, we deny your appeal request.

Accordingly, there is no further issue to mediate nor Outside Review necessary as provided by BOP Procedure 4.4 entitled "Inmate Grievance Procedure", Level III appeals.

Sincerely,

Paul W. Howard
Bureau Chief

Ex (1)

DEPARTMENT OF CORRECTION
Bureau of Prisons
245 McKee Road
Dover, Delaware 19904

September 12, 2006
~~September 11, 2006~~

T-1  # 34

Inmate PALMER DALE O
SBI # 00175330
DCC Delaware Correctional Center
SMYRNA DE, 19977

Dear DALE PALMER:

We have reviewed your Grievance Case # 18386 dated 09/29/2005.

Based upon the documentation presented for our review, we uphold your appeal request.

Accordingly, there is no further issue to mediate nor Outside Review necessary as provided by BOP Procedure 4.4 entitled "Inmate Grievance Procedure", Level III appeals.

Sincerely,

Paul W. Howard
Bureau Chief

Ex (2)

DCC  Delaware Correctional Center                                    Date: 07/06/2007
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

# GRIEVANCE REPORT

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name:** PALMER, DALE O | **SBI#** : 00175330 | **Institution** : DCC |
| **Grievance #** : 126085 | **Grievance Date** : 06/20/2007 | **Category** : Individual |
| **Status** : Unresolved | **Resolution Status:** | **Resol. Date** : |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 09/12/2006 | **Incident Time** : |
| **IGC** : McCreanor, Michael | **Housing Location:** Bldg T1, Cell 1, Bed 34 | |

## OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** On September 12, 2006 based upon documentation presented my grievance (18386) was appealed and upheld by the BOP Level III appeals. I have only seen a foot doctor once concerning my feet which I received one shot. I had requested to see a foot doctor and a bone/joint specialist. I am in constant pain. I had to stop taking Altran because of side effects. Nothing is being done to help me. my feet hurt entirely to bad day and night and all my request have been ignored.

**Remedy Requested** : I want to see a bone specialist for a diagnosis and I want better foot wear. I also want pain management that won't affect me with side effects.

## INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

## ADDITIONAL GRIEVANCE INFORMATION

**Medical Grievance:** YES          **Date Received by Medical Unit:** 07/06/2007
**Investigation Sent** : 07/06/2007     **Investigation Sent To** :
**Grievance Amount:**

$Ex\ (3)$

Dr. Vandusen
Prescribed - 6-29-07

# MedlinePlus®
Trusted Health Information for You

A service of the U.S. NATIONAL LIBRARY OF MEDICINE and the NATIONAL INSTITUTES OF HEALTH

[ Print this page ]   [ Close this window ]

## Drug Information: Meloxicam

URL of this page: http://www.nlm.nih.gov/medlineplus/druginfo/medmaster/a601242.html

(mel ox' i cam)

### IMPORTANT WARNING:

> People who take nonsteroidal anti-inflammatory medications (NSAIDs) (other than aspirin) such as meloxicam may have a higher risk of having a heart attack or a stroke than people who do not take these medications. These events may happen without warning and may cause death. This risk may be higher for people who take NSAIDs for a long time. Tell your doctor if you or anyone in your family has or has ever had heart disease, a heart attack, or a stroke, if you smoke, and if you have or have ever had high cholesterol, high blood pressure, or diabetes. Get emergency medical help right away if you experience any of the following symptoms: chest pain, shortness of breath, weakness in one part or side of the body, or slurred speech. If you will be undergoing a coronary artery bypass graft (CABG; a type of heart surgery), you should not take meloxicam right before or right after the surgery. NSAIDs such as meloxicam may cause ulcers, bleeding, or holes in the stomach or intestine. These problems may develop at any time during treatment, may happen without warning symptoms, and may cause death. The risk may be higher for people who take NSAIDs for a long time, are older in age, have poor health, or drink large amounts of alcohol while you are taking meloxicam. Tell your doctor if you take any of the following medications: anticoagulants ('blood thinners') such as warfarin (Coumadin); aspirin; other NSAIDs such as ibuprofen (Advil, Motrin) or naproxen (Aleve, Naprosyn); or oral steroids such as dexamethasone (Decadron, Dexone), methylprednisolone (Medrol), and prednisone (Deltasone). Also tell your doctor if you have or have ever had ulcers or bleeding in your stomach or intestines, or other bleeding disorders. If you experience any of the following symptoms, stop taking meloxicam and call your doctor: stomach pain, heartburn, vomiting a substance that is bloody or looks like coffee grounds, blood in the stool, or black and tarry stools. Keep all appointments with your doctor and the laboratory. Your doctor will monitor your symptoms carefully and will probably order certain tests to check your body's response to meloxicam. Be sure to tell your doctor how you are feeling so that your doctor can prescribe the right amount of medication to treat your condition with the lowest risk of serious side effects. Your doctor or pharmacist will give you the manufacturer's patient information sheet (Medication Guide) when you begin treatment with meloxicam and each time you refill your prescription. Read the information carefully and ask your doctor or pharmacist if you have any questions. You can also visit the Food and Drug Administration (FDA) website (http://www.fda.gov/cder) or the manufacturer's website to obtain the Medication Guide.

### Why is this medication prescribed?

Meloxicam is used to relieve pain, tenderness, swelling, and stiffness caused by osteoarthritis (arthritis caused by a breakdown of the lining of the joints) and rheumatoid arthritis (arthritis caused by swelling of the lining of the joints). Meloxicam is also used to relieve the pain, tenderness, swelling, and stiffness caused by juvenile rheumatoid arthritis (a type of arthritis that affects children) in children 2 years of age and older. Meloxicam is in a class of medications called nonsteroidal anti-inflammatory medications (NSAIDs). It works by stopping the body's production of a substance that causes pain, fever, and inflammation.

### How should this medicine be used?

Exhibit (14)

Dale Otis Palmer, Inmate
SBI No.: 00175330
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

Legal
Mail
"URGENT"

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
844 N. KING STREET LOCKBOX #18
WILMINGTON, DEL.
                    19801