IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DALE OTIS PALMER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C. A. No. 06-576-SLR |
| ) | |
| COMMISSIONER STAN TAYLOR, ) | JURY TRIAL REQUESTED |
| et al., ) | |
| ) | |
| Defendants. ) | |

## SUBSTITUTION OF COUNSEL

**PLEASE TAKE NOTICE:** Deputy Attorney General Catherine Damavandi hereby enters her appearance on behalf of Department of Correction Defendants: Stan Taylor, Thomas Carroll, James Welch and Paul Howard in place of Eileen Kelly.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

 /s/ Eileen Kelly
Eileen Kelly, ID#2884
Deputy Attorney General
Department of Justice
Carvel State Office Bldg.,
820 N. French Street, 6th Fl.,
Wilmington, DE  19801
(302)577-8400

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

 /s/ Catherine Damavandi
Catherine Damavandi, ID#3823
Deputy Attorney General
Department of Justice
Carvel State Office Bldg.,
820 N. French Street, 6th Fl.,
Wilmington, DE  19801
(302)577-8400

Dated: October 9, 2007

## *CERTIFICATE OF SERVICE*

I hereby certify that on October 9, 2007 I electronically filed the attached *Substitution of Counsel* with the Clerk of Court using CM/ECF.  I hereby certify that on October 9, 2007, I have mailed by United States Postal Service, the document to the following non-registered party:

Dale Otis Palmer
SBI#175330
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE  19977

 

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Catherine Damavandi
Catherine Damavandi, ID#3823
Deputy Attorney General
Department of Justice
Carvel State Bldg., 6th Fl.,
820 N. French Street
Wilmington, DE  19801