IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DALE OTIS PALMER,
    Plaintiff,

v.

COMMISSIONER: STAN TAYLOR,
WARDEN: THOMAS CARROLL,
BUREAU CHIEF: PAUL HOWARD,
MEDICAL DIRECTOR: JAMES WELCH,
ROBERTA BURNS, IIHOMA CHUKS,
MR. MESSINGER, JOHN OURST AND
FREDERIC VANDUSEN,
    DEFENDANTS.

Civ. NO. 06-576-SLR

TRIAL BY JURY OF TWELVE DEMAND

RECEIVED
OCT 12 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

MOTION FOR RULE 26(f) MEETING
PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE

Whereas, plaintiff DALE OTIS PALMER, a prisoner incarcerated at the Delaware Correctional Center, filed this lawsuit pursuant to 42 U.S.C § 1983;

Whereas on 10/11/2007 The plaintiff files this motion with respects to all parties seeking the Court to grant same.

(1) The plaintiff states that he is currently waiting for the court to enter a scheduling discovery order and (2). To rule on his 8/13/07 motion requesting A temporary Restraining order seeking all (C.M.S.) Correctional Medical Services and, (D.O.C) Department of Corrections employees named in the Complaint to be restrained by providing different doctor's and, to

avoid A conflict of treatment to his medical care. The plaintiff states that he is at risk of future injury (see Exhibits). And, is in imminent danger of serious physical injury whereas Hepatitis-C is A serious communicable (contagious) disease of the liver that is caused by the hepatitis-C virus (H.C.V.). Most people (85%) develope chronic (Frequent or long-lasting) hepatitis-C. Some of us don't show symptoms for 20 to 30 years. Durring that time, though the infection may be slowly damaging the liver. The virus can be found in many organs of the body. However the infection is spread by contact with the blood. Once A person is infected the bodys immune system cannot combat the virus very well and most people develop long-term liver disease. The plaintiff states that A Rule 26(f) meeting would allow all parties to exchange information, and, talk about treatment Alternatives for (A)(B) and (C) Hepatitis. aswell as Milk Thistle (silybum marianum) which may help protect the liver from injury. Licorice Root (Glycyrrhiza Glabra And - Ginseng (Panax quinquefolius) sientifically suggest that Ginseng may help the bodys disease fighting and glandular systems. Other supplements could be discussed aswell such as foods drinks and the possibility of A Biopsy to determine any damage. With respects to all parties the plaintiff prays that the Court grants this request for A Rule 26(f) meeting Pursuant to Federal Rules of Civil Proceedures. Please note that I have tested possitive for B and C Hepatitis.

Respectfully
Dale Otis Palmer

DALE OTIS PALMER 125330 UNIT S.H.U." 17
D.C.C. 1181 PADDOCK RD
SMYRNA, DEL. 19977

10/11/2007

10/11/07  Dale Otis Palmer

## Certificate of Service

I, _DALE PALMER_, hereby certify that I have served a true

And correct cop(ies) of the attached: _MOTION FOR RULE 26 (F) MEETING_ upon the following

parties/person (s):

TO: _OFFICE OF THE CLERK_
_UNITED STATES DISTRICT COURT_
_844 N. KING STREET LOCKBOX #18_
_WILMINGTON, DEL. 19801_

TO: _STATE OF DELAWARE_
_DEPARTMENT OF JUSTICE_
_STATE OFFICE BUILDING_
_820 N. FRENCH ST._
_WILMINGTON, DEL. 19801_

TO: _PATRICK G. ROCK ESQ_
_913 MARKET STREET #800_
_WILMINGTON, DEL. 19801_

TO: _____

BY PLACING SAME IN A SEALED ENVELOPE, and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this _11th_ day of _October_, 200_7_

_Dale Otis Palmer_

10/11/07  _Dale O. Palmer_

```
I/M DALE OTIS PALMER
SBI# 125330   UNIT SHU 12 C-6
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

LEGAL
MAIL

                    OFFICE OF THE CLERK
                    UNITED STATES DISTRICT COURT
                    844 N. KING STREET LOCK BOX #18
                    WILMINGTON, DEL.
                                    19801
```