IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DALE OTIS PALMER, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C. A. No. 06-576-SLR |
| | : | |
| COMMISSIONER STAN TAYLOR, | : | TRIAL BY JURY OF |
| WARDEN THOMAS CARROLL, and | : | TWELVE DEMANDED |
| MEDICAL DIRECTOR JAMES WELCH, | : | |
| ET AL. | : | |
| | : | |
| Defendants. | : | |

**DEFENDANT IHUOMA CHUKS and FREDERICK VAN DUSEN'S RESPONSE TO MOTION FOR RULE 26(f) CONFERENCE**

1. Plaintiff has filed a Motion for a Rule 26(f) conference to "allow all parties to exchange information, and, talk about treatment alternative for (A)(B) and (C) Hepatitis, as well as Milk Thistle (Silybum Marianun) which may help protect the liver from injury, licorice root (glycyrhiza glabra and-ginseng (panax quinque folius)…and the possibility of a biopsy to determine any changes.."

2. The Plaintiff attached laboratory results that contain a notation that says "Reviewed w/ inmate on 8/7/07," signed by Dr. McFall.

3. Defendants suggest that the Plaintiff is already receiving adequate medical care and that the Plaintiff is not entitled to the care of his choosing. *See, Bowring v. Godwin*, 551 F.2d 44, 48 (4th Cir. 1977).

4. Insofar as the Plaintiff is seeking items not available in the prison such as milk thistle, licorice root, and ginseng, the proper venue to seek these items is through the administrative process offered by the Department of Corrections

and not the United States Federal Court. See, *Spruill v. Gillis*, 372 F.3d 218 (3d Cir. 2004) Prisoners may not bring a §1983 suit with respect to prison conditions "until such administrative remedies as are available are exhausted." *Citing* 42 U.S.C. §1997 e(a).

5. Defendants have already produced the plaintiff's medical records to the Plaintiff through the response to Motion for Preliminary Injunction. (D.I. 40)

6. Therefore, Defendants oppose the Motion for a discovery conference as it will not be beneficial to the parties.

    Respectfully submitted,

    Marks, O'Neill, O'Brien & Courtney, P.C.

By:   */s/ Patrick G. Rock, Esquire*
    Megan T. Mantzavinos, Esquire/ID No. 3802
    Patrick G. Rock, Esquire/ID No. 4632
    913 North Market Street, #800
    Wilmington, DE 19801
    (302) 658-6538
    *Attorney for Defendants Chuks and Van Dusen*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DALE OTIS PALMER, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C. A. No. 06-576-SLR |
| | : | |
| COMMISSIONER STAN TAYLOR, | : | TRIAL BY JURY OF |
| WARDEN THOMAS CARROLL, and | : | TWELVE DEMANDED |
| MEDICAL DIRECTOR JAMES WELCH, | : | |
| ET AL. | : | |
| | : | |
| Defendants. | : | |

**NOTICE OF RESPONSE TO MOTION FOR RULE 26(f) CONFERENCE**

TO:

| | |
|---|---|
| Inmate Dale Otis Palmer, *Pro Se* <br> SBI #175330 <br> Delaware Correctional Center <br> 1181 Paddock Road <br> Smyrna, DE 19977 | Catherine Damavandi, Esquire (ID 3823) <br> Department of Justice <br> Carvel State Office Building <br> 820 North French Street, 6th Fl. <br> Wilmington, DE 19801 <br> (302) 577-8400 |

PLEASE TAKE NOTICE that the attached Response to Motion for Rule 26(f) Conference shall be heard or determined at the convenience of the Court.

       Marks, O'Neill, O'Brien & Courtney, P.C.

    By: */s/ Patrick G. Rock, Esquire*
       Megan T. Mantzavinos, Esquire/ID No. 3802
       Patrick G. Rock, Esquire/ID No. 4632
       913 North Market Street, #800
       Wilmington, DE 19801
       (302) 658-6538
       *Attorney for Defendants Chuks and Van Dusen*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DALE OTIS PALMER, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C. A. No. 06-576-SLR |
| | : | |
| COMMISSIONER STAN TAYLOR, | : | |
| WARDEN THOMAS CARROLL, and | : | |
| MEDICAL DIRECTOR JAMES WELCH, | : | |
| | : | |
| Defendants. | : | |

**CERTIFICATE OF SERVICE**

I, **Patrick G. Rock, Esquire**, of Marks, O'Neill, O'Brien & Courtney, P.C., hereby certify that on this 16th day of October, 2007, the attached **Response to Motion for Rule 26(f) Conference** was served by electronic filing and first class mail upon the following individuals:

Inmate Dale Otis Palmer, *Pro Se*
SBI #175330
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977
Via First Class US Mail

Catherine Damavandi, Esquire (ID 3823)
Department of Justice
Carvel State Office Building
820 North French Street
Wilmington, DE 19801
Via electronic filing

/s/ Patrick G. Rock
Patrick G. Rock. Esquire (I.D. No. 4632)

DE093619.1