IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

RECEIVED
OCT 22
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

DALE OTIS PALMER,

   Plaintiff,

v

COMMISSIONER: STAN TAYLOR

WARDEN: THOMAS CARROLL

MEDICAL DIRECTOR: JAMES WELCH

Civil Action No. 06-576 SLR

JURY TRIAL DEMAND

## MOTION TO AMEND
### PURSUANT TO RULE 15(a) and 15(b) OF THE F.R.C.P.

Now comes the Plaintiff DALE OTIS PALMER who hereby files this motion to Amend the Complaint by Changing and adding the following.

1). The plaintiff seeks to amend the Complaint by adding the first name DAVI to Doctor Messinger. The plaintiff states that untill he recieved medical record he did not know the first name of Dr. Messinger and no employees for C.M.S would tell him. And only (1) one document had his full name -(DAVI MESSINGER)

2) The plaintiff seeks to change the stated employment in the complaint from Medical Director for Correctional Medical Services to JAMES WELCH RN - Medical Director for The Department Of CORRECTIONS. Plaintiff had no knowledge that James Welch was imployed by the Dept Of Corrections and not Correctional Medical Services until he was informed by A C.M.S employee. Wherefore the plaintiff prays this motion be Granted.

Respectfully — Dale Otis Palmer
DALE OTIS PALMER
#175330 Unit S.H.U.17 C-2-6
DCC 1181 Paddock Road Smyrna Del
19977

THIS 19th DAY OF October
2007  Dale Otis Palmer

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DALE OTIS PALMER,

  Plaintiff,

v.

COMMISSIONER: STAN TAYLOR

WARDEN: THOMAS CARROLL

MEDICAL DIRECTOR: JAMES WELCH

Civil Action No. _____

JURY TRIAL DEMAND

## MOTION TO AMEND
### PURSUANT TO RULE 15(a) and 15(b) OF THE F.R.C.P.

Now comes the Plaintiff DALE OTIS PALMER who hereby files this motion to Amend the Complaint by Changing and adding the following.

1). The plaintiff seeks to amend the Complaint by adding the first name DAVI to Doctor Messinger. The plaintiff states that untill he recieved medical record he did not know the first name of Dr. Messinger and no employees for C.M.S would tell him. And only (1) one document had his full name - (DAVI MESSINGER)

2) The plaintiff seeks to change the stated employment in the Complaint from Medical Director for Correctional Medical Services to JAMES WELCH RN - Medical Director for The Department of CORRECTIONS. Plaintiff had no knowledge that James Welch was imployed by the Dept of Corrections and not Correctional Medical Services until he was informed by A C.M.S employee. Wherefore the plaintiff prays this motion be Granted.

Respectfully — Dale Otis Palmer
DALE OTIS PALMER
#175330 Unit S.H.U. 17 C-2-6
DCC 1181 Paddock Road Smyrna Del
19977

THIS 19th DAY OF October 2007

Dale Otis Palmer