IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

RECEIVED OCT 22 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

DALE OTIS PALMER,

    Plaintiff,

v.

COMMISSIONER: STAN TAYLOR,
WARDEN: THOMAS CARROLL,
MEDICAL DIRECTOR: JAMES WELCH,
ET. AL., Defendants

Civil Action No. 06-576-SLR

JURY TRIAL REQUESTED

MOTION FOR SANCTIONS - FOR FAILURE TO COMPLY
PURSUANT TO RULE 37(B)(1.) F.R.C.P.

Whereas Plaintiff DALE OTIS PALMER a prisoner incarcerated at the Delaware Correctional Center, filed this lawsuit pursuant to 42 U.S.C. § 1983.

Whereas on 5/14/2007 U.S. Marshal forms were filed by the plaintiff with the Clerk of the Court pursuant to the Courts order of 4/19/2007 naming defendants - Stan Taylor - Thomas Carroll - Jame Welch - Paul Howard - Roberta Burns - Ithoma Chuks - Fredrick Vanduse John Durst - Mr. Messinger and the Attorney General for the Sta of Delaware. It appears through responses from the Dept of Justice and Patrick Rock of Marks - O'Neill - O'Brian & Courtney P.C. that all defendants are represented by counsel with the exception of DAVI MESSINGER MD.. The plaintiff states that he has complied with the courts order and Pursuant to Fed. R. Civ. P. 4(c)(2) and (d)(2) However he questions if the U.S. Marshals office has complied with the Courts order pursuant to Fed. R. Civ. P. 4(c)(2) "Because" Defendants Roberta Borns and, Davi Messinger have failed to respond pursuant to Fed. R. Civ. P. 4(l)(3) violating the Court order of 4/19/2007. Wherefore for failure to comply with the Courts order the plaintiff is requesting that the Court impose sanctions on both defendants

And that because defendants Burns and Messinger have not complied, A Judgment by Default is being requested against both defendants for failure to answer or respond to the Complaint within sixty (60) days by way of a motion and brief or memorandum of points and Authorities and any supporting Affidavits. I have recieved Notice of entry of appearance from Attorney's Megan T. Mantzavinos and Patrick G. Rock on behalf of Roberta Burns M.D. however I have not recieved any response to the Complaint. I have not recieved any notice of appearance on behalf of Davi Messinger M.D.. Where-for the plaintiff respectfully seeks this court to grant this motion and that A Judgment by Default ordered.

Dale Otis Palmer
Respectfully
Dale Otis Palmer
DALE OTIS PALMER

THIS 19th DAY OF October   175330   Unit SHU #17 C-2-6
2007                       D.C.C. 1181 Paddock Rd
                           SMYRNA, DEL. 19977

## Certificate of Service

I, _DALE OTIS PALMER_, hereby certify that I have served a true
And correct cop(ies) of the attached: _Motion to Amend Pursuant to Rule 15(a)_
_Motion for sanctions Pursuant to and 15(b) of the F.R.C.P._
_Rule 37 (B)(1) of the F.R.C.P._ upon the following
parties/person (s):

TO: _Catherine Damavandi_
_DEPARTMENT OF JUSTICE_
_state Office Building_
_820 N. French St._
_Wilm, Del. 19801_

TO: _U.S. District Court_
_for the District of Delaware_
_844 N. King Street_
_LockBox #18_
_Wilm, Del. 19801_

TO: _Megan Mantzavinos,_
_PATRICK ROCK —_
_Marks-ONeill-OBrion & Courtney_
_913 Market Steet F 800_
_Wilm, Del. 19801_

TO: _____

BY PLACING SAME IN A SEALED ENVELOPE, and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this _19th_ day of _October_, 200_7_

DALE OTIS PALMER
_Dale Otis Palmer_

_Dale Otis Palmer_

I/M DALE OTIS PRIMER
SBI# 125330    UNIT SHU#12 C-L-6
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

LEGAL
MAIL

SOUTH JERSEY NJ 080
20 OCT 2007 PM 4 T

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
844 N. KING STREET LOCKBOX #18
WILMINGTON, DEL.
19801