IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

FILED 2007 OCT 29 PM 3:43

DALE OTIS PALMER,
    Plaintiff,

v.

COMMISSIONER: STAN TAYLOR,
WARDEN: THOMAS CARROLL,
MEDICAL DIRECTOR: JAMES WELCH,
ET, AL   Defendants.

Civ. NO 06-576 SLR

TRIAL BY JURY DEMAND

MOTION FOR INTERROGATORIES

FILED OCT 29 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

PLAINTIFF FIRST SET OF INTERROGATORIES TO DEFENDANTS
PURSUANT TO RULE 33 OF THE F.R.C.P.

In accordance with rule 33 of the Federal Rules of Civil Procedure, Plaintiff request that Defendant **IHUOMA CHUKS** answer the following interrogatories under Oath and that the answers be signed by the person making them and be served on plaintiff within 30 days of service of these interrogatories.

If you cannot answer the following interrogatories in full after exercising due diligence to secure the information to do so, so state and answer to the extent possible, specifying your inability to answer the remainder and stating whatever information or knowledge you have concerning the unanswered portions. These interrogatories shall be deemed continuing, so as to require supplemental answers as new and different information materializes.

1) What is your correct name?
2) How long have you been employed by C.M.S.?
3) Have you ever been sued before and if so - when and why?
4) Identify and attach a copy of any and all documents showing who was on duty from 8:00 am to 4:00 pm on May-29-2007?
5) Identify and attach a copy of any and all documents showing who was on duty from 8:00 am to 4:00 pm August-3-2007?
6) Identify and attach a copy of any and all documents showing who was on duty between August-9-2007 8:00am and 4:00 pm August-10-2007?
7) Identify and attach a copy of Infirmary records that will

show that the plaintiff was hospitalized on August-3-2007 and August 10 2007 - If none exist please state so?

8) Attach and Identify A copy of prescribed medicine or treatment orders you have provided to treat the plaintiff for Hepatitis-C?

9) Attach and Identify A copy of prescribed medicine or treatment orders you have provided to treat the plaintiff for Hepatitis-B?

10) If (8) and (9) do not have existing orders please explain why not?

11) What is Correctional Medical Services Disease Control Prevention or recommendations for inmates already infected and incarcerated here at D.C.C.?

12) What is your understanding of Hepatitis-B and how it effects the body? and can you say there is a cure?

13) Is Hepatitis-B 100 times more infectious than H.I.V?

14) What is your understanding of Hepatitis-C and how it effects the body? and can you say there is A cure?

15) In what percent of persons do cronic infection develope from Hepatitis-B? and do you agree these people are my age 44-45?

16) On 5/22/07 labs came back Positive for Hepatitis A AB total - HBc AB - HBs Ab - and Hepatitis-C Ab   why wasn't treatment administered without delay? and why didn't you seek permittion to treat.

17) Have you ever ordered blood tests for the plaintiff and if so have you ever discussed the results, please attach a copy?

18) Please attach and Identify A copy of any order for A special diet or drinks that would have helped in the plaintiff treatment - That you prescribed? for the plaintiff.

19) Identify and attach a copy of any and all documents relating to prison medical staff training and education you've recieved?

20) IN 2/3/06 labs indicated the plaintiff ALt were abnormal However he was not Counseled or informed - why not?

21) IN 2/3/06 labs indicated exposure to Hepatitis-B, why wasn't the Plaintiff treated? or ever told what Genotype he has?

22) Have you ever acted as doctor - when inmates are scheduled to see one?

23) Attach and Identify A copy of all blood drawn since 2003? from Plaintiff That indicate abnormal ALts?

*Dale Otis Palmer*
DALE OTIS PALMER

This 25th Day of October 2007

DCC 1181 Paddock Road
Smyrna Del 19977
#175330
S.H.U. 17
C-L-6

*Dale Otis Palmer*

# Certificate of Service

I, _DALE OTIS PALMER_, hereby certify that I have served a true And correct cop(ies) of the attached: _MOTION FOR APPOINTMENT OF COUNSEL with Affidavit, and (First set of Interrogatories FOR CHUKS and Vandusen, And Welch)_ upon the following parties/person (s):

TO: _CATHERINE DAMAVANDI_
_DEPT OF JUSTICE_
_STATE OFFICE BUILDING_
_820 N. FRENCH ST._
_WILMINGTON DEL 19801_

TO: _US. DISTRICT COURT_
_FOR THE DISTRICT OF DELAWARE_
_844 N. King street_
_Lock Box #18_
_Wilmington, Del 19801_

TO: _MEGAN MANTZAVINOS_
_PATRICK ROCK_
_Marks-O'Neill-O'Brian-Courtney_
_913 Market st. #800_
_Wilmington, Del. 19801_

TO: _____

BY PLACING SAME IN A SEALED ENVELOPE, and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this _25th_ day of _October_, 200_7_

_Dale Otis Palmer_
_Dale Otis Palmer_
DALE OTIS PALMER