IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DALE OTIS PALMER,
  Plaintiff,

v.

COMMISSIONER: STAN TAYLOR,
WARDEN: THOMAS CARROLL,
MEDICAL DIRECTOR: JAMES WELCH,
ET. AL    Defendants.

Civ. No. 06-526 SLR

JURY TRIAL DEMAND

MOTION FOR INTERROGATORIES

PLAINTIFF FIRST SET OF INTERROGATORIES TO DEFENDANTS
PURSUANT TO RULE 33 OF THE F.R.C.P.

FILED
OCT 29 2007
U.S. DISTRICT
DISTRICT OF DELAWARE

In accordance with rule 33 of the Federal Rules of Civil Procedure, Plaintiff request that Defendant **FREDERIC VANDUSEN** answer the following interrogatories under oath and that the answers be signed by the person making them and be served on the plaintiff within 30 days of service of these Interrogatories.

IF you cannot answer the following interrogatories in full after exercising due diligence to secure the information to do so, so state and answer to the extent possible, specifying your inability to answer the remainder and stating whatever information or knowledge you have concerning the unanswered portions. These Interrogatories shall be deemed Continuing, so as to require supplemental answers as new and different information materializes.

1) What is your correct name?
2) Identify and attach a copy of any and all documents relating to prison medical staff training you have recieved aswell as education?
3) Have you ever been named in a Civil action concerning medical issues other than this one? or reprimanded?
4) Are you a Cronic disease specialist?
5) What medications have you given the plaintiff for Hepatitis-C?
6) What medications have you given the plaintiff for Hepatitis-B?
7) What type of foods and drinks have you ordered for the plaintiff?
8) Does Hepatitis-C and Hepatitis-B cause Chronic Liver disease?
9) The 5/2/07 Lab report states the plaintiff tested positive for

Hepatitis A AB/Total — HB cAB — HBs Ab and Hepatitis-C Ab. did you treat the plaintiff then or after seeing those results?

10) Is the Plaintiff suffering or have any other diseases such as (G F R) Glomerular Filtration Rate — Or Kidney disease?

11) Do you have to get permission to treat the plaintiff Hepatitis?

12) Did you try to obtain consent for treating the plaintiff for Hepatitis?

13) Is Hepatitis (B) 100 more times infectous than H.I.V.?

15) Who is the Health Care Director For C.M.S.?

16) Why would you allow the plaintiff to stay in population after seeing the results of 5/22/07?

17) What is your response to lab results of 2-3-2006 that show Hepatitis B Surface Antibody and ALT thats abnormal?

18) Please Identify and attach copies of all signed documents with my signature for surgeries and or tests the plaintiff has recieved since 2003?

19) What if any is the Protocol for C.M.S. treating inmates with Both Hepatitis B and C? Please attach and Identify A Copy.

20) Have you ever been instructed not to treat the plaintiff for Hepatitis B and C — and if so by whom?

21) At Length the plaintiff has been in the presences of more than 1000 inmates — what percentage do you estimate was exposed to his conditi

22) Have you ever said no to the plaintiff when he requested treatmer if not why wasn't he treated? or ever told what Genotype he has

23) Since the plaintiff has not recieved any Inoculations, A positive Hepati's B surface antibody result establishes Hepatitis B virus due to A active infection — Is this correct? and what should be done?

24) When A person request treatment for Hepatitis-B what is the Protoc

25) Without A Biopsy to determine damage (if any) to the liver th Center for Disease Contol states that damage could accur and not be detected in the blood do you agree and if so please state why the Plaintiff has been denied A Biopsy by You?

This 25th DAY OF October 2007

Dale Otis Palmer
DALE OTIS PALMER
#175330  UNIT S.H.U. 17 C
1181 Paddock Road, Smyrna, Del.
19977

Dale Otis Palmer