IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

FILED
OCT 29 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

DALE OTIS PALMER,

    Plaintiff,

v.

COMMISSIONER: STAN TAYLOR,
WARDEN: THOMAS CARROLL,
MEDICAL DIRECTOR: JAMES WELCH,

Civ. No. 06-576 SLR

TRIAL BY JURY DEMAND

## MOTION FOR APPOINTMENT OF COUNSEL
### PURSUANT TO 28 U.S.C. § 1915 (e)(1)

Whereas, The plaintiff DALE OTIS PALMER filed the above captioned lawsuit pursuant to 42 U.S.C. § 1983, Now moves this honorable Court for the appointment of Counsel to represent him in the following manner.

1) TO: represent the plaintiff at and durring complexed pretrial matters.
2) TO: represent the plaintiff durring depositions and request for production and inspection of complexed materials.
3) TO: Obtain and submitt declarations from other inmates.
4) TO: obtain and issue Subpoenas for books-papers and persons with respects to this civil action.
5) The plaintiff states that he is housed in the highest security (S.H.U.) and, that his ability to contact potential witnesses, conduct diligent reserch, obtain books of law and obtain descovery materials will be impossible without the assistance of Counsel.  Wherefore the plaintiff prays that the Court grants this motion for Appointment of Counsel.

THIS 25th DAY OF October
2007

Dale Otis Palmer

Dale Otis Palmer
DALE OTIS PALMER
175330 UNIT S.H.U.#17 C-L-6
D.C.C. 1181 Paddock Rd
SMYRNA, DEL. 19977

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DALE OTIS PALMER, <br> Plaintiff, <br> V. <br> COMMISSIONER: STAN TAYLOR, <br> WARDEN: THOMAS CARROLL, <br> MEDICAL DIRECTOR: JAMES WELCH, <br> ET, AL, Defendants. | CIV NO 06-576-SLR <br><br> TRIAL BY JURY DEMAND <br><br> AFFIDAVIT <br> SUPPORTING MOTION FOR APPOINTMENT <br> OF COUNSEL |

Now comes the plaintiff who hereby files this Affidavit in support of his motion for the appointment of Counsel.

The plaintiff states that he is at confusion as to how to litigate his complaint effectively because of his recent confinement in the S.H.U. (Maximum Security). I have submitted evidence attached to motion for 26(F) meeting and motion for Temporary Restraining Order - that establishes neglect and a form of abuse. The defendants on the other hand submitted false statments of surgery and procedures. However I was denied both because I did not demonstrate A likelihood of success on the merits. The plaintiff has requested the Court prior to his filing to appoint counsel and was dinied. It appears that the Court thinks the plaintiff can litigate his Claims however impossible it may be. By documents the plaintiff has established an on going denial of medical care and violation of his civil right. However much more research and documents must be obtained from the defendants and the plaintiff is unable and unsure how to accomplish the task. I just don't know what to do "exactly" and I need legal assistance in presenting my case and merits to the Court.

This 25th Day of October

Dale Palmer 175330
DALE PALMER Unit#17
DCC 1181 Paddock Rd Smyrna Dl. 19977    SHU

LE OTIS PALMER
25330    UNIT SHU C-C-6
ARE CORRECTIONAL CENTER
ADDOCK ROAD
NA, DELAWARE 19977



Legal
Mail

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
844 N. KING ST   LOCKBOX 18
WILMINGTON, DEL.
     19801