IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

FILED
OCT 29 2007

DALE OTIS PALMER,
    Plaintiff,

v.                                          Civil No. 06-526-SLR

COMMISSIONER: STAN TAYLOR,
WARDEN: THOMAS CARROLL,            MOTION FOR INTERROGATORIES
MEDICAL DIRECTOR: JAMES WELCH,
    ET, AL Defendants.

PLAINTIFFs FIRST SET OF INTERROGATORIES
PURSUANT TO RULE 33 OF THE F.R.C.P.

In accordance with Rule 33 of the Federal Rules of Civil Procedure, Plaintiff requests that Defendant JAMES WELCH answer the following interrogatories under oath, and that the answers be signed by the person making them and be served on the plaintiff within 30 days of service of these interrogatories. If you cannot answer the following interrogatories in full after exercising due diligence to secure the information to do so, so state and answer to the extent possible, specifying your inability to answer the remainder and stating whatever information or knowledge you have concerning the unanswered portions. These Interrogatories shall be deemed continuing, so as to require supplemental answers as new and different information materalizes.

1) What is your full and correct name?
2) What is your employment duties for the department of Corrections?
3) Do you assist in providing treatment for Inmates?
4) Identify and attach a copy of any and all documents relating to prison medical staff training and education you have recieved?
5) Why did Doctor Davi Messinger Retire?
6) Was Doctor Davi Messinger A Certified doctor in Delaware?
7) Did Doctor Davi Messinger have A Valid license to pratice medicin
8) Why did Doctor John Durst Retire?
9) Was Doctor John Durst A Certified doctor in Delaware?
10) Did Doctor John Durst have A Valid License to practice medicine

11) Where can Doctor Roberta Burns be located?

12) Why did she leave the Delaware Correctional Center?

13) Who is the head of correctional medical services in Delaware?

14) Do you ever reply to inmates letters that are sent to you?

15) Why haun't you responded to any of my letters concerning my medical treatment?

16) Do you have a conflict with costs for inmate medical treatments? and if so what is your conflict?

17) What is the Protocol for providing inmates with adequate medical care?

18) When a inmate tests possitive for Hepatits-B, should he be treated as soon as possible?

19) On 5/23/02 Plaintiff tested Possitive for active Hepatitis-B Hepatitis A AB/Total - HBcAB - HBsAb and Hepatitis C Ab. Why wasn't he ever treated?

20) On 2/3/06 The plaintiff test results proved his ALT Levels to be abnormal and a positive Hepatitis-B surface antibody result even though he had not recieved an inoculation. Do you agree the test shows active infection from Hepatitis-B?

21) Are you a Cronic disease specialist?

22) Do you agree with the Center for disease Control, that a person should get a biopsy every 3-5 years as an alternative to treatment with medications? and is a way to monitor if or when liver damage may accur or progress?

23) Would you like this complaint resolved?

24) Do you deny that you are listed as the referred to person in the plaintiff 9/19/06 - Grievance Information BGO response? which indicates that you knew of my situation?

25) Please Identify and attach any and all documents that Prison Policy dictates or supports concerning cronic disease and housing guidelines?

Dale Otis Palmer
DALE OTIS PALMER

This 25th Day of October 2007

DCC 1181 Paddock Rd
SMYRNA, DEL. 19977

Dale Otis Palmer