IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DALE OTIS PALMER, | : | |
| Plaintiff, | : | |
| v. | : | C. A. No. 06-576-SLR |
| COMMISSIONER STAN TAYLOR, WARDEN THOMAS CARROLL, and MEDICAL DIRECTOR JAMES WELCH, | : | TRIAL BY JURY OF TWELVE DEMANDED |
| Defendants. | : | |

### DEFENDANT BURNS' RESPONSE TO PLAINTIFF'S MOTION FOR SANCTIONS AGAINST ROBERTA BURNS, MD

Roberta Burns, MD, requests special appearance to oppose the Plaintiff's Motion to Enter Default against her (D.I. 51) and offers the following:

1. Plaintiff has filed a "Motion for Sanctions - For Failure to Comply Pursuant to Rule 37(B)(1) F.R.C.P." and seeks to have the Court enter a Default against Dr. Burns and "Dr. Messinger." (D.I. 51);

2. Neither Dr. Burns (Nor Dr. Messinger for that matter) have been served and neither appear to have waived service, according to the docket.

3. An entry of Default will not be proper absent proper service. See *King v. Kendrick*, 1986 U.S. Dist. LEXIS 17531, citing, *Richards v. Hamon*, 178 A.2d 140, 144 (Del.Supr. 1962)(Without proper service, a default judgement may not be granted).

WHEREFORE, Defendant requests allowance of special appearance to oppose the Motion for Default and requests that the Plaintiff's Motion be denied.

DE094835.1

                                      Marks, O'Neill, O'Brien & Courtney, P.C.

                                      */s/ Patrick G. Rock*

                                      Megan Mantzavinos, Esquire (ID No. 3802)
                                      Patrick G. Rock, Esquire (ID No. 4632)
                                      913 North Market Street, #800
                                      Wilmington, DE 19801
                                      (302) 658-6538
                                      *Attorneys for Defendant*

DATED: 11/1/07

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DALE OTIS PALMER, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | :    C. A. No. 06-576-SLR |
| | : |
| COMMISSIONER STAN TAYLOR, | : |
| WARDEN THOMAS CARROLL, and | : |
| MEDICAL DIRECTOR JAMES WELCH, | : |
| | : |
| Defendants. | : |

**ORDER**

HAVING READ The Plaintiff's "Motion for Sanctions - For Failure to Comply Pursuant to Rule 37(B)(1) F.R.C.P." (D.I. 51) and Defendant Burn's Request for special appearance to oppose same, IT IS ORDERED, that the Plaintiff's Motion is Denied;

So Ordered on this _____ day of _____, 2007.

_____
       J.

DE094838.1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DALE OTIS PALMER, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : C. A. No. 06-576-SLR |
| | : |
| COMMISSIONER STAN TAYLOR, | : |
| WARDEN THOMAS CARROLL, and | : |
| MEDICAL DIRECTOR JAMES WELCH, | : |
| | : |
| Defendants. | : |

## CERTIFICATE OF SERVICE

I, **Patrick G. Rock, Esquire**, of Marks, O'Neill, O'Brien & Courtney, P.C., hereby certify that on this **1ST** day of **November**, 2007, the attached **Request for Special Appearance and Response to Motion for Sanctions and Entry of Default** was served by electronic filing and first class mail upon the following individuals:

Inmate Dale Otis Palmer, *Pro Se*
SBI #175330
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977
Via First Class US Mail

Catherine Damavandi, Esquire (ID 3823)
Department of Justice
Carvel State Office Building
820 North French Street
Wilmington, DE 19801
Via electronic filing

  */s/ Patrick G. Rock*
Patrick G. Rock. Esquire (I.D. No. 4632)

DE094839.1