IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DALE OTIS PALMER, | : |
|     Plaintiff, | : |
| v. | :    C. A. No. 06-576-SLR |
| COMMISSIONER STAN TAYLOR, | :    TRIAL BY JURY OF |
| WARDEN THOMAS CARROLL, and | :    TWELVE DEMANDED |
| MEDICAL DIRECTOR JAMES WELCH, ET AL. | : |
|     Defendants. | : |

**<u>DEFENDANTS IHUOMA CHUKS' AND FREDERICK VAN DUSEN'S
FIRST SET OF REQUEST FOR PRODUCTION OF DOCUMENTS
DIRECTED TO PLAINTIFF</u>**

Pursuant to Rule 34 of the Federal District Court Rules of Civil Procedure, you are hereby requested to produce the below listed documents and/or items for purposes of discovery. This material will be examined and/or photocopied; photograph negatives will be processed and photographs reproduced. Said documents and items are to be produced at the offices of Marks, O'Neill, O'Brien & Courtney, P.C., 913 Market Street, Suite 800, Wilmington, Delaware 19801, and supplemented thereafter in accordance with the Rules of Civil Procedure.

If any document required to be produced by this Request is claimed by you to be not discoverable because it is privileged or for any other reason, then each such document should be identified in your Response by date, sender, recipient, persons to whom copies have been furnished, and subject matter, and the basis for the claim of privilege or other reason should be stated in your Response.

**<u>REQUESTS</u>**

1. Any and all statements, descriptions of statements, summaries of statements, memoranda, records or writing (signed or unsigned) of any and all witnesses, including any statements from the parties herein, or their respective agents, servants or employees, including tapes or other mechanically transcribed information.

RESPONSE:

2. All photographs, recordings, films, charts, sketches, graphs and diagrams taken and/or prepared.

RESPONSE:

3. Any and all reports compiled or prepared by an individual who has been retained as an expert in this matter.

RESPONSE:

    4.       The names, home and business addresses of all experts contacted.

**RESPONSE:**




    5.       All writings, memoranda, date and/or tangible things which related directly or indirectly to the incident and damages set forth in Plaintiff's Complaint.

**RESPONSE:**

DE094779.1

6.  Any and all copies of Internal Revenue Service Tax Returns for five full years prior to, and all years subsequent to the date referred to in Plaintiff's Complaint.

RESPONSE:

7.  Any and all documents, records, evidence and anything whatsoever which will be introduced at trial for use in direct examination or impeachment.

RESPONSE:

8.  Any document or thing the plaintiff has read or referred to in preparation of any pleadings in the instant case.

RESPONSE:

9. All records of financial, bank, and/or trust accounts kept on your behalf or by you of any money, credits, remuneration, or other funds, from the first date of your incarceration to the present.

RESPONSE:

10. All "sick call slips" or records of any kind requesting medical, dental, and/or psychological treatment.

RESPONSE:

11, All grievances filed by you or on your behalf and any responses thereto.

RESPONSE:

                    Marks, O'Neill, O'Brien & Courtney, P.C.

By: /s/ Patrick G. Rock
       Patrick G. Rock, Esquire (I.D. # 4632)
       Megan T. Mantzavinos, Esquire (I.D. # 3802)
       913 North Market Street, Suite 800
       Wilmington, DE 19801
       (302) 658-6538
       *Attorney for Defendant*

DATED: Oct. 31, 2007

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DALE OTIS PALMER, | : |
| Plaintiff, | : |
| v. | : C. A. No. 06-576-SLR |
| COMMISSIONER STAN TAYLOR, WARDEN THOMAS CARROLL, and MEDICAL DIRECTOR JAMES WELCH, ET AL. | : TRIAL BY JURY OF TWELVE DEMANDED |
| Defendants. | : |

### VERIFICATION AS TO RESPONSES TO REQUEST FOR PRODUCTION OF DOCUMENTS

I hereby declare under penalty of perjury that the attached Plaintiff's RESPONSES TO REQUEST FOR PRODUCTION OF DOCUMENTS are true and correct.

_____          _____
DALE OTIS PALMER                                              Date

DE094775.1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DALE OTIS PALMER, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : C. A. No. 06-576-SLR |
| | : |
| COMMISSIONER STAN TAYLOR, | : |
| WARDEN THOMAS CARROLL, and | : |
| MEDICAL DIRECTOR JAMES WELCH, | : |
| | : |
| Defendants. | : |

### CERTIFICATE OF SERVICE

I, **Patrick G. Rock, Esquire**, of Marks, O'Neill, O'Brien & Courtney, P.C., hereby certify that on this **1ST** day of **November**, 2007, the attached **Defendants Chuks and Van Dusen's Request for Production of Documents Directed to Plaintiff** was served by electronic filing and first class mail upon the following individuals:

Inmate Dale Otis Palmer, *Pro Se*  
SBI #175330  
Delaware Correctional Center  
1181 Paddock Road  
Smyrna, DE 19977  
Via First Class US Mail  

Catherine Damavandi, Esquire (ID 3823)  
Department of Justice  
Carvel State Office Building  
820 North French Street  
Wilmington, DE 19801  
Via electronic filing  

   */s/ Patrick G. Rock*  
Patrick G. Rock. Esquire (I.D. No. 4632)

DE094885.1