IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DALE OTIS PALMER,
  Plaintiff,

V.

COMMISSIONER: STAN TAYLOR,
WARDEN: THOMAS CARROLL,
MEDICAL DIRECTOR: JAMES WELCH,
ET.AL., Defendants.

Civ.NO. 06-576 SLR

TRIAL BY JURY DEMAND

MOTION FOR INTERROGATORIES

PLAINTIFF FIRST SET OF INTERROGATORIES TO DEFENDANTS
PURSUANT TO RULE 33 OF THE F.R.C.P.

FILED NOV -2 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE

In accordance with rule 33 of the federal Rules of Civil Procedure, Plaintiff request that Defendant THOMAS CARROLL answer the following interrogatories under Oath and that the answers be signed by the person making them and be served on plaintiff within 30 days of service of these interrogatories.

If you cannot answer the following interrogatories in full after exercising due diligence to secure the information to do so, so state and answer to the extent possible, specifying your inability to answer the remainder and stating whatever information or knowledge you have concerning the unanswered portions. These interrogatories shall be deemed continuing, so as to require supplemental answers as new and different information materializes.

1) Have you ever responded to any of the letters the plaintiff wrote you?

2) Do you respond to inmates who write you concerning mistreatment, inadequate medical care or abuse?

3) Have you ever been named in a civil action involving inadequate medical care?

4) Are you or have you known about correctional medical Services legal problems in other prisons such as deliberate indifference to serious medical needs — In the Michigan Department of Corrections?

5) As Warden do you have a responsibility to every inmate to

ensure that he is not violated mentally or physically by other inmates - staff or medical personel?

6) What is the Delaware Correctional Center - Protocol for inmates with infectious diseases - such as Hepatitis A-B and C?

7) Please Attach and Identify A Copy of the department of Corrections 84 Point agreement made with the federal Government?

8) Scott Altman forwarded to your office and the medical department A letter stating my request for treatment and information, do you deny recieving that letter, and if so who recieved it?

9) Do you interact with the inmates housed here at D.C.C. and if so please state how and when?

10) I have been diagnosed with Hepatitis B and C what is your response to that? as regarding to treatments that Im not getting?

11) Would you like to resolve this lawsuit?

12) What have you done to help me recieve treatment for Hepatitis?

13) Do you agree that my condition is unsafe and threating to the well being to other inmates as long as I continue to go untreated?

14) Do you agree that unsafe conditions need to await A tragic event?

15) Please Attach and Identify Copies of minutes Between the Department of Corrections and Correctional Medical Services? For the last 2 years?

16) Is L.P.N.s being used almost exclusively at D.C.C.?

17) Are L.P.N.s qualified to take action on all sick calls?

18) Upon request inmates are entitled to recieve vacinations for Hepatitis A and B which I have requested repeatedly - who is responsible for me being denied?

19) In T-1 and T-2 units there are many well documented cases of infectous diseases ranging from Hepatitis to H.I.V. In these open dorms their is no medical staff or trained staff to assist ill patients, why not?

20) I only see cronic care doctors every 3 to 4 months unless I send A sick-call slip, Is this good policy or A denial of my medical needs?

21) Who is the Director for Correctional Medical Services in Delaware?

22) Where can Paul Howard and Stan Taylor be contacted at?

23) Do you deny that Hepatitis B and C are infectous and require treatment?

24) How many Inmates are currently diagnosed with both Hepatitis B and C at DCC?

THIS 31st DAY OF October
2007

Dale Otis Palmer

Dale Otis Palmer
DALE OTIS PALMER
#175330  Unit#17  C-26
D.C.C. 1181 PADDOCK RD.
SMYRNA, DEL. 19977

## Certificate of Service

I, _Dale Otis Palmer_, hereby certify that I have served a true And correct cop(ies) of the attached: _Motion For Interrogatories For defendants Thomas Carroll and John Durst._ upon the following parties/person (s):

TO: _CATHERINE DAMAVANDI_
_Dept of Justice_
_State Office Building_
_820 N. French ST._
_Wilm, Del. 19801_

TO: _UNITED STATES DISTRICT COURT_
_FOR THE DISTRICT OF DELAWARE_
_844 N. KING STREET_
_LOCKBOX #18_
_Wilm, Del. 19801_

TO: _MEGAN MANTZAVINOS_
_PATRICK ROCK_
_Marks-O'Neill-O'Brian & Courtney P.A._
_913 Market ST #800_
_Wilm, Del. 19801_

TO: _____

BY PLACING SAME IN A SEALED ENVELOPE, and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this _31st_ day of _october_, 200_7_

Dale Otis Palmer
_DALE OTIS PALMER_