IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DALE OTIS PALMER, | CIV. NO. 06-576 SLR |
| Plaintiff, | |
| V. | TRIAL BY JURY DEMAND |
| COMMISSIONER: STAN TAYLOR, | |
| WARDEN: THOMAS CARROLL, | |
| MEDICAL DIRECTOR: JAMES WELCH, | MOTION FOR INTERROGATORIES |
| ET. AL. Defendants. | |

THIS IS PLAINTIFF FIRST SET OF INTERROGATORIES TO DEFENDANTS PURSUANT TO RULE 33 OF THE F.R.C.P.

In accordance with rule 33 of the Federal Rules of Civil Proceedure, Plaintiff request that Defendant ___JOHN DURST___ answer the following interrogatories under oath and that the answers be signed by the person making them and be served on plaintiff within 30 days of service of these interrogatories.

If you cannot answer the following interrogatories in full after exercising due diligence to secure the information to do so, so state and answer to the extent possible, specifying your inability to answer the remainder and stating whatever information or knowledge you have concerning the unanswered portions. These interrogatories shall be deemed continuing so as to require supplemental answers as new and different information materializes.

1) Are you A Licensed medical Doctor?
2) Do your License if valid allow you to practice medicine?
3) Identify and attach a copy of any and all documents relating to prison medical staff training you have recieved aswell as education?
4) Are you A Cronic disease specialist with certification?
5) Have you ever been named in A Civil acton other than this one?
6) Have you ever treated the plaintiff for Hepatitis-B if so how?
7) Have you ever treated the plaintiff for Hepatitis-C if so how?
8) With the long list of cronic and other illnesses the plaintiff

is suffering from - what medication have you prescribed for his treatments?

9) Please attach and Identify a copy of any request you made seeking treatment for the plaintiff Hepatitis?

10) Have you ever been instructed not to treat the plaintiff for Hepatitis B or C and if so by who?

11) Have you ever informed the plaintiff of what Genotype he has?

12) Do you agree with the Center for disease Control, that a person should get a biopsy every 3-5 years as an alternative to treatment with medication and is a way to monitor if or when liver damage may occur or progress?

13) Would you like this complaint resolved?

14) Do you have a conflict with costs for inmate treatment?

15) Have you ever been told to give the cheapest tests to inmates?

16) Without a Biopsy to determine damage (if any) to the liver the Center for Disease Control states - that damage could occur and not be detected in the blood - Do you agree and if so please state why the plaintiff has been denied a Biopsy by You?

17) Why would you ignor the plaintiff diagnosis of having Hepatitis B and C?

18) Did you inform anyone of the risks of allowing the plaintiff to stay in population with Hepatitis B and C?

19) If your answer is Yes to question 18 - Then who did you inform?

20) Are you currently employed?

21) If your answer to question 20 is yes - Then where?

22) Have you ever been reprimanded for the way you neglect inmates with serious illnesses.

23) Is there a Cure for Hepatitis B and C? If so what?

24) Have you ever ordered blood tests for the plaintiff and, if so did you discuss the results with him - Please attach a copy of results if any?

25) Why did you retire so suddenly?

Dale Otis Palmer
DALE   OTIS   PALMER
175330   UNIT 17 C L-6

THIS 31st DAY OF October      D.C.C. 1181 PADDOCK RD
2007                          SMYRNA, DEL. 19977

Dale Otis Palmer

IM DALE OTIS PALMER
SBI# 125336  UNIT SMU #17 C-L-6
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal
Mail



UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
844 N. King St. Lock Box #18
Wilmington, Del.
19801