57

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

F I L E D

NOV 1 9 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

DALE OTIS PALMER,                              :
                                               :
            Plaintiff,                         :
                                               :
v.                                             :    C. A. No. 06-576-SLR
                                               :
COMMISSIONER STAN TAYLOR,                      :    TRIAL BY JURY OF
WARDEN THOMAS CARROLL, and                     :    TWELVE DEMANDED
MEDICAL DIRECTOR JAMES WELCH,                  :
ET AL.                                         :
                                               :
            Defendants.                        :

## DEFENDANTS IHUOMA CHUKS' AND FREDERICK VAN DUSEN'S
## FIRST SET OF INTERROGATORIES
## DIRECTED TO PLAINTIFF

**TO:**    DALE OTIS PALMER, *pro se* Plaintiff.

Pursuant to Fed. R. Civ. P. 33, you are hereby requested to answer all Interrogatories in

the space provided beneath each Interrogatory. If there is insufficient space to answer any

Interrogatory, the remainder of the answer shall follow on a supplemental sheet.

The Answers to Interrogatories shall be served on all interested parties within thirty (30)

days after service of the attached Interrogatories.

These Interrogatories shall be deemed continuing so as to require supplemental Answers

between the time answered and the time of trial.

Pursuant to Fed. R. Civ. P. 34, all documents requested to be produced are to be attached

to the Answers to Interrogatories. In the event that the requested documents cannot be attached

to the Answers to Interrogatories, you are to indicate when and where the requested documents

can be inspected and the reason why they could not be attached to the Answers to Interrogatories.

Pursuant to Fed. R. Civ. P. 26, all Interrogatories shall be answered with the limitation

that the answers need not include disclosure of the mental impressions of a party's attorney or his

or her conclusions, opinions, memoranda, notes or summaries, legal research or legal theories.

With respect to the representative of a party other than the party's attorney, discovery shall not

include disclosure of his or her mental impressions, conclusions or opinions respecting the value

or merit of a claim or defense or respecting strategy or tactics.

## INSTRUCTIONS FOR INTERROGATORIES

A.      Unless otherwise indicated, these Interrogatories refer to the time, place and

circumstances of the occurrences complained of in the pleadings.

B.      Where knowledge or information of a party is requested, such request includes

knowledge of the party's agents, representatives, and, unless privileged, the party's attorneys.

C.      If you object to any interrogatory or any portion thereof, specify the Interrogatory

and state all reasons for the objection thereto and respond in full to any portion to which you do

not object.

D.      If you believe that any of the following interrogatories call for information or

documents subject to a claim of privilege, answer or produce so much as is not objected to, state

the part of each discovery request to which you raise an objection, and set forth the basis for your

claim of privilege with respect to such information as you refuse to give, including a statement

identifying the nature of the information withheld. For each document as to which you claim

privilege, set forth the date of the communication, the names of the communicants, names of

other parties who participated in, overheard, were sent copies, or became privy to the

communication, the subject matter of the communication, and the capacity in which each

DE094775.1

communicant was acting at the time of the communication.

E.    All verbs include all tenses. "All" means "any and all," "any" means "any and all." "Including" means "including but not limited to." "Any" and "or" encompass both "and" and "or." Words in the masculine, feminine or neuter form shall include each of the other genders.

F.    The singular shall refer to the plural and the plural shall refer to the singular.

G.    These interrogatories shall be deemed to be continuing, so as to require supplemental answers where you or your attorneys come into possession of knowledge or information, responsible to these interrogatories, which has not previously been supplied. Such supplemental answers are to be served before trial and within a reasonable time after the information or knowledge is obtained. The date such additional knowledge came into your possession shall be specified, and also the identity of the individual(s) who furnished such additional knowledge or information to the person preparing the information.

H.    These Interrogatories are to be answered pursuant to Federal Rule of Civil Procedure No. 33 within thirty (30) days of service hereof.

I.    Please answer in the space provided after each question, and use supplemental document only if space provided is inadequate.

## DEFINITIONS FOR INTERROGATORIES

A.    "Identify" means when used in reference to:

(1) A natural person – his or her full name and present or last known business and home address.

(2) A company, corporation, association, joint venture, sole proprietorship, firm, partnership, or any other business or legal entity not a natural person – its full name now and at the time in question, and its principal place of business now and at the time in question.

(3) A document – its character (e.g., letter, memorandum, report, etc.), its title, date, author, addressee, all distributees, and its subject matter.

(4) Any other thing – a description with sufficient particularity that such thing may thereafter be specified and recognized as such.

When an interrogatory uses the words: "identify," the party served with the interrogatory must identify all documents, things and persons known to that party or to that party's attorney, and the addresses of all person(s) identified must be set forth.

