IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

FILED
NOV 19 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DALE OTIS PALMER, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C. A. No. 06-576-SLR |
| | : | |
| COMMISSIONER STAN TAYLOR, | : | TRIAL BY JURY OF |
| WARDEN THOMAS CARROLL, and | : | TWELVE DEMANDED |
| MEDICAL DIRECTOR JAMES WELCH, | : | |
| ET AL. | : | |
| | : | |
| Defendants. | : | |

### DEFENDANTS IHUOMA CHUKS' AND FREDERICK VAN DUSEN'S FIRST SET OF REQUEST FOR PRODUCTION OF DOCUMENTS DIRECTED TO PLAINTIFF

Pursuant to Rule 34 of the Federal District Court Rules of Civil Procedure, you are hereby requested to produce the below listed documents and/or items for purposes of discovery. This material will be examined and/or photocopied; photograph negatives will be processed and photographs reproduced. Said documents and items are to be produced at the offices of Marks, O'Neill, O'Brien & Courtney, P.C., 913 Market Street, Suite 800, Wilmington, Delaware 19801, and supplemented thereafter in accordance with the Rules of Civil Procedure.

If any document required to be produced by this Request is claimed by you to be not discoverable because it is privileged or for any other reason, then each such document should be identified in your Response by date, sender, recipient, persons to whom copies have been furnished, and subject matter, and the basis for the claim of privilege or other reason should be stated in your Response.

### REQUESTS

1. Any and all statements, descriptions of statements, summaries of statements, memoranda, records or writing (signed or unsigned) of any and all witnesses, including any statements from the parties herein, or their respective agents, servants or employees, including tapes or other mechanically transcribed information.

RESPONSE: None obtained at this time

Dale Palmer
11/12/07

2. All photographs, recordings, films, charts, sketches, graphs and diagrams taken and/or prepared.

RESPONSE: See attached Blood test results — no photos recordings films graphs sketches exists at this time.

Documents
EX-C

Dale Palmer
11/12/07

3. Any and all reports compiled or prepared by an individual who has been retained as an expert in this matter.

RESPONSE: None obtained at this time

DE094779.1

Dale Palmer
11/12/07

4. The names, home and business addresses of all experts contacted.

RESPONSE:

U.S. Department of Health and Human Services
Center for Disease Control and Prevention
1600 Clifton Rd. N.E. Atlanta, Georgia. 30333

NCCAM Clearinghous P.O. Box 8218
Silver Spring, MD. 20907-8218

Fortune News - Fortune Society
39 W. 19th St. 7th Floor, New York, NY. 10011

Center for Constitutional Rights
Columbia Human Rights Law Review
Columbia University School of Law
435 West 116th St. New York, NY. 10027

Other Names and addresses have been lost prior to being transfered to Maximum Security Unit.

Dale Polmer
11/12/07

5. All writings, memoranda, date and/or tangible things which related directly or indirectly to the incident and damages set forth in Plaintiff's Complaint.

RESPONSE:

see attached letters to interrogatories all other writings could not be attached in its for or reproduced and must be review Here at the Delaware Correctional Center.

Document EX-E

DE094779.1

Dale Polmer
11/12/07

6. Any and all copies of Internal Revenue Service Tax Returns for five full years prior to, and all years subsequent to the date referred to in Plaintiff's Complaint.

RESPONSE: None exists

Dale Palmer
11/12/07

7. Any and all documents, records, evidence and anything whatsoever which will be introduced at trial for use in direct examination or impeachment.

RESPONSE: See — attached to interrogatories — Blood test results. See attached letter to STan Taylor, Thomas Carroll, James welch and Paul Howard. Other composition Books may be viewed at Del Corr Center Because I am unable to reproduce sufficent Copies therefor I cannot attach Copies.

Documents Ex — D & E

Dale Palmer 11/12/07

8. Any document or thing the plaintiff has read or referred to in preparation of any pleadings in the instant case.

RESPONSE: Information recieved from the U.S. Department of Health and Human Services Center for Disease Control and Prevention can not be attached to answer to Interrogatories. However this information can be review here at (D.C.C) Del Corr Center anytime nessasary. I am unable to reproduce sofficent Copy therefore I cannot attatch copies.

Dale Palmer 11/12/07

DE094779.1

9. All records of financial, bank, and/or trust accounts kept on your behalf or by you of any money, credits, remuneration, or other funds, from the first date of your incarceration to the present.

RESPONSE: None exist

Dale Palmer
11/12/07

10. All "sick call slips" or records of any kind requesting medical, dental, and/or psychological treatment.

RESPONSE: on sick Call Cronic Care is A indication to Hepatitis see attached to interrogatories sick calls slips And Letters

Document EX - C

Dale Palmer
11/12/07

11. All grievances filed by you or on your behalf and any responses thereto.

RESPONSE:

For all grievances see attached to interrogatories

Documents EX - B

Dale Palmer
11/12/07

DE094779.1

        Marks, O'Neill, O'Brien & Courtney, P.C.

By: _____
  Patrick G. Rock, Esquire (I.D. # 4632)
  Megan T. Mantzavinos, Esquire (I.D. # 3802)
  913 North Market Street, Suite 800
  Wilmington, DE 19801
  (302) 658-6538
  *Attorney for Defendant*

DATED: Oct. 31, 2007

DE094779.1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DALE OTIS PALMER, | : |
| Plaintiff, | : |
| v. | : C. A. No. 06-576-SLR |
| COMMISSIONER STAN TAYLOR, WARDEN THOMAS CARROLL, and MEDICAL DIRECTOR JAMES WELCH, ET AL. | : TRIAL BY JURY OF TWELVE DEMANDED |
| Defendants. | : |

## VERIFICATION AS TO RESPONSES TO REQUEST FOR PRODUCTION OF DOCUMENTS

I hereby declare under penalty of perjury that the attached Plaintiff's RESPONSES TO REQUEST FOR PRODUCTION OF DOCUMENTS are true and correct.

_Dale Otis Palmer_       _11/12/07_
DALE OTIS PALMER      Date

DE094775.1

