OA 06-576 SLR

ORIGINAL

 **DOCUMENT**

# EXHIBIT B

FILED
11/19/07
USDIST CRT

**FORM #585**

**MEDICAL GRIEVANCE**

FACILITY: _D. C. C._

DATE SUBMITTED: _9-29-05_

INMATE'S NAME: _DALE PALMER_

SBI#: _00175330_

HOUSING UNIT: _E-Bld_

CASE #: _____

////////////////////////////////////////////////////////////////////////////////////////////////////////////////////

**SECTION #1**

DATE & TIME OF MEDICAL INCIDENT: _on going_

TYPE OF MEDICAL PROBLEM:

While housed here at D.C.C. in the late 80's I tested possitive for Hepititis -C. I have never recieved any type of treatment until last year which consisted of (2) shots in the arm and then treatment stoped. My medical problems are many different things, such as swollen limp noids, dehydration, rashes, yellowish skin tone, urine problems and loss of energy. Over the years I have had many blood tests and I have asked for treatment and Vitamins, But I was never given treatment or vitamins, instead I was given antibiotics And lotions and ointments nothing more. In the time I have been incarcerated I have been avoided and treatment for this Hepititis has been denied. Since my transfere here 5-27-05 from S.C.I. I have requested to see a doctor 3 times by sick-call?

GRIEVANT'S SIGNATURE: _Dale Palmer_          DATE: _9-29-05_

ACTION REQUESTED BY GRIEVANT: _I want treatment and Vitamins to combat this Hepititis C. I want the medical Dept to help me become Healthy and help me stay that way._

DATE RECEIVED BY MEDICAL UNIT: _____

**NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.**

**FORM #585**

**MEDICAL GRIEVANCE**

FACILITY: _D.C.C._

INMATE'S NAME: _DALE PALMER_

HOUSING UNIT: _7-1_

DATE SUBMITTED: _6/20/02_

SBI#: _175330_

CASE #: _____

////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////

**SECTION #1**

DATE & TIME OF MEDICAL INCIDENT: _9/29/05_
On going

TYPE OF MEDICAL PROBLEM:

On 9/12/05 Based upon documentation presented, my previous grievance # 18386 was appealed and upheld by the B.O.P. (Feet) Level III appeals. I have only seen A doctor once concerning my feet which I recieved (1) one shot + I had requested to see A foot doctor, A bone and joint specialist. I am in constant pain. I had to stop taking the (Altran) because of side effects. So Nothing is being done to help me. My feet hurt entirely to bad day and night and all my requests have gone on ignored.

GRIEVANT'S SIGNATURE: _Dale Palmer_     DATE: _6/26/02_

ACTION REQUESTED BY GRIEVANT: _I want to see A bone specialist for A diagnosis And I want better foot ware. I also want pain managment, That won't effect me with side effects._

DATE RECEIVED BY MEDICAL UNIT: _____

**NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.**

**FORM #585**

**MEDICAL GRIEVANCE**

FACILITY: __D.C.C__

DATE SUBMITTED: __9 29-05__

INMATE'S NAME: __DALE PALMER__

SBI#: __00125336__

HOUSING UNIT: __E - Bld__

CASE #: _____

////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////

### SECTION #1

DATE & TIME OF MEDICAL INCIDENT: __On going__

TYPE OF MEDICAL PROBLEM:

I have been having problems with my feet since the late 90's they hurt sometimes even when I'm sitting down. When the problem started I was told that I had arthuritis in my toes and bunions on the side of my big tors. I was give A Hydrocortozone shot in both tors. Since then I have been told nothing can be done. Now even the arches of my feet hurt because of the way im forced to walk in pain. I was "Finially given some sneakers in May of this year but it don't help when I have to walk or stand still for long periods of time. I have reporsted (3) times since my transfer here from S.C.I to see a doctor

GRIEVANT'S SIGNATURE: __Dale Palmer__    DATE: __9-29-05__

ACTION REQUESTED BY GRIEVANT: I want to see A foot docter (a bone and joint Specialist) and I want senthing for the pain — also I want A bottom bunk memo because I'm in alot of pain Jumping up and down off the top bunk.

DATE RECEIVED BY MEDICAL UNIT: _____

**NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.**

**DEPARTMENT OF CORRECTION**
**Bureau of Prisons**
**245 McKee Road**
**Dover, Delaware 19904**

September 11, 2006

$T-1$    # 34

**Inmate PALMER DALE O**
**SBI # 00175330**
**DCC  Delaware Correctional Center**
**SMYRNA DE, 19977**

**Dear DALE PALMER:**

We have reviewed your Grievance Case # 18388 dated 09/29/2005.

Based upon the documentation presented for our review, we deny your appeal request.

Accordingly, there is no further issue to mediate nor Outside Review necessary as provided by
BOP Procedure 4.4 entitled "Inmate Grievance Procedure", Level III appeals.

