IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DALE OTIS PALMER, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : C. A. No. 06-576-SLR |
| | : |
| COMMISSIONER STAN TAYLOR, | : |
| WARDEN THOMAS CARROLL, and | : |
| MEDICAL DIRECTOR JAMES WELCH, | : |
| | : |
| Defendants. | : |

## WITHDRAWAL OF APPEARANCE

PLEASE WITHDRAW the appearance of Patrick G Rock, Esquire as attorney for Defendants Frederick Vandusen, M.D., Roberta Burns, John Durst and Ihuoma Chuks. Megan T. Mantzavinos, Esquire will remain as counsel for said Defendants.

    /s/  Patrick G. Rock
Patrick G. Rock, Esquire (4632)
Marks, O'Neill, O'Brien & Courtney, P.C.
913 North Market Street, #800
Wilmington, DE 19801
(302) 658-6538

DATED: November 26, 2007

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DALE OTIS PALMER, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C. A. No. 06-576-SLR |
| | : | |
| COMMISSIONER STAN TAYLOR, | : | |
| WARDEN THOMAS CARROLL, and | : | |
| MEDICAL DIRECTOR JAMES WELCH, | : | |
| | : | |
| Defendants. | : | |

**CERTIFICATE OF SERVICE**

I, Megan T. Mantzavinos, Esquire, of Marks, O'Neill, O'Brien & Courtney, P.C., hereby certify that on this **26th** day of **November**, 2007, the attached **Withdrawal of Appearance** was served by electronic filing upon the following individuals:

Jeffrey K. Martin, Esquire
Martin & Wilson, P.A.
1508 Pennsylvania Avenue
Wilmington, DE 19806

Catherine Damavandi, Esquire
Department of Justice
Carvel State Office Building
820 North French Street
Wilmington, DE 19801

　　　　　　　　　　　　　　　　　　 */s/ Megan T. Mantzavinos*
　　　　　　　　　　　　　　　　　　Megan T. Mantzavinos, Esquire (3802)