IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DALE OTIS PALMER,
    Plaintiff,

v.

COMMISSIONER: STAN TAYLOR
WARDEN: THOMAS CARROLL
MEDICAL DIRECTOR: JAMES WELCH

Civil Action No. 06-526 SLR

DEMAND

FILED
NOV 26 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

PD scanned

PLAINTIFF REBUTTAL TO DEFENDANTS OPPOSITION
TO: PLAINTIFF - MOTION FOR APPOINTMENT OF COUNSEL

Wherefore the Plaintiff states the following and requests the Court to consider the same.

1) The Plaintiff has always maintained that it is the courts discretion in appointing Counsel if needed however there is a special circumstances in this case requiring counsels assistance.

2) The Plaintiff has been moved from Maximum security to Medium High Security however - He is still housed in a unit of confinement, that is highly restricted.

3) The Plaintiff is unable to contact any of his witnesses directly or indirectly.

4) The Plaintiff is unable to request or obtain Affidavits from any of his witnesses or any of the persons he intends to call at trial.

5) The Plaintiff is unable to contact or subpoena any expert witnesses that he intends to call at trial.

6) The Plaintiff is unable to conduct A deposition hearing absent A legal advocate to help examine and cross-examine witnesses.

7) It is not rebalant how many previous filings the plaintiff has filed but rather the argument of Constitutional violations of the Plaintiff rights

8) Lastly Plaintiff argues the relavance of the defendants opposition when infact Stan Taylor and Paul Howard have not been served with the Complaint. The Plaintiff poses A question of Law — Can A defendant who cannot be found respond to A Complaint Both defendants unexecuted notice of service indicate Retired No further information provided

Respectfully Submitted

This 19th of NOVEMBER
2007

Dale Otis Palmer
DALE OTIS PALMER
UNIT M-H-U 23 B-U-7
DCC 1181 Paddock Rd
Smyrna Del 19977

CC: DEPT OF JUSTICE
U.S. DISTRICT COURT
PATRIC ROC

## Certificate of Service

I, _Dale Palmer_, hereby certify that I have served a true And correct cop(ies) of the attached: _Rebuttal to the states opposition for Appointment of Counsel_ upon the following parties/person (s):

TO: _U.S District Court_
_844 N. King St Lock Box #18_
_Wilmington Del 19801_

TO: _Dept of Justice_
_State office Bld_
_820 N French St_
_Wilmington Del 19801_

TO: _Patrick Rock_
_913 North Market St_
_Suite #800_
_Wilmington Del 19801_

TO: _____

BY PLACING SAME IN A SEALED ENVELOPE, and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this _19th_ day of _November_, 200_7_

_Dale Otis Palmer_


I/M Buck Otis Palmer
SBI# 175326  UNIT MHC 23 BU-7
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal
Mail

WILMINGTON DE 197
21 NOV 2007 PM 2 L



OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
844 N. KING STREET LOCKBOX #18
Wilmington, Del.
19801