IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DALE OTIS PALMER, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | :   C. A. No. 06-576-SLR |
| | : |
| COMMISSIONER STAN TAYLOR, | : |
| WARDEN THOMAS CARROLL, and | : |
| MEDICAL DIRECTOR JAMES WELCH, | : |
| | : |
| Defendants. | : |

**ENTRY OF APPEARANCE**

PLEASE ENTER THE APPEARANCES of Ryan M. Ernst, Esquire as attorney for Defendant Frederick Vandusen, M.D. This Entry of Appearance shall not be considered to be a waiver of any jurisdictional defects in service upon Defendant. Defendant specifically reserves the right to raise jurisdictional, or service, venue, or statute of limitations defects which may be available and to answer, object, or otherwise plead.

*/s/ Ryan M. Ernst*
Ryan M. Ernst, Esquire (ID No. 4788)
Marks, O'Neill, O'Brien & Courtney, P.C.
913 Market Street, #800
Wilmington, DE  19801
(302) 658-6538
*Attorneys for Defendant Vandusen*

DATED:  November 28, 2007

{DE097353.1}

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DALE OTIS PALMER, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C. A. No. 06-576-SLR |
| | : | |
| COMMISSIONER STAN TAYLOR, | : | |
| WARDEN THOMAS CARROLL, and | : | |
| MEDICAL DIRECTOR JAMES WELCH, | : | |
| | : | |
| Defendants. | : | |

## CERTIFICATE OF SERVICE

I, **Ryan M. Ernst, Esquire**, of Marks, O'Neill, O'Brien & Courtney, P.C., hereby certify that on this **28th** day of **November**, 2007, the attached Entry of Appearance was served by electronic filing and first class mail upon the following individuals:

Inmate Dale Otis Palmer, *Pro Se*
SBI #175330
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977
Via First Class US Mail

Catherine Damavandi, Esquire (ID 3823)
Department of Justice
Carvel State Office Building
820 North French Street
Wilmington, DE 19801
Via electronic filing

                                                            ***/s/ Ryan M. Ernst***
                                                            Ryan M. Ernst, Esquire (ID No. 4788)

{DE097356.1}