ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

DALE OTIS PALMER,

    Plaintiff,

V

COMMISSIONER: STAN TAYLOR,

WARDEN: THOMAS CARROLL,

MEDICAL DIRECTOR: JAMES WELCH,

et al, Defendants.

C.A. NO. 06-576 SLR

JURY TRIAL REQUEST

---

MOTION FOR DEFAULT JUDGMENT - PURSUANT TO RULE 55 OF THE FEDERAL RULES OF CIVIL PROCEDURES

Plaintiff moves this Court for a judgment by default in this action against defendants - IHUOMA CHUKS - FREDRICK VANDUSEN - JOHN DURST for failure to comply with the plaintiff request for interrogatories. Plaintiff states that he made a request for interrogatories from defendants FREDRICK VANDUSEN AND IHUOMA CHUKS on October 25th 2007 and requests form JOHN DURST on October 31st 2007. It has been more than 30 days since the plaintiff filed for his first set of interrogatories pursuant to Rule 33 F.R.C.P. and neighter defendant has filed a response as of December 9th 2007.

THIS 10th DAY OF December 2007

Respectfully
Dale Otis Palmer
DALE PALMER 175330
D.C.C. 1181 Paddock Rd
Smyrna, Del. 19977

FILED
DEC 12 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Scanned

## Certificate of Service

I, _Dale Palmer_, hereby certify that I have served a true And correct cop(ies) of the attached: _Default Judgment – Authorization form and response to Megan Mantzavinos_ upon the following parties/person (s):

TO: _MEGAN T. MANTZAVINOS_
_Marks - O'Neill - O'Brian & Cortney_
_913 Market ST. #800_
_Wilm, Del. 19801_

TO: _UNITED STATES DISTRICT COURT_
_FOR THE DISTRICT OF DELAWARE_
_844 N. KING ST._
_LockBox # 18_
_Wilm, Del. 19801_

TO: _CATHERINE DAMAVANDI_
_Dept of Justice - State Office Bld_
_820 N. FRENCH ST_
_Wilm, Del. 19801_

TO: _____

BY PLACING SAME IN A SEALED ENVELOPE, and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this _10th_ day of _December_, 200_7_

_Dale Otis Palmer_

I/M DALE O. PALMER
SBI# 125330   UNIT MHU# 23 B-U-7
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
11 DEC 2007 PM 2 L

Legal
Mail

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
844 N KING ST, LOCKBOX 18
WILMINGTON, DEL
19801