IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DALE OTIS PALMER, | C.A. NO. 06-576 SLR |
| Plaintiff, | JURY TRIAL REQUEST |
| v. | |
| COMMISSIONER STAN TAYLOR, | Re: Response to letter |
| et al  Defendants. | From MEGAN T. MANTZAVINOS |
| | 11/30/07 |

1) As to interrogatory No(5) - Plaintiff objects because your request is not designed to lead to admissible evidence and, such records are unduly burdensome to obtain considering the length of the plaintiff criminal record. Without waiving this objection the plaintiff is incarcerated for Rape 2nd Assault 3rd - sentence 20 years Suspended after 10 for 6 months work release And 9½ years Level 3 probation, By Judge Scott E. Bradely is Sussex County Court-house on 4/21/04. - All other information must come from Court.

(2) There is NO EXHIBIT A attached to the interrogatories to the defendants.

(3) Interrogatory No(8) - You may Contact the C.D.C. Center for disease Control at 1600 Clifton Rd N.E. Atlanta, Ga. 30333 for info on - Prevention and Control of Hepatitis Viruses - Guidelines for laboratory testing and Result - Recomendations for Prevention - infection and Control of Hepatitis aswell as HCV Related Chronic Disease.

4) As to interrogatory (5) writings referred to are note's case-law and other information I have already given to you.   I hope this response will satisfy your questions - If I can assist you further please feel free to contact me.

This 10th Day Of December 2007

FILED
DEC 12 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Respectfully
Dale Otis Palmer
DALE OTIS PALMER 175330
C.C. 1181 Paddock Rd
Smyrna, Del, 19977