IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DALE OTIS PALMER, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C. A. No. 06-576-SLR |
| | : | |
| COMMISSIONER STAN TAYLOR, | : | TRIAL BY JURY OF |
| WARDEN THOMAS CARROLL, and | : | TWELVE DEMANDED |
| MEDICAL DIRECTOR JAMES WELCH, | : | |
| ET AL. | : | |
| | : | |
| Defendants. | : | |

**DEFENDANTS IHUOMA CHUKS, FREDERICK VAN DUSEN, AND JOHN DURST'S RESPONSE TO PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**

Now comes Defendants Ihuoma Chuks, Frederick Van Dusen, and John Durst, who hereby respond to Plaintiff's Motion for Default Judgment pursuant to Rule 55 of the Federal Rules of Civil Procedure and state as follows:

1. Defendants Chuks and Van Dusen admit that they were served with Plaintiff's First Set of Interrogatories on October 30, 2007. Defendant Durst has not been served in this case, and therefore, denies any obligation to respond to Plaintiff's discovery requests. This denial is not a waiver of any service of process or any other affirmative defense.

2. Defendants Chuks and Van Dusen received Plaintiff's Motion for Default Judgment on December 12, 2007.

3. Plaintiff titled his Motion for Default Judgment against the Answering Defendants as a Motion for Default Judgment Under Federal Rule of Civil Procedure 55. However, such a request for default under Rule 55 is inappropriate here. Rule 55 only

applies when a party has failed to plead or otherwise defend a case. Here, rather, Plaintiff filed his Motion because he seeks Defendant's Answers to Interrogatories. The Defendants have not failed to plead or otherwise defend the case, and therefore, a Motion for Default Judgment is inappropriate.

4. Federal Rule of Civil Procedure 33 governs Interrogatories to parties. Nowhere in Rule 33 does it state that a party's failure to answer Interrogatories means that they are vulnerable to a default judgment.

5. Rather than a Motion for Default Judgment, Plaintiff's available remedy when seeking answers to Interrogatories is found under Federal Rule of Civil Procedure 37.

6. Defendants Chuks and VanDusen received a mailed copy of Plaintiff's Motion for an Order Compelling Discovery on December 4, 2007. However, Plaintiff's Motion for an Order Compelling Discovery has not been posted on the Federal Court CM/ECF filing system. Therefore, Defendant Chuks and VanDusen cannot file a response to Plaintiff's Motion for an Order Compelling Discovery, as there is no docketed Motion to which the Defendants' response could be linked.

7. Regardless, under Federal Rule of Civil Procedure 37, the party making a Motion to Compel Discovery Responses must include a certification that the movant has in good faith conferred or attempted to confer with the party not answering the discovery. Plaintiff has not conferred or attempted to confer with the Defendant and has not included a certification as to such. Therefore, Plaintiff did not comply with the requirements or Rule 37 when seeking answers to discovery.

8. Nonetheless, Defendant Chuks and Van Dusen are in the process of verifying answers to Plaintiff's Interrogatories and will file such responses when the answers and verifications are completed.

          Respectfully submitted,

          Marks, O'Neill, O'Brien & Courtney, P.C.

By:   */s/ Ryan M. Ernst, Esquire*
      Megan T. Mantzavinos, Esquire/ID No. 3802
      Ryan M. Ernst, Esquire/ID No. 4788
      913 North Market Street, #800
      Wilmington, DE 19801
      (302) 658-6538
      *Attorney for Defendants Chuks,*
      *Van Dusen, and Durst*

Dated: December 17, 2007

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DALE OTIS PALMER, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : C. A. No. 06-576-SLR |
| | : |
| COMMISSIONER STAN TAYLOR, | : |
| WARDEN THOMAS CARROLL, and | : |
| MEDICAL DIRECTOR JAMES WELCH, | : |
| | : |
| Defendants. | : |

**CERTIFICATE OF SERVICE**

I, **Ryan M. Ernst**, hereby certify that on **December 17, 2007,** I electronically filed **Defendants Ihuoma Chuks, Frederick Van Dusen, and John Durst's Response to Plaintiff's Motion for Default Judgment** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Catherine Damavandi, Esquire (ID 3823)
Department of Justice
Carvel State Office Building
820 North French Street
Wilmington, DE 19801
VIA ELECTRONIC MAIL

{DE099073.1}

I have served via first class mail two copies of **Defendants Ihuoma Chuks, Frederick Van Dusen, and John Durst's Response to Plaintiff's Motion for Default Judgment** to the Pro Se Defendant:

Inmate Dale Otis Palmer, *Pro Se*
SBI #175330
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977
Via First Class US Mail

                                                */s/ Ryan M. Ernst*
                                                Ryan M. Ernst, Esquire (I.D. No. 4788)
                                                Marks, O'Neill, O'Brien & Courtney, P.C.
                                                913 North Market Street, #800
                                                Wilmington, DE 19801
                                                (302) 658-6538
                                                *Attorney for Defendant*

{DE099073.1}