IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

DALE OTIS PALMER,

Plaintiff,

V.

COMMISSIONER: STAN TAYLOR,

WARDEN: THOMAS CARROLL

MEDICAL DIRECTOR: JAMES WELCH,

Et.al.   Defendants.

Civ. NO. 06-526-SLR



TRIAL BY JURY DEMAND

## MOTION FOR AN ORDER COMPELLING DISCOVERY PURSUANT TO RULE 37(a) OF THE F.R.C.P.

Now comes the plaintiff Dale Palmer who hereby files this motion, moves this Court for an order pursuant to Rule 37(a) of the Federal Rules of Civil Procedure compelling Defendants - IHUOMA CHUKS, FREDRICK VANDUSEN, and - JAMES WELCH to answer fully interrogatories from (1) to (25) submitted on October 25th 2007 by the plaintiff who is Pro'se, to Counsel for the defendants. The plaintiff submitted those interrogatories pursuant to Rule 33 of the Federal Rules of Civil Procedure but has not yet recieved the answers. Plaintiff moves this Court for an order pursuant to Rule 37(a) of the Federal Rules of Civil Procedure compelling the defendants to comply. The defendants have no substantial justification for failure to answer or otherwise produce documents requested through interrogatories.

Respectfully

THIS 2nd DAY OF December
2007

Dale Otis Palmer

DALE OTIS PALMER #175330

D.C.C. 1181 PADDOCK RD SMYRNA, DEL. 19977

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DALE OTIS PALMER, <br> Plaintiff, <br><br> v. <br><br> COMMISSIONER: STAN TAYLOR, <br> WARDEN: THOMAS CARROLL, <br> MEDICAL DIRECTOR: JAMES WELCH, <br> Et, al, Defendants. | Civ. No. 06-576-SLR <br><br> TRIAL BY JURY DEMAND |

## MOTION FOR AN ORDER COMPELLING DISCOVERY
## PURSUANT TO RULE 37(a) OF THE F.R.C.P.

NOW comes the plaintiff Dale Palmer who hereby files this motion and moves this Court for an oder pursuant to rule 37(a) of the Federal Rules of Civil Procedure compelling Defendants - JOHN DURST and THOMAS CARROLL to answer fully interrogatories from (1) to (25) submitted on october 31" 2007 by the plaintiff who is Pro'se, to counsel for the defendants. The plaintiff submitted those interrogatories pursuant to Rule 33 of the federal Rules of civil Procedure but has not yet recieved the answers. Plaintiff moves this Court for an order pursuant to Rule 37(a) of the Federal Rules of civil Procedure compelling the defendants to comply. The defendants have no substantial justification for failure to comply or otherwise answer or produce documents requested through the interrogatories.

Respectfully
Dale Otis Palmer
DALE OTIS PALMER # 175330
D.C.C. 1181 PADDOCK RD SMYRNA DEL 19977

This 2nd Day Of December 2007

## Certificate of Service

I, _DALE PALMER_, hereby certify that I have served a true And correct cop(ies) of the attached: _Motion for an order Compelling Discovery Pursuant to Rule 37(a) of the F.R.C.P._ upon the following parties/person (s):

TO: _CATHERINE DAMAVANDI ESQ_
_DEPARTMENT OF JUSTICE_
_CARVEL STATE BLd 6th floor_
_820 N. FRENCH ST - Wilm, Del. 19801_
"Counsel" _for THOMAS CARROL AND JAMES WELCH_

TO: _MEGAN T. MANTZAVINOS - ESQ_
_RYAN M. ERNST ESQ_
_913 MARKET STREET #800_
_Wilm, Del. 19801_
"Counsel" _for IHUOMA CHUKS, FREDRICK VANDUSEN, And JOHN DURST_

TO: _OFFICE OF THE CLERK_
_UNITED STATES DISTRICT COURT_
_844 N. KING STREET LOCK BOX #18_
_Wilm, Del. 19801_

TO: _____

BY PLACING SAME IN A SEALED ENVELOPE, and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this _2nd_ day of _December_, 200_7_

_Dale Otis Palmer_
DALE OTIS PALMER PRO'SE

I/M Dale Otis Palmer Pro'Se
SBI# 175330    UNIT MHU#23
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal
Mail

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
844 N. KING STREET, LOCKBOX #18
WILMINGTON, DELAWARE
19801