IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DALE OTIS PALMER, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | C. A. No. 06-576-SLR |
| : | |
| COMMISSIONER STAN TAYLOR, : | TRIAL BY JURY OF |
| WARDEN THOMAS CARROLL, and : | TWELVE DEMANDED |
| MEDICAL DIRECTOR JAMES WELCH, : | |
| ET AL. : | |
| : | |
| Defendants. : | |

**DEFENDANTS IHUOMA CHUKS, FREDERICK VAN DUSEN, AND JOHN DURST'S RESPONSE TO PLAINTIFF'S MOTION FOR AN ORDER COMPELLING DISCOVERY**

Now comes Defendants Ihuoma Chuks, Frederick Van Dusen, and John Durst, who hereby respond to Plaintiff's Motion for an Order Compelling Discovery pursuant to Rule 37(a) of the Federal Rules of Civil Procedure and state as follows:

1. Defendants Chuks and Van Dusen admit that they were served with Plaintiff's First Set of Interrogatories on October 30, 2007. Defendant Durst has not been served in this case, and therefore, denies any obligation to respond to Plaintiff's discovery requests. This denial is not a waiver of any service of process or any other affirmative defense.

2. Defendants Chuks and Van Dusen received Plaintiff's Motion for an Order Compelling Discovery on December 4, 2007.

3. Under F.R.C.P. 37(a)(1)(2)(A), a party making a Motion to Compel Discovery must include a certification that the movant has in good faith conferred or attempted to confer with the party not answering the discovery in an effort to secure the

disclosure without Court action. Plaintiff has not conferred or attempted to confer with the answering Defendants on this matter. Accordingly, Plaintiff's Motion to Compel Discovery does not comply with Rule 37(a) of the Federal Rules of Civil Procedure.

4. Nonetheless, Defendants Chuks and Van Dusen are in the process of verifying answers to Plaintiff's Interrogatories and will file such responses when the Answers and Verifications are finalized.

Respectfully submitted,

Marks, O'Neill, O'Brien & Courtney, P.C.

By: */s/ Ryan M. Ernst, Esquire*
Megan T. Mantzavinos, Esquire/ID No. 3802
Ryan M. Ernst, Esquire/ID No. 4788
913 North Market Street, #800
Wilmington, DE 19801
(302) 658-6538
*Attorney for Defendants Chuks,
Van Dusen, and Durst*

Dated: December 18, 2007

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DALE OTIS PALMER, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | :    C. A. No. 06-576-SLR |
| | : |
| COMMISSIONER STAN TAYLOR, | : |
| WARDEN THOMAS CARROLL, and | : |
| MEDICAL DIRECTOR JAMES WELCH, | : |
| | : |
| Defendants. | : |

**CERTIFICATE OF SERVICE**

    I, **Ryan M. Ernst**, hereby certify that on  **December 18, 2007,** I electronically filed **Defendants' Response to Plaintiff's Motion for an Order Compelling Discovery** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Catherine Damavandi, Esquire (ID 3823)
Department of Justice
Carvel State Office Building
820 North French Street
Wilmington, DE 19801
VIA ELECTRONIC MAIL

{DE099147.1}

I have served via first class mail two copies of **Defendants' Response to Plaintiff's Motion for an Order Compelling Discovery** to the Pro Se Defendant:

Inmate Dale Otis Palmer, *Pro Se*
SBI #175330
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977
Via First Class US Mail

    */s/ Ryan M. Ernst*
Ryan M. Ernst, Esquire (I.D. No. 4788)
Marks, O'Neill, O'Brien & Courtney, P.C.
913 North Market Street, #800
Wilmington, DE 19801
(302) 658-6538
*Attorney for Defendant*

{DE099147.1}