IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DALE OTIS PALMER,

    Plaintiff,

    V,

COMMISSIONER : STAN TAYLOR,

WARDEN : THOMAS CARROLL,

MEDICAL DIRECTOR : JAMES WELCH,

    et al   Defendants.

C.A. NO. ▮▮ 06-576-SLR

TRIAL BY JURY REQUESTED



FILED

DEC 20 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

MOTION FOR AN ORDER COMPELLING DISCLOSURE
PURSUANT TO RULE 37 (a)(3)(A) and  37 (B)(iii)
OF THE FEDERAL RULES OF CIVIL PROCEDURE

Now comes the plaintiff Dale Palmer Pro'se and, moves this court for an order compelling the defendant to make disclosures. The plaintiff has in good faith has conferred with JAMES WELCH and THOMAS CARROLL to make disclosures and discovery without seeking Court action Rule 37 (a)(1) - However Defendant Welch has failed to investigate and give reasonable answers to Interrogatories ( 4-5-6-7-8-9-10 11-15-17-18-19-20-22-25) . . . Defendant Thomas Carroll likewise has failed to make disclosures to Interrogatories ( 2-5-6-9-10-12-13-14-15-16-17-18-19-20-22-23-24). The plaintiff states Both defendant have also ignored Rule 33(a) - Rule 33 (b)(1) and Rules 33 (b)(2) and Rule 33 (b)(3) of the Federal Rules of Civil Procedures. Wherefore in the interest of Justice the plaintiff prays this motion be granted and, an order for disclosure be issued for both named defendants who have also ignored Rule 26(b) (1) of the federal rules of civil procedures . . . . . . . . . Respectfully

Dale Palmer

This 18th Day Of December

2007

DALE OTIS PALMER
175330  UNIT MHU #23
D.C.C. 1181 Paddock Rd  SMYRNA, DEL.
19977

INM _DALE PALMER_

SBI# _125330_ UNIT _MHU #23_

DELAWARE CORRECTIONAL CENTER

1181 PADDOCK ROAD

SMYRNA, DELAWARE 19977

Legal
Mail

WILMINGTON DE 197

19 DEC 2007 PM 3 L

U.S.M.S
X-RAY

_UNITED STATES DISTRICT_

_FOR THE DISTRICT OF DELAWARE_

_844 N. KING ST. LOCKBOX #18_

_WILMINGTON, DEL._

_19801_

19801+3818 C012