IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DALE OTIS PALMER,

    Plaintiff,

v.

COMMISSIONER: STAN TAYLOR,
WARDEN: THOMAS CARROLL,
MEDICAL DIRECTOR: JAMES WELCH,
et al, Defendants.

C. A. NO 06-576 SLR

TRIAL BY JURY REQUESTED



FILED
DEC 20 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## MOTION FOR DEPOSITIONS - RULE 30 F.R.C.P.

Now comes the plaintiff who hereby moves this Court to order the scheduling of a deposition for defendants IHUOMA CHUKS - FREDRICK VANDUSEN - THOMAS CARROLL and JAMES WELCH, And Witness - RONALD WILSON - JOE BEROWSKIE - GEORGE HASSETT - WADE BLANKENSHIP - JUSTIN MALINDEZ and, OFFICER: JOE BELANGER and C/O CORRELL of the department of corrections medical transportation.. Deposition is being requested to obtain the defendants and witnesses testimonies,,,,,, under oath and, for the record to prevent perjury by failing to identify or disclose sought after information by the plaintiff, from the defendants. And to establish witness testimony supporting the plaintiff complicated legal arguments. Wherefore in the Intrest of just the plaintiff prays this motion be granted.

Respectfully
Dale Palmer
DALE OTIS PALMER 175330 - B/d MHU#23

THIS 18th DAY OF December     D.C.C. 1181 Paddock Rd Smyrna Del 19977
2007

## Certificate of Service

I, _DALE OTIS PALMER_, hereby certify that I have served a true and correct cop(ies) of the attached: _Motion For an order Compelling disclosure Rule(37) And Motion For Depositions Rule 30_ upon the following parties/person (s):

TO: _MEGAN T. MANTZAVINOS, Esq_
_Marks-O'Neill-O'Brian & Courtney_
_913 Market St. #800_
_Wilmington, Del. 19801_

TO: _UNITED STATES DISTRICT COURT_
_FOR THE DISTRICT OF DELAWARE_
_844 N. KING ST._
_LOCKBOX #18_
_Wilmington, Del. 19801_

TO: _CATHERINE DAMAVANDI, Esq_
_Department of Justice_
_Carvel State Bld 6th Fl._
_820 N. FRENCH ST._
_Wilmington, Del. 19801_

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this _18th_ day of _December_, 2007

_Dale Otis Palmer_