IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DALE OTIS PALMER, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C. A. No. 06-576-SLR |
| | : | |
| COMMISSIONER STAN TAYLOR, | : | |
| WARDEN THOMAS CARROLL, and | : | |
| MEDICAL DIRECTOR JAMES WELCH, | : | |
| | : | |
| Defendants. | : | |

## WITHDRAWAL OF APPEARANCE

PLEASE WITHDRAW the appearance of Ryan M. Ernst, Esquire as attorney for Defendants Frederick Vandusen, M.D., Roberta Burns, John Durst and Ihuoma Chuks.  Megan T. Mantzavinos, Esquire will remain as counsel for said Defendants.

    /s/  Ryan M. Ernst_____
Ryan M. Ernst, Esquire (ID No. 4788)
Marks, O'Neill, O'Brien & Courtney, P.C.
913 North Market Street, #800
Wilmington, DE 19801
(302) 658-6538

DATED:  January 4, 2008

{DE099903.1}

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DALE OTIS PALMER, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | :    C. A. No. 06-576-SLR |
| | : |
| COMMISSIONER STAN TAYLOR, | : |
| WARDEN THOMAS CARROLL, and | : |
| MEDICAL DIRECTOR JAMES WELCH, | : |
| | : |
| Defendants. | : |

## CERTIFICATE OF SERVICE

    I, Megan T. Mantzavinos, Esquire, of Marks, O'Neill, O'Brien & Courtney, P.C., hereby certify that on this **4**[th] day of **January**, **2008**, the attached **Withdrawal of Appearance** was served by electronic filing and first class mail upon the following individuals.

Jeffrey K. Martin, Esquire
Martin & Wilson, P.A.
1508 Pennsylvania Avenue
Wilmington, DE 19806
Via electronic filing

Catherine Damavandi, Esquire
Department of Justice
Carvel State Office Building
820 North French Street
Wilmington, DE 19801
Via-electronic filing

Inmate Dale Otis Palmer, Pro Se
 SBI #175330
Delaware Correctional Center
1181 Paddock Road
Smyrna DE 19977
Via First Class US Mail

                                                                         */s/ Megan T. Mantzavinos*
                                                                         Megan T. Mantzavinos, Esquire (3802)