IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DALE OTIS PALMER,<br>        Plaintiff, | :<br>:<br>: |
| v. | : C. A. No. 06-576-SLR |
| | : |
| COMMISSIONER STAN TAYLOR,<br>WARDEN THOMAS CARROLL, and<br>MEDICAL DIRECTOR JAMES WELCH, | :<br>:<br>: |
| | : |
|         Defendants. | : |

**DEFENDANTS FREDERICK VANDUSEN, JOHN DURST AND IHUOMA CHUKS RESPONSE TO PLAINTIFF'S MOTION FOR DEPOSITIONS PURSUANT TO FED.R. CIV. P. 30**

COMES NOW, Defendants Frederick VanDusen, John Durst and Ihuoma Chuks who hereby by and their undersigned attorney to hereby respond to the Plaintiff's Motion For Depositions Pursuant to Fed. R. Civ. P. 30 and states as follows:

1.      Defendants, VanDusen and Chuks take no position on Plaintiff's motion for depositions. However, to the extent Plaintiff is requesting or expecting Defendants to cover the costs of said depositions, Defendants object, as Fed. R. Civ. Pro. 30(b)(3) requires that the noticing party bear the costs related thereto.

2.      Defendant Chuks no longer resides in the State of Delaware. She lives in Tennessee. To the extent Plaintiff intends to depose Defendant Chuks, it is hereby requested that Plaintiff do so by teleconference as permitted by Fed. R. Civ. Pro. 30(b)(4).

3.      Defendant Durst objects to the motion for deposition as he has not been properly served and technically is not a proper party in interest at this time. Defendant specifically reserves the right to raise jurisdictional, or service, venue, or statute of limitations defects which may be available and to answer, object, or otherwise plead. By way of further response,

Defendant Durst takes no position on Plaintiff's request for depositions.  However, to the extent Plaintiff is requesting or expecting Defendant to cover the costs of said depositions, Defendants object, as Fed. R. Civ. Pro. 30(b)(3) requires that the noticing party bear the cost related thereto.

4. This response shall not be construed as a waiving of the requirements that Plaintiff has to follow under Fed. Civ. Pro. R. 30, including, but not limited to, notices, subpoenas, service and payment of costs, just to name a few.

WHEREFORE, Defendants respectfully pray that any Order allowing Depositions under Fed. R. Civ. Pro. 30 specifically provide that Plaintiff is to comply with all requirements pursuant thereto.

/s/ Eileen M. Ford
Megan T. Mantzavions, Esquire (ID. No. 3802)
Eileen M. Ford, Esquire (ID. No. 2870)
Marks, O'Neill, O'Brien & Courtney, P.C.
913 Market Street, #800
Wilmington DE 19801
(302) 658-6538
*Attorney for Defendants*

Dated:  January 7, 2008

{DE099907.1}

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DALE OTIS PALMER, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | C. A. No. 06-576-SLR |
| | : | |
| COMMISSIONER STAN TAYLOR, | : | |
| WARDEN THOMAS CARROLL, and | : | |
| MEDICAL DIRECTOR JAMES WELCH, | : | |
| | : | |
|     Defendants. | : | |

**ORDER**

UPON CONSIDERATION of Plaintiff's Motion for Depositions pursuant to Fed. R. Civ. P. 30 and Defendant Frederick Van Dusen's, John Durst's, and Ihuoma Chuks' response thereto,

IT IS HEREBY ORDERED this _____ day of _____, 2008 that in the event Plaintiff schedules depositions of the above referenced Defendants that Plaintiff is specifically ordered to comply with the requirements of Fed. R. Civ. P. 30.

IT IS FURTHER ORDERED THAT any deposition of Defendant Ihuoma Chuks shall be done via teleconference, after having been served the required notices from Plaintiff.

 

                                                                _____
                                                                                   Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DALE OTIS PALMER, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : C. A. No. 06-576-SLR |
| | : |
| COMMISSIONER STAN TAYLOR, | : |
| WARDEN THOMAS CARROLL, and | : |
| MEDICAL DIRECTOR JAMES WELCH, | : |
| | : |
| Defendants. | : |

**CERTIFICATE OF SERVICE**

I, **Eileen M. Ford, Esquire**, hereby certify that on **January 7, 2008,** I electronically filed **Defendants Frederick VanDusen, John Durst, Ihuoma Chuks Response to Plaintiff's Motion for Depositions Pursuant to Fed.R. Civ. P. 30** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Catherine Damavandi, Esquire (ID 3823)
Department of Justice
Carvel State Office Building
820 North French Street
Wilmington, DE 19801
VIA ELECTRONIC MAIL

{DE100398.1}

I have served via first class mail two copies of **Defendants Frederick VanDusen, John Durst, Ihuoma Chuks Response to Plaintiff's Motion for Depositions Pursuant to Fed.R. Civ. P. 30** to the Pro Se Defendant:

Inmate Dale Otis Palmer, *Pro Se*
SBI #175330
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977
Via First Class US Mail

/s/ *Eileen M.Ford*
Eileen M. Ford, Esquire (ID No. 2870)
Marks, O'Neill, O'Brien & Courtney, P.C.
913 North Market Street, #800
Wilmington, DE 19801
(302) 658-6538
*Attorney for Defendant*

{DE100398.1}