IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DALE OTIS PALMER,
  Plaintiff

V.

COMMISSIONER: STAN TAYLOR
WARDEN: THOMAS CARROLL
MEDICAL DIRECTOR: JAMES WELCH
ET, AL   Defendants

Civil Action NO 06-576-SLR

TRIAL BY JURY REQUESTED

FILED JAN 22 2008 U.S. DISTRICT COURT DISTRICT OF DELAWARE

## MOTION FOR SUBPOENA - FEDERAL RULE OF CIVIL PROCEEDURES (45 (a)(1)(A)(iii) AND (45(c)(3)(c)(i)

Now Comes the plaintiff Dale Palmer who is pro'se and, moves this Court for an order granting Subpoena for the addresses and phone numbers of defendants (STAN TAYLOR) AND (PAUL HOWARD). The plaintiff seeks (THE DEPARTMENT OF CORRECTIONS) AT 245 MCKEE ROAD DOVER DELAWARE 19904, To hand over all electronically stored information or tangible things in there possession Custody or Control. This Subpoena request for information is being made for the sole purpose of serving the above named defendants who have not yet been served in this Civil action. The plaintiff states that their is A substantial need for the requested information that cannot be obtained without undue hardship because the plaintiff is incarcerated and, his resorceses are limited. Respectfully and in the intrest of justice the plaintiff prays that this motion be granted without delay.

Dale Otis Palmer

This 15th Day Of January 2008

DALE OTIS PALMER #175330
D.C.C. 1181 Paddock Rd
SMYRNA, DEl. 19977