COPY THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE



FILED
JAN 22 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

DALE OTIS PALMER,

    Plaintiff,

V.

COMMISSIONER: STAN TAYLOR,
WARDEN: THOMAS CARROLL,
MEDICAL DIRECTOR: JAMES WELCH,
ET, AL, Defendants,.

Civil Action NO. 06-576-SLR

TRIAL BY JURY REQUESTED

## MOTION FOR SUBPOENA - FEDERAL RULE OF CIVIL PROCEEDURES (45 (a)(1)(A)(iii) AND (45(c)(3)(c)(i)

Now Comes the plaintiff Dale Palmer who is pro'se and, moves this Court for an order granting subpoena for the addresses and phone numbers of defendants (DAVI MESSINGER) (JOHN DURST) and (ROBERTA BURNS). THE plaintiff seeks (CORRECTIONAL MEDICAL SERVICES) And OR CHAD BARR-CMS Regional Vice-President- 1201 College Park Drive Suite #101 - DOVER DELAWARE 19904 to hand over all electronically stored information or tangible things in there possession Custody or Control. This Subpoena request for information is being made for the Sole purpose to serve these defendants who have not yet been served in the above captioned Civil Action. The plaintiff also seeks (CORRECTIONAL MEDICAL SERVICES) And OR CHAD BARR - who is the Current regional Vice-President to hand over all electronically stored information or tangible things regarding the addresses and phone numbers of Doctor- (MOHAMAD NIAZ) (DOCTOR- RAMESH VEMULAPALLI) and (CHRISTINE FLAMER). This Subpoena request for information is being made so that he plaintiff can depose Dr. NIAZ - Dr. VEMULAPALLI And, FLAMER as witnesses for the plaintiff. Respectfully submitted This 15th Day of January 2008

                                                                Dale Otis Palmer
                                                                DALE PALMER 175330
                                                                D.C.C, 1181 Paddock Rd, Smyrna,

## Certificate of Service

I, _DALE OTIS PALMER_, hereby certify that I have served a true
And correct cop(ies) of the attached: _MOTION FOR Subpoenas on State Dept of Corrections ~~department~~ and Correctional Medical Services_ upon the following parties/person (s):

TO: _UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE 844 N. KING STREET LOCKBOX #18 WILMINGTON, DEL 19801_

TO: _CATHERINE DAMAVANDI DEPARTMENT OF JUSTICE CARVEL STATE OFFICE BUILDING 820 NORTH FRENCH STREET WILMINGTON, DEL, 19801_

TO: _EILEEN M. FORD MEGAN T. MANTZAVINOS MARKS-ONEILL-OBRIAN & COURTNEY 913 MARKET STREET #800 WILMINGTON, DEL. 19801_

TO: _____

BY PLACING SAME IN A SEALED ENVELOPE, and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this _15th_ day of _January_, 200_8_.

_Dale Otis Palmer_

I/M DALE OTIS PALMER
SBI# 125336   UNIT MPW #23
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal
Mail

WILMINGTON DE 197
18 JAN 2008 PM 2 T

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
844 N 4th KING ST. LOCKBOX #18
WILMINGTON, DEL.
19801