IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DALE OTIS PALMER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   C. A. No. 06-576-SLR |
| | ) |
| COMMISSIONER STAN TAYLOR, | )   JURY TRIAL REQUESTED |
| et al., | ) |
| | ) |
| Defendants. | ) |

## STATE DEFENDANTS' RESPONSE TO PLAINTIFF'S
## MOTION FOR SUBPOENA

COME NOW, Tom Carroll and James Welch (" State Defendants") by the undersigned, and hereby respond to Plaintiff's Motion for Subpoena as follows:

1. Dale Otis Palmer ("Plaintiff") is an inmate in the custody of the Department of Correction ("DOC") presently incarcerated at the Delaware Correctional Center ("DCC") in Smyrna, Delaware.

2. On or about January 15, 2008, Plaintiff filed a *Motion for Subpoena,* requesting information more appropriately filed as a *Motion to Compel* pursuant FED. R. CIV. P 37(A). In the motion, Plaintiff seeks the addresses and phone numbers of State Defendants Stan Taylor and Paul Howard who have not been served with summons or complaint. The Plaintiff further requests the "Department of Corrections to hand over all electronically stored information or tangible things in there [sic] possession, custody or control." (D.I. 87).

3. Under Rule 4(c) it is the responsibility of the Plaintiff, not the Defendants already served to see that the summons and complaint are served within the time period

permitted under Rule 4(m). State Defendants Taylor and Howard are retired, and their DOC personnel records are specifically prohibited from disclosure to the public, or to an inmate pursuant to 29 *Del. C.* § 10002(g)(1) and (g)(13)

    4.    Moreover, Plaintiff's request that the DOC hand over all electronically stored information or tangible things in their possession, custody or control is overly broad, unduly burdensome failing to state a definite time period, and seeks the production of documents neither relevant nor reasonably calculated to lead to the discovery of admissible evidence. In addition, the policies and procedures of the DOC are confidential under 11 *Del. C.* §4322 as the release of this information could jeopardize institutional safety and security.

**DEPARTMENT OF JUSTICE**
**STATE OF DELAWARE**

/s/ Catherine Damavandi
Catherine Damavandi (ID # 3823)
Deputy Attorney General
Delaware Department of Justice
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
Catherine.Damavandi@state.de.us
(302) 577-8400

Dated: January 28, 2008    Attorney for State Defendants

### CERTIFICATE OF SERVICE

I hereby certify that on January 28, 2008, I electronically filed *State Defendants' Response to Plaintiff's Motion For Subpoena* with the Clerk of Court using CM/ECF which will send notification to Megan Trocki Mantzavinos, Esquire, and Eileen Ford, Esquire. I hereby certify that on January 28, 2008, I have mailed by United States Postal Service, the document to the following non-registered party:

Dale Otis Palmer
SBI #175330
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

/s/ Catherine Damavandi_____
Catherine Damavandi (ID # 3823)
Deputy Attorney General
Delaware Department of Justice
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
Catherine.Damavandi@state.de.us
(302) 577-8400
Attorney for State Defendants

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DALE OTIS PALMER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C. A. No. 06-576-SLR |
| | ) |
| COMMISSIONER STAN TAYLOR, | ) JURY TRIAL REQUESTED |
| et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

**IT IS HEREBY ORDERED** this _____day of _____, 2008 that Plaintiff's *Motion for Subpoena* or in the alternative Plaintiff's *Motion to Compel* pursuant to Fed.R.Civ. P. 37(a) is **DENIED.**

_____
Judge Sue L. Robinson