IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

DALE OTIS PALMER,

Plaintiff,

V.

COMMISSIONER: STAN TAYLOR

WARDEN: THOMAS CARROLL

MEDICAL DIRECTOR: JAMES WELCH

ET, AL.  Defendants.

Civil Action 06-526-SLR

JURY TRIAL DEMAND



FILED
FEB 27 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## MOTION TO AMEND- PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURES RULE (15)

The above named plaintiff Dale Palmer who is pro'se filed his original complaint 9/14/2006 and same was dismissed 12/13/06 with leave to amend within 30 days. On 1/4/ 2007 Complaint was amended and after being screened pursuant to 28 U.S.C. § 1915 and § 1915 A, The plaintiff was allowed to file USM 285 forms for the remaining defendants not dismissed by the Court. The plaintiff who is an inmate at the Delaware Correctional Center (D.C.C.) filed this civil rights action pursuant to 42 U.S.C. § 1983 Pro'se and has been granted leave to proceed in forma pauperis. The court must accept as true factual allegations in the complaint and all reasonable inferences that can be drawn therefrom." Nami V. Fauver, 82 F.3d 63, 65 (3d cir 1996) citing Holder V. City of Allentown, 982 F.2d 188 194 (3d cir 1993). Additionally Pro'se complaints are held to less stringent standards than formal pleadings drafted by lawyers "and can only be dismissed for failure to state a claim when it appears beyond doubt that the plaintiff can prove no set of facts in support of his claim which would entitle him to relief. Haines V. Kerner, 404 U.S. 519, 520-521 (1972) quoting Conley V. Gibson, 355 U.S. 41, 45-46 (1957). Plaintiff has had on-going health problems for more than 20 years Involving hepatitis B and C.
The plaintiff is asking the court to allow him to amend his complaint by

(1)

adding Correctional Medical Services (C.M.S.) to the complaint. C.M.S. A contracted medical service who is currently contracted by the Department of Corrections is directly responsible for providing treatment to all of the states incarcerated. The plaintiff states that C.M.S. are callously refusing him treatment by ignoring his illness. The plaintiff states that his illness is well documented with the medical department because of his many requests- and current civil action pending against C.M.S. employees aswell as the fact that C.M.S. did refuse to accept processes for (2) two of the defendants. The plaintiff states that C.M.S. has been deliberately indifferenced to his serious medical needs by not providing him with adequate medical care and that he has been denied his right against cruel and unusual punishment, A violation of his 8th amendment right to the Constitution. The plaintiff states that C.M.S. has not implement procedures, and practices consistent with generally accepted professional standards that would ensure that the plaintiff would recieve treatment for his Chronic Care (such as ) (1) appropriate diagnosis - (2) treatments - (3) Immunizations- (4) Timely responses to sick-call requests - (5) A Biopsy to determine the stage and degree of the disease -(6) Chronic disease managements. The plaintiff was diagnosed with A Chronic disease and yet he is not recieving any care for the illness which is Known to effect the liver by eventually developing Cirrhosis (scarring of the liver) Liver Cancer and, death from liver disease. Prisoners have A Constitutionally guaranteed right to A certain degree of medical treatment while incarceratrd; Estelle V. Gamble 429 U.S. at 103, 97 S.Ct at 290. The plaintiff states that he has not been able to obtain access to test results from August 2007 and November 2007. however as of 5/17/2007 tests results were positive for Hepatitis A AB/Total - HBcAB - HBsAb and Hepatitis C Ab. Which is A indication of exposure and the presence of Hepatitis B and C. However C.M.S. still has refused to provide the plaintiff with any treatment.

