IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DALE OTIS PALMER,
    Plaintiff,

V.

COMMISSIONER: STAN TAYLOR,
WARDEN: THOMAS CARROLL,
MEDICAL DIRECTOR: JAMES WELCH,
ET, AL. Defendants.

Civil Action 06-576-SLR

JURY TRIAL DEMAND

FILED
MAR 13 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

PLAINTIFF DALE PALMER SECOND SET OF INTERROGATORIES DIRECTED TO DEFENDANT FREDRICK VANDUSEN, MD.

Pursuant to Federal. R. Civil. P. 33 you are hereby requested to answer all interrogatories in full. The answers to Interrogatories shall be served on all interested parties within (30) days after service of the attached interrogatories. Pursuant to Fed. R. Civ. P. (26) all interrogatories shall be answered without the disclosure of the mental impressions of the partys attorney or his or her conclusions, opinions, memoranda, notes or summaries, legal research or legal theories. If there is insufficient space to answer any interrogatory, the remainder of the answer shall follow on A supplement sheet.

1. What is A doctor of Osteopath?
2. What is A Chronic Care doctor?
3. What is A Infectious Disease doctor?
4. Why would A patients see you if you cannot provide treatment.
5. What treatments within the department of Corrections do you provide inmate patients with? In regards to Osteopath?
6. Have you reviewed the plaintiff entire medical records before referring him to the infectious disease doctor?

(1)

7. Why did you referr the plaintiff to be treated by the infectious disease doctor?

8. Why havn't medical records been produced from 2006 to the present date as previously requested by the plaintiff?

9. What is the plaintiff "Genotype"? "No indication in the records".

10. If you are not a Infectious disease doctor - what qualify you to monitor the plaintiff who is classified as having a Chronic infectious disease?

11. Please explain the conflict with your Affidavit of 8/24/07 Number (4) and (10) and your response to interrogatory Number (17) of the plaintiff first set?

12. You are not A liver specialist correct?

13. Why would you monitor the plaintiff liver enzyme production, titer results and viral loads?

14. Can the flow chart that you referred to in the first set of interrogatories No# 19 establish the degree of liver damage if any to the plaintiff?

15. On 5/17/2007 tests were conducted Lab Id No's 104589149 104586658 which conflicts with tests conducted on 6/27/2007 Lab Id Nos 104950002 with respects to Hepatitis and (GFR) Glomerular filtration Rate please explain the conflicts?

16. What is the medical meaning for Lipemic

17. What is the medical meaning for Hemolyzed.

Wherefore the plaintiff submitts his second requests for interrogatories pursuant to Fed. R. of. Civ. Procedure No. 33 and, seeks the response within (30) days of service as the rule so state..

Respectfully
Dale Otis Palmer

This 11th Day of March 2008

DALE OTIS PALMER - 175330
D.C.C. 1181 Paddock Rd Smyrna, Del. 19977

(2)



Envelope:

From:
DALE OTIS PREMER B-U-7
I# 175330    UNIT 33
DELAWARE CORRECTIONAL CENTER
181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal Mail

To:
UNITED STATES DISTRICT COURT
844 N. KING STREET
LOCKBOX # 18
WILMINGTON, DEL   19801