IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DALE OTIS PALMER,

    Plaintiff,

V,

COMMISSIONER: STAN TAYLOR,
WARDEN: THOMAS CARROLL,
MEDICAL DIRECTOR: JAMES WELCH,
ET, AL, Defendants

Civil Action 06-576-SLR

JURY TRIAL DEMAND

FILED MAR 13 2008 U.S. DISTRICT COURT DISTRICT OF DELAWARE

PLAINTIFF DALE PALMER SECOND SET OF INTERROGATORIES DIRECTED TO DEFENDANT IHUOMA CHUKS, RN.

Pursuant to Fed. R. Civ. P. 33 you are hereby requested to answer all interrogatories in full. The answers to interrogatories shall be served to all interested parties within (30) days after service of the attached interrogatories. Pursuant to Fed. R. Civ. P. (26) All interrogatories shall be answered without the disclosure of the mental impressions of the partys attorney or his or her conclusions, opinions, memoranda, notes or summaries, legal research or legal theories. If there is insufficient space to answer any interrogatory, the remainder of the answer shall follow on a supplement sheet.

1) What is the definiton of your stated education and certifications stated in the first response to interrogatories (RN - MSN - ANP-C - GCNS)?
2) What is the name of your previous employers?
3) Have you ever performed duties as head nurse under the title of RN or LPN which required medicating inmates without a doctor onsight?
4) Have you ever written Consultation reports for inmates requesting treatment?
5) Have you ever written referrals for inmates with Chronic conditions?
6) Are you a Chronic Care RN or LPN?
7) Are you Authorized to treat Chronic care patients?

(1)

8) After reviewing the plaintiff medical files do you agree that there is no mention of the plaintiff Genotype?

9) What is the plaintiff Chronic Care status?

10) Do you have access or have you had access to D.C.C. Infirmary records?

11) Have you recieved any training from Correctional Medical Services or The Department Of Corrections in disease control or prevention?

12) What are your primary duties in the infirmary?

13) If I am one of the patients with Hepatitis-B, referred to as Chronic Care what would you say my chances of liver damage would be?

14) After reviewing the plaintiff medical files do you agree that most of the lab results from ordered blood tests are missing?

15) How often are Chronic Care follow-ups?

16) Do Hepatitis B and C together create a severe degree of damage to the liver.

17) What is your medical judgment or recormendations for someone who has had HBV and HCV for 20 years?

18) Why haven't you consulted the plaintiff on any results from any blood test as of this date — see medical files —?

Wherefore the plaintiff submitts his second requests for interrogatories pursuant to Fed. R. Civ. P. No. 33 and seeks the response within (30) days of service as the rule so state..

Respectfully
Dale Otis Palmer

This 11th Day Of March 2008

DALE OTIS PALMER -175330
D.C.C. 1181 PADDOCK RD SMYRNA, DEL. 19977

(2)