B.    The term "person" or "persons" include not only natural persons, but also public and private corporations, proprietorships, partnerships, governmental entities, associations, organizations, groups or divisions, plus any departments or units thereof.

C.    "Document" means any papers, writings, things, or records of any type or source of authorship in Plaintiff's possession, custody or control, or of which Plaintiff has knowledge, wherever located, however produced or reproduced, and whether a draft, original or copy. By way of illustration and not limitation, the term "documents" shall include memoranda of telephone conversations or interviews, minutes, summaries or other records of any meetings, discussions or conferences; as well as other notes, reports, records, data, memoranda, insurance policies, correspondence, notebooks, scrapbooks, diaries, minutes, summaries, financial statements, ledgers, magnetic tape or other sound recordings, telegrams, letters, photographs, drawings, plans, studies, manuals, instructions, bids, specifications, graphs, sketches, blueprints, charts, curves, motion picture film, microfilm, computer printouts, computer records, computer discs, computer tapes, photographs, photograph negatives, photocopies, photostats, descriptions, purchase orders, agreements, contracts, invoices, bills of lading, published or unpublished speeches, manuscripts or articles, transcripts, affidavits, depositions, printed matter, publications, and any other retrievable intelligence, however, recorded, memorialized or preserved. Any

DE094775.1

original or copy containing thereon or having attached thereto any alterations, notes, comments, or other material not included in each other original or copy shall be deemed a separate document within the foregoing definition.

D.    Where the context allows, the terms "and" and "or" shall mean "and/or," the plural of a word shall include the singular, the singular of a word shall include the plural, the past tense of a verb shall include the present, the present tense of a verb shall include the past, and the masculine shall include the feminine, so as in all cases to require the broadest response.

E.    "Relate" or "relating" means, in addition to the customary and usual meaning of these terms, discuss or discussing, refer or referring, mention or mentioning, reflect or reflecting, pertain or pertaining, assess or assessing, record or recording, comprise or comprising, consist of or consisting of, evaluate or evaluating, analyze or analyzing, in whole or in part, directly or indirectly.

F.    "You" shall mean Plaintiff, Dale Otis Palmer and any agent or person purporting to act on your behalf.

G.    "Defendant" shall mean any of the Defendants identified in Plaintiff's Complaint and subsequent Amendments as well as their agents and employees or persons acting or purporting to act on their behalf.

H.    To the extent an identification of a document is sought herein and it was, but is no longer, in your possession, or subject to your control, state whether it (i) is missing or lost, (ii) has been destroyed, (iii) has been transferred, voluntarily or involuntarily to others, or (iv) has been otherwise disposed of. In each instance, explain the circumstances surrounding such disposition, state the date or approximate date thereof, the contents of the document, and the person who authorized the transfer, destruction or other disposition of the documents.

I.    If any information called for by an interrogatory herein is withheld because you

claim that such information is contained in a privileged document or communication:

(1)    Identify each such document or communication;

(2)    State the basis upon which the privilege is asserted;

(3)    State the paragraph of the interrogatory to which each such document and

communication is responsive; and

(4)    Identify each person (other than the attorneys representing Defendant in

this action) to whom the contents of each such document and communication has heretofore been

disclosed, either orally or in writing.

J.    "Premises" or "property" shall mean the Delaware Correctional Center and/or any

other location wherein you alleged acts were performed making defendant(s) liable to you.

K.    "Incident" shall mean the incident alleged in Plaintiff's Complaint and any

amendments thereto to have occurred on during the time incorporated in the pleadings.

## INTERROGATORIES

1. Give the names and last known addresses of all other persons who have knowledge of

the facts alleged in the pleadings.

ANSWER: *Joe Berowski - Wayne Downing - Ronald Wilson - Black Bird - Justino Malendez - D.C.C. Inmates A.C.L.U of Delaware Julia Graff -100 west 10th street suite 309 wilm, Del, 19801 - Human Rights watch Prison Project 350 5th Ave 34th Fl. New York NY 10118-3299 - Pacifica Radio National Programing 2390 Champlain st. NW 2d Fl Washington D.C. 2009 - Correctional Medical Services. Sussex County Social Security office. - Cassie Cruz - 1508 Comer st Savannah Ga. Stephen Hampton of Grady & Hampton P.A. address misplaced - Crystal Urena 24704 Nichol St seaford, Del,*

*Dale Palmer 11/11/07*

2.    What is your full name (including your present name and any past names used and

the dates you used that name or names), date of birth, social security number and residence (if

you are a prisoner, please specify each cell and/or cell block you have been assigned to and the

dates for such assignment.). *Prison ID NO # 175330    D-0-13    DALE OTIS PALMER - 5/3/63    social security NO I object Because my social security number has nothing to do with the Case at hand. However it is 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*

DE094775.1

Pass use of names - John Palmer - Dyn Wallic Mohomad - Dale otis Youndi Palmer - However it's been such A long time I can't rember the dates used.