Sincerely,

**Paul W. Howard**
**Bureau Chief**

$Ex (1)$

**DCC** **Delaware Correctional Center**
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

## GRIEVANCE REPORT

| OFFENDER GRIEVANCE INFORMATION | | |
|---|---|---|

**Offender Name :** PALMER, DALE O         **SBI#**      : 00175330         **Institution**     : DCC

**Grievance #**    : 18388         **Grievance Date**   : 09/29/2005         **Category**      : Individual

**Status**       : Resolved         **Resolution Status :** Level 3         **Resol. Date**   : 09/12/2006

**Grievance Type:** Health Issue (Medical)         **Incident Date**      : 09/29/2005         **Incident Time :**

**IGC**         : Merson, Lise M         **Housing Location :** Bldg T1, Cell 1, Bed 34

| OFFENDER GRIEVANCE DETAILS | | |
|---|---|---|

**Description of Complaint:** While housed here at DCC in the late 80's I tested positive for Hep-C. I have never received any type of treatment until last year which consisted of 2 shots in the arm and then treatment stopped. My medical problems are many different thing, such as swollen lymph nodes, dehydration, rashes, yellowish skin tone, urine problems, and loss of energy. Over the years I have had many blood tests and I have asked for treatment and vitamins, but I was never given treatment or vitamins, instead I was given antibiotics and lotions and ointments, nothing more, In the time I have been incarcerated I have been avoided and treatment for this hepatitis has been denied. Since my transfer here 5-27-05 from SCI, I have requested to see a doctor 3 times by sick call.

**Remedy Requested**         : I want treatment and vitamins to combat this Hep-C. I want the medical dept. to help me become healthy and help me stay that way.

| INDIVIDUALS INVOLVED | | |
|---|---|---|
| **Type** | **SBI #** | **Name** |

| ADDITIONAL GRIEVANCE INFORMATION | |
|---|---|

**Medical Grievance :** YES         **Date Received by Medical Unit :** 10/07/2005

**Investigation Sent :** 10/07/2005         **Investigation Sent To**      : Dunn, Lee Anne

**Grievance Amount :**

DCC  Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 09/12/2006

# INFORMAL RESOLUTION

| OFFENDER GRIEVANCE INFORMATION | | |
|---|---|---|
| **Offender Name :** PALMER, DALE O | **SBI#** : 00175330 | **Institution** : DCC |
| **Grievance #** : 18388 | **Grievance Date** : 09/29/2005 | **Category** : Individual |
| **Status** : Resolved | **Resolution Status:** Level 3 | **Inmate Status :** |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 09/29/2005 | **Incident Time :** |
| **IGC** : Merson, Lise M | **Housing Location :** Bldg T1, Cell 1, Bed 34 | |

| INFORMAL RESOLUTION |
|---|

**Investigator Name** : Dunn, Lee Anne                    **Date of Report** 10/07/2005

**Investigation Report :** Seen by practioner on 10/12/05, wasn't happy w/results.  Will schedule to see Dr. Burns, would still like to go to next level.  Agrees to see Dr. Messinger if he is in.

**Reason for Referring:**

**Offender's Signature:**_____

**Date**                :_____

**Witness (Officer)**   :_____

**DCC  Delaware Correctional Center**
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 09/12/2006

## GRIEVANCE INFORMATION - IGC

### OFFENDER GRIEVANCE INFORMATION

| | | | |
|---|---|---|---|
| **Offender Name** : PALMER, DALE O | **SBI#** : 00175330 | **Institution** : DCC | |
| **Grievance #** : 18388 | **Grievance Date** : 09/29/2005 | **Category** : Individual | |
| **Status** : Resolved | **Resolution Status** : Level 3 | **Inmate Status** : | |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 09/29/2005 | **Incident Time** : | |
| **IGC** : Merson, Lise M | **Housing Location :** Bldg T1, Cell 1, Bed 34 | | |

### IGC

**Medical Provider:**                    **Date Assigned**

**Comments:**


[x] **Forward to MGC**          [ ] **Warden Notified**

[ ] **Forward to RGC**          **Date Forwarded to RGC/MGC :** 01/19/2006

[x] **Offender Signature Captured**    **Date Offender Signed** :

**DCC Delaware Correctional Center**
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 09/12/2006

## GRIEVANCE INFORMATION - Appeal

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name :** PALMER, DALE O | **SBI#** : 00175330 | **Institution** : DCC |
| **Grievance #** : 18388 | **Grievance Date** : 09/29/2005 | **Category** : Individual |
| **Status** : Resolved | **Resolution Status :** Level 3 | **Inmate Status :** |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 09/29/2005 | **Incident Time :** |
| **IGC** : Merson, Lise M | **Housing Location :** Bldg T1, Cell 1, Bed 34 | |

### APPEAL REQUEST

Appeal returned 3/20/2006: I wish to appeal the decision of the board. My records show that the grievances I filed aren't in any way frivolous, therefore I cannot be denied a treatment to correct internal medical problems. It appears that the medical grievance persons do not want to help me beyond administering Motrin or antacids. I know there are treatments for my situation and again I am requesting it. I do not support the boards finding and I am requesting to see a outside doctor. Also I feel that I have been prejudiced  by the boards decision for failure to investigate my medical complaints or reviewing my files prior to the hearing and decision.