2) The plaintiff is also asking the Court to allow him to amend The complaint

2)

by adding Doctor: Lawrence McDonald to the complaint. Dr. McDonald is an independent Contractor for Correctional Medical Services (C.M.S.). Dr. McDonald treats infectious diseases and claims to prescribe care and treatment to patients according to their needs. He claims that before begining Interferon and Ribavirin treatments, the patient should exhibit symptoms and that he has reviewed the plaintiff files aswell as test results from 5/17/07 that show the presence and exposure to Hepatitis B and C. Dr. McDonald has and maintains to deny the plaintiff medical treatments or even A alternative to Interferon and Ribavirin such as, Other medications or A Biopsy to determine damage if any to the plaintiff liver. He has told the plaintiff that he will not order A Biopsy because the plaintiff could bleed to death and that he will not order any treatmrnts because the plaintiff looks good on paper and is not sick enough. Dr. McDonald has expressed to the plaintiff that he must become very ill before he will provide any treatment. The plaintiff has complained to Dr. McDonald about yellowish color to his skin that come's and goes - Abdominal pain - Fatigue - Intermittent Nausea and loss of Appetite. The plaintiff states that he was last seen for chronic Care follow-up 11/2/07 and it is now 2/26/08. The plaintiff states that he is in imminent danger of serious physical injury and That Dr. McDonalds recklessness and knowledge of substantial risks violates his rights established under the U.S.C.A. Constitution. Amendment. 8. The plaintiff concludes that he has been subjected to cruel and unusual punishment and A form of deliberate indifference to his serious medical needs constituting the unnecessary and wanton infliction of pain where the indifference is manifested by Dr. McDonalds response to the plaintiff needs for medical treatments and intentionally delaying and denying required medical care. He has also failed to allow proper diagnosis and procedures restricting medical care to non-medical grounds.

The plaintiff also seeks to amend the complaint by adding Director: CHAD

3)

BARR who is regional Director for Correctional Medical Services (C.M.S.). Mr. BARR was contacted by the plaintiff through mail correspondence on 1/6/08 concerning many issues of needed treatments, However Mr. BaRR has failed to respond to the plaintiff. The plaintiff also complained of violations of his confidentiality rights by medical personnel who have discussed the plaintiff illness before inmates and guards. The plaintiff states that Mr. BARR is being deliberately indifferenced to his serious medical needs by failing to provide adequate medical care by failing to remedy unlawful conditions that he knows about. He has maintained policies that interfere with adequate medical care by otherwise failure to carry out his responsibilities to provide adequate medical care. A general definition of serious medical needs refers to conditions that (cause pain) - (discomfort) OR - (Threat to good Health). In the letter to Mr. Chad Barr the plaintiff stated he has Hepatitis B and C ,, Alot of Kidney pain ,, Chronic foot pain And although not mentioned in the plaintiff letter he suffers from (GERD) A serious form of Acid Reflux Disease that often cuts the plaintiff breathing while sleeping on A regular basis. A review of the plaintiff medical files would have reflected the contents of the plaintiff letter to Mr. Barr who never responded. Citing the Eighth Amendment, the plaintiff states that he has subjected to A form of Cruel and unusual punishment And he challenges Mr. Barrs specific practice and procedures of deliberate indifference and intentional conduct of inadequate medical treatment to the plaintiff serious medical needs. Please take notice that dates and time may be provided through discovery if not stated herein. Wherefore the plaintiff prays that this motion to Amend be granted.

Respectfully Submitted
*Dale Otis Palmer*

THIS 26th DAY OF February 2008

DALE OTIS PALMER #175330
D.C.C. 1181 PADDOCK ROAD
SMYRNA DEL 19977

4)

## Certificate of Service

I, _DALE OTIS PALMER_, hereby certify that I have served a true and correct cop(ies) of the attached: _MOTION TO AMEND_ _____ upon the following parties/person (s):

TO: _OFFICE OF THE CLERK_
_UNITED STATES DISTRICT COURT_
_844 N. KING STREET LOCKBOX #18_
_Wilmington Del 19801_

TO: _Eileen M. Ford_
_Megan T. Mantzavinos_
_913 N. Market St._
_8th Floor_
_Wilmington, Del 19801_

TO: _CATHERINE DAMAVANDI_
_DEPARTMENT OF JUSTICE_
_STATE OFFICE BUILDING_
_820 N. FRENCH ST._
_WILMINGTON, DEL, 19801_

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977.

On this _26th_ day of _February_, 2008.

_Dale Otis Palmer_

I/M DALE OTIS PALMER pro'se
SBI# 235330  UNIT MHU #23
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal
Mail

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
844 N. KING STREET LOCKBOX #18
WILMINGTON, DEL 19801