Because I have served so many years incarcerated I will not be able to rember each Cell number.

ANSWER: C-Bld - A and B Tier  D-Bld F-tier  E-Bld C and B Tier  W-1 Bld A and B and H tier — T-1 Bld — V-Bld  S.H,U-17  SHU-18  M.H,U 23  all at D.C.C. Maximum Security Bld  Medium 1  A B and C tier  Minimum Bld  P.I -Bld  all at S.C.I, I have also been housed in Both prison infirmary's and Both Prison hole . I do not have the knowledge of all these dates and times. I Became sick while housed in C-Bld on 8 tier at D.C.C.

Dale Palmer
11/14/07

3. If you contend that your civil rights have been violated, please identify each action that

you claim constitutes a violation, who performed the action, when the action was performed,

what civil right or rights were violated by such action, and state all facts upon which you base

each claim of violation.

(s.c.I) is in short SUSSEX CORRECTIONAL Institution (D.C.C.) is in short Delaware Correctional Center

ANSWER: Violation of 8th Amendment - deliberate indifference and cruel and unusual harshment while incarcerated at S.C.I. in 2003 I complained about having

Hepatitis -C and I requested treatment - Doctor Burns ordered tests which came back Hepatitis -C and Hepatitis -B enzymes - she said I was to get 3 shots to prevent Hepatitis B. I only got (2) She then said I wasn't sick enough for treatment about 6 weeks later. she would not order the last shot. or order any supplements. while incarcerated at D.C.C. in 2005 IHUOMA CHUKS-RN saw me twice after I made the request to see A doctor. Each time I saw her She said I was in Better health than her and refused me treatment for Hepatitis and also denied me vitamins. she also took me off medications I was taking for other problems and gave me motrin which, Conflicts with the medical problems I already suffer from. Doctor Messinger whom I saw twice in 2006 refused me treatments at DCC Because he said it costs to much money and, I would have to become very ill before given treatments. He also stated (C.M.S) Correctional Medical Services - would not cover the costs. Doctor Durst whom I saw in 2006 at D.C.C. refused to do anything for me except give me A pair of shoe insoles- He said I didn't need treatments for this disease because I wasn't sick enough. Doctor Vandusen whom I have been seeing since 2006 has also Refused to give me any treatments for this disease - He said I am fine and not sick enough. He also stated that he is not in aggreement with me recieving A Biopsy to determine if in fact I have any liver damage, this was also at D.C.C.

James Welch and Paul Howard Both had direct knowledge of my requests and illness Paul Howard denied my 3rd level appeal for treatment and James Welch is named in that grievance as the referred to person. On 8-11-06 Paul Howard stated -there would be no further Consideration nor outside review nessasary by Bureau of prisons. James Welch has never responded to any letters I have personally written to him and as A medical Director for the Department Of Corrections he has ignored every effort I have made to recieve treatments. at 245 McKee Road Dover Del. I also wrote mr. welch - 6/2/07. Warden Thomas Carroll at D.C.C. has direct knowledge of my requests for treatments and Concerns - infact A letter was forwarded to him by Scott Altman who is employed by

DE094775.1

C.M.S. as to my requests and concerns. I have also written the warden directly on 12/15/06 and he has failed to respond to my letter. Also I signed A release form for Stephen Hampton eqg to obtain my medical records 10/18/05 – I was informed that Mr. Carroll would have to also give his Authrization for the release. I have also written the warden 6/2/07 - 6/12/07 6/29/07 and 8/23/07 and he has not responded to any.

Commissioner sTan Taylor who was commissioner of the Department of Corrections Has failed to respond to my requests for treatment as far back as the 1990's and again as resent as 12-15-06 Here at D.C.C. Mr, Taylor also had knowledge on 6/2/07 By copy of A letter. MR. Taylor had A responsibility to ensure my Health and safety But, he failed to oversee the medical services as a whole to ensure that I recieve adequate medical care.

Dale Palmer
11/11/07

4. State your employers' name and address, dates of employment, and location of employment from 1997 to the present.

**ANSWER:** I have been A ward of the state for most of my adult life However I work within the prison as E-Crew and then as Cook trainee then Diet Cook from around 1996 to 2001, my next employment was for southern States in sussex county (Georgetown) Their names were Richard and sylvia Calhun - This was 2003 however I was incarcerated again and remain so to this day - I worked for them while on workrelease. Since my reincarceration I was employed as T-1 Bld E-Crew from 8/28/06 untill 9/5/07 - Also I worked in Sussex Correctional Institution (Laundry) in 2005

Dale Palmer
11/11/07

5. If you have been convicted of, or plead guilty to, any crime, please state the date of conviction or plea, the Court where the judgment or plea was entered, and the crime for which you were convicted or plead, and the sentence imposed for such conviction or plea.