### REMEDY REQUEST

**DCC Delaware Correctional Center**
Smyrna Landing Road
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**
Date: 09/12/2006

# GRIEVANCE INFORMATION - BGO

| OFFENDER GRIEVANCE INFORMATION | | |
|---|---|---|
| **Offender Name :** PALMER, DALE O | **SBI#** : 00175330 | **Institution** : DCC |
| **Grievance #** : 18388 | **Grievance Date** : 09/29/2005 | **Category** : Individual |
| **Status** : Resolved | **Resolution Status** : Level 3 | **Inmate Status** : |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 09/29/2005 | **Incident Time** : |
| **IGC** : Merson, Lise M | **Housing Location :** Bldg T1, Cell 1, Bed 34 | |

| REFERRED TO | | |
|---|---|---|
| **Due Date :** 03/29/2006 | **Referred to:** Person | **Name:** Welch, James |

**Type of Information Requested :**
Grievant questions CMS treatment plan for his Hep C.

| DECISION |
|---|

**Date Received :** 03/20/2006

**Decision Date** : 08/11/2006          **Vote :** Deny

**Comments** :

Grievant was given treatment and continuing follow up.

**DCC Delaware Correctional Center**
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 09/12/2006

## GRIEVANCE INFORMATION - Bureau Chief

| OFFENDER GRIEVANCE INFORMATION | | |
|---|---|---|
| **Offender Name :** PALMER, DALE O | **SBI#** : 00175330 | **Institution** : DCC |
| **Grievance #** : 18388 | **Grievance Date** : 09/29/2005 | **Category** : Individual |
| **Status** : Resolved | **Resolution Status :** Level 3 | **Inmate Status :** |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 09/29/2005 | **Incident Time :** |
| **IGC** : Merson, Lise M | **Housing Location :** Bldg T1, Cell 1, Bed 34 | |

| DECISION | |
|---|---|
| **Decision Date:** 09/11/2006 | **Vote :** Deny |
| **Comments** : | |

**DCC Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

Date: 09/12/2006

## GRIEVANCE INFORMATION - MGC

### OFFENDER GRIEVANCE INFORMATION

| | |
|---|---|
| **Offender Name :** PALMER, DALE O | **SBI#** : 00175330    **Institution** : DCC |
| **Grievance #** : 18388 | **Grievance Date** : 09/29/2005    **Category** : Individual |
| **Status** : Resolved | **Resolution Status:** Level 3    **Inmate Status :** |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 09/29/2005    **Incident Time :** |
| **IGC** : Merson, Lise M | **Housing Location :** Bldg T1, Cell 1, Bed 34 |

### MGC

**Date Received :** 01/19/2006      **Date of Recommendation:** 03/20/2006

### GRIEVANCE COMMITTEE MEMBERS

| Person Type | SBI# | Name | Vote |
|---|---|---|---|
| Staff | | Eller, Gail | Deny |
| Staff | | Weigner, Kimberly | Deny |
| Staff | | Gordon, Oshenka | Deny |
| Staff | | McCreanor, Michael | Abstain |

### VOTE COUNT

| Uphold : 0 | Deny : 3 | Abstain :1 |
|---|---|---|

### TIE BREAKER

| Person Type | SBI # | Name | Vote |
|---|---|---|---|
| | | | |

### RECOMMENDATION

Hearing held 3/14/2006
Deny: Labs within normal limits - chronic care care 1/16/06.

appeal due 2/19/06

**DEPARTMENT OF CORRECTION**
**Bureau of Prisons**
**245 McKee Road**
**Dover, Delaware 19904**

September 11, 2006

T-1    # 34

Inmate PALMER DALE O
SBI # 00175330
DCC  Delaware Correctional Center
SMYRNA DE, 19977

Dear DALE PALMER:

We have reviewed your Grievance Case # 18386 dated 09/29/2005.

Based upon the documentation presented for our review, we uphold your appeal request.

Accordingly, there is no further issue to mediate nor Outside Review necessary as provided by
BOP Procedure 4.4 entitled "Inmate Grievance Procedure", Level III appeals.

Sincerely,

Paul W. Howard
Bureau Chief

Ex (2)

DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 09/12/2006

## GRIEVANCE REPORT

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name :** PALMER, DALE O | **SBI#** : 00175330 | **Institution** : DCC |
| **Grievance #** : 18386 | **Grievance Date** : 09/29/2005 | **Category** : Individual |
| **Status** : Resolved | **Resolution Status :** Level 3 | **Resol. Date** : 09/12/2006 |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 09/29/2005 | **Incident Time :** |
| **IGC** : Merson, Lise M | **Housing Location :** Bldg T1, Cell 1, Bed 34 | |

### OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** Inmate claims: I have been having problems with my feet since the late 90's. They hurt sometimes even when I'm sitting down. When the problem started I was told that I had arthritis in my toes and bunions on the side of my big toes. I was given a Hydrocortisone shot in both toes. Since then I have been told nothing can be done. Now even the arches of my feet hurt because of the way I'm forced to walk in pain. I was finally given some sneakers in May of this year but it don't help when I have to walk or stand still for long periods of time. I have requested, 3 times, since my transfer her form SCI to see a doctor.