**ANSWER:** I object to this question because my conviction has nothing to do with this case. Nor dose the outcome of my conviction.

DF004775 1

*However if the Court orders it I will comply with the Courts order, To answer this question.*

*Dale Palmer*
*11/11/07*

6. Please list all doctors and/or health care professionals who treated or examined you

from 1990 to the present, stating their names, addresses, phone numbers, specialties, if any, and

the symptoms for which you treated with each doctor or health care professional.

*I was examined by these doctors*

**ANSWER:** *Dr. Niaz Mohammad disease spicialist Cronic Care - Hepatitis No address or Phone No. Dr. John Durst saw him for Feet Problems Hepatitis - I HUOMA CHUKS seen for Hepatitis and foot problems no Phone - address - Dr. Davi Messinger for Hepatitis and foot problems - Dr. Roberta Burns for Hepatitis - Foot Problems - Allergies - Dr. Miller Flaringitist - ulcers allergies - Dr. Robinson ulcers allergies : Doctor Zagnor Swollen throat - Quad Acid reflux foot pain - Sue Schappell RN & shots for Hepatitis. Dr. KhO - depression. Dr. Fredric Vandusen hepatitis Dr. Mc Donald Hepatitis - foot pain - allergies. Doctor, McFall Hepatitis - foot pain. Dr. Weiss mental Health, I have no idea what the phone numbers address or speicialities of these doctors.*

*For administering medications or sick call and sick-calls - charles Collins R.n.- Frances Northole F.N.P - Sue Schappell RN Robert Davenport RN - N. OBALE L.P.N. - Richard OKOniba L.P.N. - Jill Messer RN - Rachael cartwright RN Pat MORRISON, RN - Helen Whitley L.P.N - Lisa Dick L.P.N - Janet Snowden RN. - Laura Mohun RN. - Janie Lerch LPN - Lucinda spence LPN - Susan Wallace Rn - Christine Kay RN - Sally Laux RN·BSN Teresa McJellan RN - Janet Brommell LPN. Treatment not completed for Hepatitis B*

*Please note I was never treated for Hepatitis by any of the doctors or health care professionals There are many more which I do not have information on - as above I do not have addresses or numbers for these people, or their specialties.*

*Dale Palmer*
*11/11/07*

*Information in files - Please review medical files*

7. If you attribute any physical, mental or emotional injuries to the claimed violations of

your civil rights, please identify each such injury, the area of your body affected and date when

such area of your body became affected. *I attribute all my physical Problems envolving*

**ANSWER:** *abdominal pains - Eye problems - lack of energy*

Rashes - Skin Color Changes (Yellow Spots) Because Hepatitis C virus is the most common Chronic Bloodborne infection in the United States it should never be taken lightly and should be treated soon after diagnosis. And the same with Hepatitis~B. Blood is in every part of the body from our eyes to our toes so this disease is and has been effecting my entire body. Mentally I have suffered depression from knowing I have this infection and the health care providers don't care that I'm sick~ They simply look at me and say your ok. without tests (Biopsy) and (Treatment) who knows how long my systeme can battle this disease? _Effectal date 1988_

Emotionally~Mentally~Physically.

Dale Palmer
11/11/07

8. If you have received treatment from any healthcare provider for any injury you attribute to the alleged violation of your civil rights please identify the healthcare provider, the dates upon which you received treatment and the charges incurred to date.

**ANSWER:** The only treatment I ever recieved was (2) shots (_Shots given by Sue Shappell_) which consists of (2) medications totaling (4) shots of (5) to prevent Hepatitis A+B however the Hepatitis~B shots were not Completed - And I havn't recieverd any treatments for the Hepatitis~C Virus. Although I have repeatedly requested A Biopsy only to be denied. I have have been treated by Correctional medical services and First Correctional Medical Services for Rashes-eye problems However I only know the last date of eye care - 12/30/04 Please review medical files!

Dale Palmer
11/11/07

9. Please identify each person who has assisted you in preparation of any pleadings (including these Answers to Interrogatories, the Complaint and any amendments thereto, and any other thing you filed with the Court) in the above litigation, indicating the person or persons' name(s), address(es), phone number(s) and describe in detail how they assisted you in preparing

any pleadings.

**ANSWER:** No one has help me to do anything. I simply followed the rules and went to the law library and did the research and viewed the Federal Rules of civil procedures. In prison A good conversation isn't talking about your diseases. I am and have been Pro'se. for fear that I will be exposed and discriminated against I have not sought help from other inmates.