**Remedy Requested** : I want to see a foot doctor, a bone and joint specialist, and I want something for the pain. Also, I want a bottom bunk memo because I'm in a lot of pain jumping up and down off the top bunk.

### INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

### ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| **Medical Grievance :** YES | **Date Received by Medical Unit :** 10/07/2005 |
| **Investigation Sent :** 10/07/2005 | **Investigation Sent To** : Dunn, Lee Anne |
| **Grievance Amount :** | |

**DCC Delaware Correctional Center**
**Date: 09/12/2006**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

# INFORMAL RESOLUTION

| OFFENDER GRIEVANCE INFORMATION | | | |
|---|---|---|---|
| **Offender Name :** PALMER, DALE O | **SBI#** : 00175330 | **Institution** : DCC | |
| **Grievance #** : 18386 | **Grievance Date** : 09/29/2005 | **Category** : Individual | |
| **Status** : Resolved | **Resolution Status:** Level 3 | **Inmate Status :** | |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 09/29/2005 | **Incident Time :** | |
| **IGC** : Merson, Lise M | **Housing Location :** Bldg T1, Cell 1, Bed 34 | | |

| INFORMAL RESOLUTION |
|---|

**Investigator Name** : Dunn, Lee Anne                    **Date of Report** 10/07/2005

**Investigation Report :** Seen by practioner on 10/12/05.  I/M not happy with results would  like to see the Dr., appt. will be
schedule with Dr. Burns.  Would still like to go to next level and agrees to see Dr. Messinger if he is
in.

**Reason for Referring:**

Offender's Signature:_____

Date                    :_____

Witness (Officer)    :_____

DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 09/12/2006

## GRIEVANCE INFORMATION - IGC

### OFFENDER GRIEVANCE INFORMATION

**Offender Name :** PALMER, DALE O

**Grievance # :** 18386

**Status :** Resolved

**Grievance Type:** Health Issue (Medical)

**IGC :** Merson, Lise M

**SBI# :** 00175330

**Grievance Date :** 09/29/2005

**Resolution Status :** Level 3

**Incident Date :** 09/29/2005

**Housing Location :** Bldg T1, Cell 1, Bed 34

**Institution :** DCC

**Category :** Individual

**Inmate Status :**

**Incident Time :**

### IGC

**Medical Provider:**  **Date Assigned**

**Comments:**

[x] **Forward to MGC**  [ ] **Warden Notified**

[ ] **Forward to RGC**  **Date Forwarded to RGC/MGC :** 01/19/2006

[x] **Offender Signature Captured**  **Date Offender Signed :**

**DCC  Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

## GRIEVANCE INFORMATION - Appeal

| OFFENDER GRIEVANCE INFORMATION | | |
|---|---|---|
| **Offender Name** : PALMER, DALE O | **SBI#** : 00175330 | **Institution** : DCC |
| **Grievance #** : 18386 | **Grievance Date** : 09/29/2005 | **Category** : Individual |
| **Status** : Resolved | **Resolution Status** : Level 3 | **Inmate Status** : |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 09/29/2005 | **Incident Time** : |
| **IGC** : Merson, Lise M | **Housing Location** : Bldg T1, Cell 1, Bed 34 | |

**APPEAL REQUEST**

Appeal returned 3/20/2006: I wish to appeal the decision of the board. My records show that the grievances I filed aren't in any way frivolous, therefore I cannot be denied a treatment to correct internal medical problems. It appears that the medical grievance persons do not want to help me beyond administering Motrin or antacids. I know there are treatments for my situation and again I am requesting it. I do not support the boards finding and I am requesting to see a outside doctor. Also I feel that I have been prejudiced by the boards decision for failure to investigate me medical complaints or reviewing my files prior to the hearing and decision.

**REMEDY REQUEST**

**DCC Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

Date: 09/12/2006

# GRIEVANCE INFORMATION - BGO

| OFFENDER GRIEVANCE INFORMATION | | |
|---|---|---|

| | | |
|---|---|---|
| **Offender Name :** PALMER, DALE O | **SBI#** : 00175330 | **Institution** : DCC |
| **Grievance #** : 18386 | **Grievance Date** : 09/29/2005 | **Category** : Individual |
| **Status** : Resolved | **Resolution Status :** Level 3 | **Inmate Status :** |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 09/29/2005 | **Incident Time :** |
| **IGC** : Merson, Lise M | **Housing Location :** Bldg T1, Cell 1, Bed 34 | |

| REFERRED TO | | |
|---|---|---|

**Due Date :** 03/29/2006        **Referred to:** Person        **Name:** Welch, James

**Type of Information Requested :**
Grievant reports foot problems over a long period of time. Please review if CMS treatment plan is meeting his needs.