Dale Palmer
11/11/07

10. What educational instruction have you received from 1990 to the present, indicating which institution offered the education, the subject matter in which you received education, and the date of completion of any such education.

**ANSWER:**
In 1990 I was sent My G.E.D. at the sussex workrelease Center - I obtained it at The Delaware Correctional Center (James Grove High School)

In 2005 I was enrolled in High school at Sussex Correctional Institution But I didn't Complete it, I was transfered 5/27/05 To the Delaware Correctional Center.

Dale Palmer
11/11/07

—

11. If you are claiming the right to receive money, please indicate the amount of money

you are claiming and detail how you arrived at that amount.

**ANSWER:** I have requested a total of 500,000 dollars for violations of my Constitutional rights to adequate medical care. For the denial of any medical treatments Be it medications or Biopsy that would give the exact diagnosis and stage of the Hepatitis disease. For the years the defendants have Known and not helped or prevented treatment subjecting the plaintiff to Cruel and unusual punishment and pain and suffering.    There is also Future medical expenses Be it ~~medical~~ medications or doctors expenses, and Biopsy.

Dale Palmer
11/12/07

12. If you have ever been a party in any other civil lawsuits, either as a plaintiff or

defendant, please indicate the Court which adjudicated the case, a general description of the

claims that involved you and how those claims resolved and when they resolved.

**ANSWER:** Palmer V. Sullivan – Ineffective assistance of Counsel (Dismissed June 9 2003) Del District Court —

Palmer V. Phillip Morris Corp – smoking addiction (dismissed april 30 1998) Del District Court.

Palmer V. Brady – violation of 4th amendment absent exigent circumstances ) Dismissed June 28 1996) Del District Court.

Dale Palmer 11/12/07

13. State the name and address of every expert retained or employed by you in

anticipation of this litigation or preparation for trial, whether or not you expect to call him as a

witness at trial, and, as to each, state the dates of initial employment, the date or dates of any

reports, letters or other writings prepared by such person, a brief description of such writing (as

two page letter, three page report, etc.) and the names and addresses of all persons having copies

of them.

ANSWER: *At this time I have not retained A expert for trial However I do entent to call experts.*

*Dale Palmer*
*11/12/07*

14. With reference to any expert you expect to call to testify as a witness at the trial, state

the name and address of such expert and, as to each expert named, state:

    (a)    the subject matter on which the expert is expected to testify;

    (b)    the substance of the facts and opinions to which the expert is expected to testify;

    (c)    a summary of the grounds for each such opinion.

ANSWER: *I intend to call Ramesh Vemulapalli who was once employed as A Cronic Care doctor and not allowed to treat certain diseases. He was ordered to be deliberately indifferenced to inmates and not allowed to give adequate medical care*

*Dorctor Mohomad Niaz will be called to testify to the same elements as doctor Vemulapalli aswell as orders he recieved from C.M.S. administrators with ▓ respects to the plaintiff and other inmates diagnosed with Hepatitis diseases.*

*▓▓▓▓▓ Christine Flamer will be called because she will be expected to testify as to the blood tests she conducted and A BReak down of the plaintiff diagnosis and needs. Others may be called as materials surfices.*

*Dale Palmer 11/12/07*

15. Insofar as you intend to introduce into evidence any expert testimony concerning past

or future loss of income or earning power or the present value of a sum of money concerning a

future loss or expense and such evidence will be introduced through an expert economist or

actuary, state the name and address of such expert and, as to each such person named, state a

specific description of the losses for which such calculations are being made (as for instance,

present value of the loss of future earnings, present value of future medical expenses, etc.) and

describe in detail precisely the manner in which the person reached his conclusions showing the

mathematical calculations involved and insofar as such person has prepared any report,

memoranda, or any other matter in writing showing in whole or in part his conclusions or the

facts on which such conclusions were based, state the date of such writing and the names and

addresses of persons having copies of it.

ANSWER: *No expert has been obtained at this time*

*Dale Palmer*
*11/12/07*

16. Please list all witnesses who will testify at trial, stating their names, ages, addresses,

employment or occupation, phone numbers, relationship to you, and the facts of which they are

expected to testify.