| DECISION | | |
|---|---|---|

**Date Received :** 03/20/2006

**Decision Date** : 08/11/2006        **Vote :** Uphold

**Comments** :

Needs follow up from specialist

**DCC Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

**Date:** 09/12/2006

## GRIEVANCE INFORMATION - Bureau Chief

| OFFENDER GRIEVANCE INFORMATION | | | |
|---|---|---|---|
| **Offender Name :** PALMER, DALE O | **SBI#** : 00175330 | **Institution** : DCC | |
| **Grievance #** : 18386 | **Grievance Date** : 09/29/2005 | **Category** : Individual | |
| **Status** : Resolved | **Resolution Status :** Level 3 | **Inmate Status :** | |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 09/29/2005 | **Incident Time :** | |
| **IGC** : Merson, Lise M | **Housing Location :** Bldg T1, Cell 1, Bed 34 | | |

| DECISION |
|---|

**Decision Date:** 09/11/2006          **Vote :** Uphold

**Comments :**

I concur with the recommendation of the BGO.

DCC **Delaware Correctional Center**
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 09/12/2006

## GRIEVANCE INFORMATION - MGC

### OFFENDER GRIEVANCE INFORMATION

**Offender Name :** PALMER, DALE O

**Grievance #** : 18386

**Status** : Resolved

**Grievance Type:** Health Issue (Medical)

**IGC** : Merson, Lise M

**SBI#** : 00175330

**Grievance Date** : 09/29/2005

**Resolution Status:** Level 3

**Incident Date** : 09/29/2005

**Housing Location :** Bldg T1, Cell 1, Bed 34

**Institution** : DCC

**Category** : Individual

**Inmate Status :**

**Incident Time :**

### MGC

**Date Received** : 01/19/2006        **Date of Recommendation:** 03/20/2006

### GRIEVANCE COMMITTEE MEMBERS

| Person Type | SBI # | Name | Vote |
|---|---|---|---|
| Staff | | Eller, Gail | Deny |
| Staff | | Weigner, Kimberly | Deny |
| Staff | | Gordon, Oshenka | Deny |
| Staff | | McCreanor, Michael | Abstain |

### VOTE COUNT

| Uphold : 0 | Deny : 3 | Abstain :1 |
|---|---|---|

### TIE BREAKER

| Person Type | SBI # | Name | Vote |
|---|---|---|---|

### RECOMMENDATION

Hearing held 3/14/2006
Deny: X-ray results are in chart - MD had informed inmate about X- ray results. Given meds for pain. To RTC in 3 mo.

Appeal due 3/19/2006

**DCC Delaware Correctional Center**
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 07/06/2007

## GRIEVANCE REPORT

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name :** PALMER, DALE O | **SBI#** : 00175330 | **Institution** : DCC |
| **Grievance #** : 126085 | **Grievance Date** : 06/20/2007 | **Category** : Individual |
| **Status** : Unresolved | **Resolution Status :** | **Resol. Date** : |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 09/12/2006 | **Incident Time :** |
| **IGC** : McCreanor, Michael | **Housing Location :** Bldg T1, Cell 1, Bed 34 | |

### OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** On September 12, 2006 based upon documentation presented my grievance (18386) was appealed and upheld by the BOP Level III appeals. I have only seen a foot doctor once concerning my feet which I received one shot. I had requested to see a foot doctor and a bone/joint specialist. I am in constant pain. I had to stop taking Altran because of side effects. Nothing is being done to help me. my feet hurt entirely to bad day and night and all my request have been ignored.

**Remedy Requested** : I want to see a bone specialist for a diagnosis and I want better foot wear. I also want pain management that won't affect me with side effects.

### INDIVIDUALS INVOLVED

| Type | SBI# | Name |
|---|---|---|
| | | |

### ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| **Medical Grievance :** YES | **Date Received by Medical Unit :** 07/06/2007 |
| **Investigation Sent :** 07/06/2007 | **Investigation Sent To** : |
| **Grievance Amount :** | |

*EX ( 3)*

**DCC Delaware Correctional Center**
Smyrna Landing Road
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**
Date: 07/06/2007

## INFORMAL RESOLUTION

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name :** PALMER, DALE O | **SBI#** : 00175330 | **Institution** : DCC |
| **Grievance #** : 126085 | **Grievance Date** : 06/20/2007 | **Category** : Individual |
| **Status** : Unresolved | **Resolution Status:** | **Inmate Status :** |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 09/12/2006 | **Incident Time :** |
| **IGC** : McCreanor, Michael | **Housing Location :**Bldg T1, Cell 1, Bed 34 | |

### INFORMAL RESOLUTION

**Offender's Signature:**_____

**Date**            :_____

**Witness (Officer)**    :_____

## GRIEVANCE INFORMATION - IGC

### OFFENDER GRIEVANCE INFORMATION

| | |
|---|---|
| **Offender Name :** PALMER, DALE O | **SBI#** : 00175330     **Institution** : DCC |
| **Grievance #** : 126085 | **Grievance Date** : 06/20/2007     **Category** : Individual |
| **Status** : Unresolved | **Resolution Status :**     **Inmate Status :** |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 09/12/2006     **Incident Time :** |
| **IGC** : McCreanor, Michael | **Housing Location :** Bldg T1, Cell 1, Bed 34 |