*All witnesses will testify to the lack of treatments and inadequate medical systeme of C.M.S. as well as their knowledge of my case struggles. I reserve the right to be present if any of these*

ANSWER: *witnesses are questioned by the defense prior to trial.*

| Name | age | address | employment | Phone | relation. |
|------|-----|---------|------------|-------|-----------|
| Cassie Cruz | 62 | 1508 Comer st Savannah, Ga. | disabled | None | Mother |
| Crystal Urena | 38 | 24 70cy Nichol st Seasord Del | cosmotoligist | 628-3244 | sister |
| Joe Bercovski | unknown | Del Corr Center | kitchen worker | N/A | N/A |
| Ronald Wilson | unknown | Del Corr Center | wheel chair washer | N/A | N/A |
| Wade Blankenship | unknown | Del Corr Center | unemployed | N/A | N/A |
| George Hassett | unknown | Del Corr Center | unemployed | N/A | N/A |
| Black Bird | unknown | Del Corr Center | kitchen Worker | N/A | N/A |
| Justino Malindez | 57 | Del Corr Center | kitchen worker | N/A | N/A |
| wayne Downing | unknown | Del Corr Center | kitchen worker | N/A | N/A |
| Ricky Hickman | unknown | Sussex Corr institution | unknown | N/A | N/A |
| Sgt Joe Belanger | unknown | Del corr Center | (surgen t) transport medical | N/A | N/A |

*Dale Palmer*
*11/12/07*

C/O Cornwell and C/O Correll medical transportation officers.

Doctor McFall.

Dale Palmer
11/12/07

17. If you claim that the defendant violated any statute, State or Federal, or any

regulation, code requirements or other mandatory instruction from any government authority

whatsoever, specify in sufficient detail to enable the defendant to locate such statute, regulation,

rule, code provision or mandatory instruction, the authority issuing it, and describe specifically

the manner in which it was violated.

ANSWER: *The defendants knew of the diseases which I have and ignored the possibility of irreparable damage it can cause. They ignored test results that showed warning signs. I was subjected To A form of deliberate indifference - Cruel and unusual punishment in direct violation of the Delaware Constitution 8th Amendment - Federal Constitution 8th Amendment and The United States Constitution 8th Amendment.*

*Also - 10 Del. C. 4012 (c)*
*And - U.S.C.A. Constitution Amendment 8, 28 U.S.C.A. § 1915 (e)(1) and 42. U.S.C.A. § 1983*
*Dale Palmer 11/12/07*

18. If you claim the right to recover in this litigation for any damage to any property of

any kind whatsoever, describe such property damage in detail and the manner in which it was

damaged, the amount you claim the right to recover as a result of such damages and the manner

in which you calculated that amount.

ANSWER: *None at this time*

Dale Palmer
11/12/07

19. State whether you are willing to execute a written medical authorization to inspect

the records of hospitals and doctors who have rendered any medical treatment as a result of this

accident. If the answer is "yes", please execute two copies of the medical authorization attached

to these interrogatories.

ANSWER: *This is not A Accident — however I will execute the two Copies.*

*Answer Yes*

Dale Palmer
11/12/07

20. Give the names and addresses of all doctors or health care professionals who have

been your family physician and dental care providers either at the present time or in the past and

the years in which said doctors or professionals treated you, as well as the ailments for which

said family physician or professional treated you or attended you.

ANSWER: *Do not recall A Family doctor other than doctor Lobo when I was A child — He was located in milford Delaware unknown address and Phone. I do not recall A dental care provider except within the Department of Corrections. last seen by dental 6/12/07 by unknown dentist. previous dentist was T.K. Kionke . I also had my appendix removed By Doctor Alstrailia at Kent General in or around 1977.*

Dale Palmer
11/12/07

21. Have you had an operations during your lifetime? If so, state the type of operation;

the date when the operation was performed; the name and address of the physician who

performed the operation and the name and address of the hospital where the operation was

performed.

ANSWER: I have had operations for A Hernia at Milford memorial hospital - But I don't have name address of physician who performed operation, I was A Child. I had appendix removed in the late 1970s about 27 or 28 by Doctor Alstraila at Kent General hospital - I do not have A address or number for either.

Dale Palmer
11/12/07

22.    In general terms, please described your routine dental practices for the past five

years.

ANSWER: I brush my teeth 3 times A day and my tongue. I have seen the dentist to get fillings in 4 teeth.

Dale Palmer
11/12/07

23.    Please list every administrative petition or request filed by you or on your behalf for

each claim that is the subject of this lawsuit, indicate when it was filed and with which

administrative body or authority, the subject matter of the petition or request, the final disposition

of the petition or request and the date of the final disposition.

ANSWER: I have filed ( 15 ) sick-call slips
I have filed A grievance which went through 3 administrative Levels

( sick calls indicating Cronic Care or blood test referes to Hepatitis )

"See attached sick calls"
and grievance (for dates)
And letters

Dale Palmer
11/12/07

24.    Have you had any disciplinary action taken against you in the past ten years by

any prison official or agency? If so, please state the nature of the disciplinary action, the act or

acts you are alleged to have performed, when the acts were performed, and whether you received

any punishment for the alleged acts.