### IGC

**Medical Provider:** Contracted Health Services     **Date Assigned** 07/06/2007

**Comments:**

[ ] **Forward to MGC**     [x] **Forward to Medical Provider**     [ ] **Warden Notified**

[ ] **Forward to RGC**     **Date Forwarded to MGC :**

[ ] **Offender Signature Captured**     **Date Offender Signed** :

**DCC Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

Date: 07/06/2007

## GRIEVANCE INFORMATION - MEDICAL PROVIDER

### OFFENDER GRIEVANCE INFORMATION

**Offender Name :** PALMER, DALE O

**SBI#** : 00175330    **Institution** : DCC

**Grievance #** : 126085    **Grievance Date** : 06/20/2007    **Category** : Individual

**Status** : Unresolved    **Resolution Status :**    **Inmate Status :**

**Grievance Type:** Health Issue (Medical)    **Incident Date** : 09/12/2006    **Incident Time :**

**IGC** : McCreanor, Michael    **Housing Location :** Bldg T1, Cell 1, Bed 34

### MEDICAL PROVIDER

**Provider Name :** Contracted Health Services    **Date Received :** 07/06/2007

### MEDICAL HISTORY

| Dates | Treatment |
|---|---|
| | |

### DECISION

**Decision Date:**    **Vote :**

**Comments** :

DCC  **Delaware Correctional Center**
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 10/17/2007

## GRIEVANCE REPORT

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : PALMER, DALE O | SBI# : 00175330 | Institution : DCC |
| Grievance # : 143523 | Grievance Date : 10/04/2007 | Category : Individual |
| Status : Unresolved | Resolution Status : | Resol. Date : |
| Grievance Type: Health Issue (Medical) | Incident Date : 09/19/2007 | Incident Time : |
| IGC : McCreanor, Michael | Housing Location : Bldg 17, Lower, Tier C, Cell 6, Single | |

### OFFENDER GRIEVANCE DETAILS

**Description of Complaint:**  Inmate Claims:  I have not been getting my daily medications for acid reflux allergies and foot pain also, multi vitamins.  (Prilosec-Zantac 300 multivitamins-foot pain medication-Benadril.)  No one over here has an answer for me and I have filed 3 sick calls since 9/29/07 and been seen.  I need these medications-I am sick from this reflux that it keeps me up almost all night.  And the allergies are bothering my vision.  The foot pain is almost unbearable and is constantly.  If I am being denied medical treatment I question "Why".  Medical knows where I'm at so there is no excuse for denying me treatment.

**Remedy Requested**   :   I need the medications for these illnesses!  ASAP- I do not want to experience this type of neglect again. I want to see a doctor ASAP.

### INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

### ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| Medical Grievance : YES | Date Received by Medical Unit : 10/17/2007 |
| Investigation Sent : 10/17/2007 | Investigation Sent To : |
| Grievance Amount : | |

**Page 1 of 5**

**DCC Delaware Correctional Center**
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

# INFORMAL RESOLUTION

| OFFENDER GRIEVANCE INFORMATION | | | |
|---|---|---|---|
| Offender Name : PALMER, DALE O | SBI# : 00175330 | Institution : DCC | |
| Grievance # : 143523 | Grievance Date : 10/04/2007 | Category : Individual | |
| Status : Unresolved | Resolution Status: | Inmate Status : | |
| Grievance Type: Health Issue (Medical) | Incident Date : 09/19/2007 | Incident Time : | |
| IGC : McCreanor, Michael | Housing Location :Bldg 17, Lower, Tier C, Cell 6, Single | | |

| INFORMAL RESOLUTION |
|---|

Offender's Signature:_____

Date : _____

Witness (Officer) : _____

**DCC Delaware Correctional Center**
Smyrna Landing Road
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

## GRIEVANCE INFORMATION - IGC

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name :** PALMER, DALE O | **SBI#** : 00175330 | **Institution** : DCC |
| **Grievance #** : 143523 | **Grievance Date** : 10/04/2007 | **Category** : Individual |
| **Status** : Unresolved | **Resolution Status :** | **Inmate Status :** |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 09/19/2007 | **Incident Time :** |
| **IGC** : McCreanor, Michael | **Housing Location :** Bldg 17, Lower, Tier C, Cell 6, Single | |

### IGC

**Medical Provider:** Contracted Health Services          **Date Assigned** 10/17/2007

**Comments:**

[ ] Forward to MGC          [x] Forward to Medical Provider          [ ] Warden Notified

[ ] Forward to RGC          Date Forwarded to MGC :

[ ] Offender Signature Captured          Date Offender Signed          :