ANSWER: I recieved 404 for disagreement with another inmate in 1997
I recieved (2) class 2 writups for smoking in the housing unit in 1997 ← no date unsure
I recieved (2) 24 loss of all priviledes for talking in chow hall in
2006 ← no date unsore

I recieved class (1) write-up for defending myself after being attacked
by another inmate  9/5/07.



Dale Palmer
11/13/07

25.    Please identify all disease and/or infections for which you have been diagnosed,

the date of diagnosis, the symptoms associated with each diagnosis, and how you contracted each

disease or infection.

ANSWER: Hepatitis C   3/31/88 - couldnt hold food-high fever - no
energy - sense of smell duranged - couldn't walk, and Burning eyes - and head aches
Hepatitis B  4/1/88 - Head achs - Burning eyes - sense of smell durranged
loss of energy - Fever
                     Unsure of 2003 Diagnosis for Hepatitis B can't
                     find the date at this time.



Dale Palmer
11/17/07

26.    What behavior do you engage in, or did engage in, that may have contributed to

contracting any disease that you have or had? Please list each date or time frame that you

engaged in said behavior and if any other person observed or participated in the behavior, please

list their names, addresses, and phone numbers.

ANSWER: I do not know how I contracted these diseases. I was
A I.V. Drug user but none of my past friends have indicated A illness
other than Jackie Taylor who died years ago - I have no information on
him. I was incarcerated Here at Delaware Correctional Center when
I became ill and was Hospitalized.

Dale Palmer

11/12/07

Marks, O'Neill, O'Brien & Courtney, P.C.

By: Patrick G. Rock

Patrick G. Rock, Esquire (I.D. No. 4632)
Megan T. Mantzavinos, Esquire (I.D. No. 3802)
913 North Market Street, Suite 800
Wilmington, DE 19801
(302) 658-6538
*Attorney for Defendants*

DATED: Oct. 31, 2007

## IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF DELAWARE

DALE OTIS PALMER,                          :
                                           :
          Plaintiff,                       :
                                           :
     v.                                    :    C. A. No. 06-576-SLR
                                           :
COMMISSIONER STAN TAYLOR,                  :    TRIAL BY JURY OF
WARDEN THOMAS CARROLL, and                 :    TWELVE DEMANDED
MEDICAL DIRECTOR JAMES WELCH,              :
ET AL.                                     :
                                           :
          Defendants.                      :

## VERIFICATION AS TO ANSWERS

I hereby declare under penalty of perjury that the attached Plaintiff's Answer to Interrogatories are true and correct.

_Dale Otis Palmer Próse_                   _11/12/07_
DALE OTIS PALMER                                Date

## AUTHORIZATION TO DISCLOSE HEALTH INFORMATION
## IN ACCORDANCE WITH 45 CFR 164.508(a)

Patient Name:___**Dale Otis Palmer,** a/k/a___*Dale Palmer*___

Date of Birth__ / _/6 3_____ Social Security No.__. ___-0 024___

1. I authorize the use or disclosure of the above named individual's health information as described below.
2. The following individual or organization is authorized to make the disclosure:
_CORRECTIONAL MEDICAL SERVICES_____
Address: ~~REGION~~ 1201 COllEGE PARK DRIVE SUITE 101 DOVER DEL 19904

3. The type and amount of information to be used or disclosed is as follows: (include dates where appropriate)
☐ complete file of entire chart                   ☐ list of allergies
☑ incoming and outgoing correspondence            ☑ immunization record
☐ problem list                                    ☐ most recent history and physical
☐ medication list                                 ☐ most recent discharge summary

☑ laboratory results          from (date) _3 /31/88_____ to (date) _11/12/07_____
☐ x-ray and imaging reports   from (date) _____ to (date) _____
☐ consultation reports        from (doctors' names) _____
☐ other _____

4. I understand that the information in my health record may include information relating to sexually transmitted disease, acquired immunodeficiency syndrome (AIDS), or human immunodeficiency virus (HIV). It may also include information about behavioral or mental health services, and treatment for alcohol and drug abuse.

5. This information may be disclosed to and used by the following individual or organization: **Representative of Marks, O'Neill, O'Brien & Courtney, 913 N. Market St., Suite 800, Wilmington, DE 19801** for the purpose of: information pertaining to pending civil litigation.

6. I understand I have the right to revoke this authorization at any time. I understand if I revoke this authorization I must do so in writing and present my written revocation to the Records Custodian of the health care provider listed in Paragraph (2) above. I understand the revocation will not apply to information that has already been released in response to this authorization. I understand the revocation will not apply to my insurance company when the law provides my insurer with the right to contest a claim under my policy. Unless otherwise revoked, this authorization will expire on the following date, event or condition: _1/1/2008_____. If I fail to specify an expiration date, event or condition, this authorization will expire in 180 days.