DCC  **Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

Date: 10/17/2007

## GRIEVANCE INFORMATION - MEDICAL PROVIDER

| OFFENDER GRIEVANCE INFORMATION | | |
|---|---|---|

**Offender Name :** PALMER, DALE O     **SBI# :** 00175330     **Institution :** DCC
**Grievance # :** 143523     **Grievance Date :** 10/04/2007     **Category :** Individual
**Status :** Unresolved     **Resolution Status :**     **Inmate Status :**
**Grievance Type:** Health Issue (Medical)     **Incident Date :** 09/19/2007     **Incident Time :**
**IGC :** McCreanor, Michael     **Housing Location :** Bldg 17, Lower, Tier C, Cell 6, Single

| MEDICAL PROVIDER | |
|---|---|

**Provider Name :** Contracted Health Services     **Date Received :** 10/17/2007

| MEDICAL HISTORY | |
|---|---|
| Dates | Treatment |

| DECISION |
|---|

**Decision Date:**          **Vote :**

**Comments :**

 **DOCUMENT**

# EXHIBIT E

MR, STAN TAYLOR

COMMISSIONER OF THE DEPT OF CORRECTIONS

245 McKEE ROAD

DOVER DEC 19904

Re: MEDICAL

MR. TAYLOR,

I am writing you for your assistance, .

More than 18 years ago I became ill while I was incarcerated here at D.C.C. I was hospitalized in the infirmary and diagnosed with Hepatitis-C. It wasn't until about 1998 that I was given any explanation what this disease really is and the effects it will have on the body. I have asked doctor after doctor for treatment so that this disease won't worsen but I have been refused any treatment. They are telling me that I'm not sick enough. It is my understanding that treatment is to prevent the disease from progressing. I recall writing you in the 1990's about this same situation but I recieved no response, hopefully this time you will get back with me. I have filed A grievance and was denied all the way up to Paul Howard - Bureau Chief with no further consideration. Since my diagnosis I have been A ward of the state all but about 3 to 4 years if that much. In 2003 I was diagnosed with having Hepatitis-B enzymes as well A big change from just having Hepatitis-C . I look forward to recieving your response A.S.A.P. Thank You

Respectfully

DALE PALMER 175330

12-15-06          DCC, 1181 Paddock Rd

cc: Warden THOMAS CARROLL          SMYRNA, PEL. 19977

COMMISSIONER STAN TAYLOR

MR. JAMES WELCH -

DEPT OF CORRECTIONS,

HEALTH CARE ADMINISTRATOR.

MR. WELCH,

This is my second letter addressed to you seeking your assistance. I am having extreme problems with C.M.S. I have been told that I would see A foot doctor for cronic pain in both of my feet caused by A correctable growth. When I did see a doctor he only gave me one shot (left foot) and ignored the (right foot) I am forced to walk around every day in constant pain in both feet. I have requested better foot-ware but, was told that Medical won't provide any. I question "why not?", if I can't get the operation's and constant shots is out of the question, What kind of treatment is there for my condition. Will you please help me to get some better foot-Ware - or the operation's on both of my feet. Also I would like to know why I can't recieve A biopsy - to determine the damage if any to my liver. I have recieve information from the C.D.C. in atlanta, Ga. and the documents are clear - although blood can be tested for different levels of things it can't tell the degree of damage to the liver. only A biopsy can do that in cases of Hepatitis-C. Your response to my concerns would be greatly appreciated, Thank you.

COMMISSIONER: STAN TAYLOR -
CC: Warden: Thomas Carroll -
6/2/07

#175330
Dale O. Palmer
DALE PALMER  Unit T-1
D.C.C. 1181 Paddock Rd
SMYRNA, DEl   19977

MR. JAMES WELCH
MEDICAL ADMINISTRATOR
D.C.C

Mr. Welch, I am writing you because I need
assistance.    On 9-12-2006 The outside grievance board
voted to uphold my grievance appeal - signed by then (Paul W.
Howard. Not much has been accomplished - I have been put
on (Altran) 100 mg For pain which only makes me sleepy - I got
one shot in my left foot and none in the right. I have
not recieved A follow up from A foot specialist.
The ▮▮▮ Boots and sneakers make my feet hurt worst,
I have asked medical for sneakers and boots but
they won't give them to me. I have asked for the
operations on both feet and was denied that also.
(1) Will you help me to recieve some better foot ware
9½ sneakes and boots
(2) I need to see A foot specialist.
(3) The medication does not ease the pain - it only
makes me sleepy.

Grievance - Uphold
9-12-06
# 18386

DALE  PALMER
175330  Unit T-1
This 24th Day of April      D.C.C. 1181 Paddock Rd
2007                Smyrna, Del, 19977

CC  File

*D.C.C.*

Warden, Carroll,

I am writing you once again for your assistance concerning my medical problems.

I have written you directly before but you failed to respond. I have tried repeatedly to get the medical department to order A biopsy on my liver to determine if I have damage as-well to determine what treatment may be needed for my Cronic Care (Hepatitis-C) "But" I haven't made any progress concerning my requests.