7. I understand that authorizing the disclosure of this health information is voluntary. I can refuse to sign this authorization. I understand I may inspect or copy the information to be used or disclosed, as provided in CFR 164.524. I understand any disclosure of information carries with it the potential for an unauthorized re-disclosure and the information may not be protected by federal confidentiality rules.

8. I understand that a photocopy of this signed authorization is as valid as the original.

_Dale Otis Palmer    Pro'se_
Signature of Patient or Legal Representative

_N/A_
If Signed by Legal Representative, Relationship to Patient

_11/12/07_
Date

_____
Signature of Witness

DE089062.1

## AUTHORIZATION TO DISCLOSE HEALTH INFORMATION
## IN ACCORDANCE WITH 45 CFR 164.508(a)

Patient Name:___ **Dale Otis Palmer**, a/k/a _____ Dale Palmer

Date of Birth_ . . , 4 6 3 _____ Social Security No.__ : _ _ -0024

1. I authorize the use or disclosure of the above named individual's health information as described below.
2. The following individual or organization is authorized to make the disclosure:
_CORRECTIONAL MEDICAL SERVICES_
Address: _1201 COLLEGE PARK DRIVE SUITE 101 DOVER, DEL, 19904_

3. The type and amount of information to be used or disclosed is as follows: (include dates where appropriate)
☐ complete file of entire chart                    ☐ list of allergies
☑ incoming and outgoing correspondence             ☑ immunization record
☐ problem list                                     ☐ most recent history and physical
☐ medication list                                  ☐ most recent discharge summary

☑ laboratory results          from (date) _3/31/88_  to (date) _11/12/07_
☐ x-ray and imaging reports   from (date) _____ to (date) _____
☐ consultation reports        from (doctors' names) _____
☐ other _____

4. I understand that the information in my health record may include information relating to sexually transmitted disease, acquired immunodeficiency syndrome (AIDS), or human immunodeficiency virus (HIV). It may also include information about behavioral or mental health services, and treatment for alcohol and drug abuse.

5. This information may be disclosed to and used by the following individual or organization: **Representative of Marks, O'Neill, O'Brien & Courtney, 913 N. Market St., Suite 800, Wilmington, DE 19801** for the purpose of: information pertaining to pending civil litigation.

6. I understand I have the right to revoke this authorization at any time. I understand if I revoke this authorization I must do so in writing and present my written revocation to the Records Custodian of the health care provider listed in Paragraph (2) above. I understand the revocation will not apply to information that has already been released in response to this authorization. I understand the revocation will not apply to my insurance company when the law provides my insurer with the right to contest a claim under my policy. Unless otherwise revoked, this authorization will expire on the following date, event or condition: ___ 1/1/2008 _____. If I fail to specify an expiration date, event or condition, this authorization will expire in 180 days.

7. I understand that authorizing the disclosure of this health information is voluntary. I can refuse to sign this authorization. I understand I may inspect or copy the information to be used or disclosed, as provided in CFR 164.524. I understand any disclosure of information carries with it the potential for an unauthorized re-disclosure and the information may not be protected by federal confidentiality rules.

8. I understand that a photocopy of this signed authorization is as valid as the original.

Dale Otis Palmer Pro'se                          11/12/07
Signature of Patient or Legal Representative      Date

N/A
If Signed by Legal Representative, Relationship to Patient      Signature of Witness

DE089062.1

# Certificate of Service

I, _Dale Otis Palmer_ ,hereby certify that I have served a true

And correct cop(ies) of the attached: _Answer to Defendants First set of_

_Interrogatories and request for production of documents_ upon the following

parties/person (s):                              (2) Copies of authorization forms

TO: _LAW OFFICES OF_                    TO: _U.S. DISTRICT COURT_

_MARKS-O'NEILL-O'BRIAN & COURTNEY_      _FOR THE DISTRICT DELAWARES_

_913 N. MARKE ST. SUITE #800_           _844 4. KING STREET_

_WILMINGTON, DEL. 19801_                _LOCKBOX # 18_

_____                 _WILMINGTON, DEL. 19801_

TO: _CATHERINE DAMAUANDI ESQ_           TO: _____

_DEPARTMENT OF JUSTICE_                  _____

_CARVEL STATE OFFICE BLD 820 N. French ST,_  _____

_Wilmington, Del. 19801_                 _____

_____                 _____

**BY PLACING SAME IN A SEALED ENVELOPE, and depositing same in the United
States Mail at the Delaware Correctional Center, Smyrna, DE 19977.**

On this _15 th_ day of _November_ ,200 7

_Dale Otis Palmer_