"Also" I am living with daily pain in both of my feet I won A grievance concerning this problem, "But" nothing has been done. They won't allow me to see A bone specialist or Give me foot-ware and, the pills (Altran) gave me side-effects so I had to stop taking them for the pain. And even though I won the grievance concerning my feet nothing has been done to fix my problems.

Also, currently I have A law suit pending in federal Court so I am asking you for A transfer to S.C.I. to avoid being prejudiced by Defendants here at D.C.C.    Your response will be greatly appreciated. Thank You Mr. Carroll.

P.S. I have written James Welch - no response

6/2/07    Foot issue

Grievance NO# 18386

date 9/12/06

Respectfully
Dale Palmer
175330  -unit T-1

D.C.C.

Inhouse Mail

Warden: Carroll,

Once again I am writing you in regards to my Medical treatments. I have written you A number of times already but I haun't recieved any response at all and, my treatment has not gotten any better. It appears that I can't recieve anything from medical that will better my health ~~and~~ except encouragement "verbally". I can't understand why you haun't responded to my letters eswell. I question why I can't get A biopsy to determine damage if any to my liver – when it is well documented that I have had Hepatitis – C for more than 19 years. I also question why D.O.C. or C.M.S. won't provide me with foot were that will help relieve my feet of pain or allow me to see A foot and bone specialist. These problems I am having have been documented within my medical files for many years and, have continued to only get worst. I believe that this lack of medical treatment is deliberate – I have personally seen Etonic and New Balance sneakers given to inmates in the last "6" months by C.M.S. and D.O.C. Laundry. I also don't understand why medical want my hepatitis-C to advance before treatment – I believe all these years is enough and blood tests don't determine damage to the liver nor does A.L.T. levels or RNA or HCV.RNA or EIA. I would greatly appreciate your input in my medical concerns as soon as possible.

6/29/07

Dale Palmer
125330 Unit T-1

D.C.C.

CC:

WARDEN: THOMAS CARROLL
        D.C.C.


                    Warden, Carroll,

I am writing you once again to request your
assistance. Previously I have written you to
request assistance in being provided sneakers / shoes
that better supports my feet due to the medical problems
I have been having. On Monday 16th of July I
was taken out to the foot doctor who has prescribed
medication and foot-ware which I have not recieved
as of Monday 23rd of July. He has also explained
to me that I will need operations on both feet by
the time my sentence expires due to the seriousness
of the condition. You have failed to respond to all
my previous letters to you but, I am hoping that this
one will spark your attention and response.
Warden - I would also like to request A transfere
to S.C.I. Sussex Correctional Institution Because, I
feel that as A result of pending filings in the U.S.
District Court I am experiancing A form of neglect
and punishment by health care workers who are
not ~~addressing~~ addressing my medical problems. As you
know I have serious medical needs that haunt't been addressed.
I will appreciate your response as soon as possible, In regards
To this and My Hepatitis -C issue. Respectfully
                        Dale Palmer

This 23rd Day Of July       Dale Palmer #125330 T-1
        2007                    D.C.C.

OFFICE OF THE BUREAU CHIEF
245 McKEE ROAD DOVER, DEL. 19904

                    Dear Sir,

I am writing you in regards to the grievance I filed previously
Grievance NO# 18386 Date 9/28/05, CM.S. has failed
to provide A treatment plan for my feet, I am in
constant pain. I have recieved (1) shot in my feet
foot and I recieved daily meds (Altran) for pain
"But" The pain is still active 24 hrs A day, I know
That I am suffering from A internal medical problem
and correction can only be made through A operation
on both my feet. I need help because I am not getting
the medical care I need, I have requested better
foot wear and, I was also refused that.
I have been trying to be seen by A doctor for over A month
and (4) sick call slips in the last month have gone
without response from the medical Dept, I have told
them repeatedly on sick call slips that other medication
I take have run out aswell. I don't get any response
Todays sick call will be NO (5). Your assistance
will be greatly appreciated A.S.A.P.

                              Sincerly
                              DALE PALMER 175330 Unit T-1
        3-15-07              D.C.C. Paddock Rd
                                Smyrna, Del. 19877
CC:

MR. SCOTT ALTMAN

CMS

Delaware Regional office

1201 Collage Park Dr.

Suite 101

Dover, Del. 17904

Mr. Altman,

I am writing you in regards to my medical situations.
First I would like to address the fact that I have (2) Bad
feet and medical is refusing to provide me with foot-ware.
Second I have been diagnosed with Hepatitis-C and the
only way to determine the damage if any is by having a
biopsy and medical is refusing me that aswell.
I have been told by the foot doctor that I will need operations
at some point on my feet. And the C.D.C. has given
me information regarding my liver disease and up vatill
that point medical has not informed me or given me
any indication how searrous my condition is.
I am seeking your assistance in helping me to obtain
treatment.  Your response will be greatly appreciated
A.S.A.P.

Respectfully

Dale Palmer

Dale Palmer #125330 J-1

This 23 day of July          D.C.C. 1181 Paddock Rd

2007                         Smyrna, Del. 19977