IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DALE OTIS PALMER,

   Plaintiff,

V.

COMMISSIONER: STAN TAYLOR

WARDEN: THOMAS CARROLL,

MEDICAL DIRECTOR: JAMES WELCH,

ET, AL Defendants.

Civil Action 06-576-SLR

JURY TRIAL DEMAND

FILED
MAR 13 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

---

PLAINTIFF SECOND SET OF INTERROGATORIES
DIRECTED TO DEFENDANT THOMAS CARROLL   FED.R.CIV.P. 33

PURSUANT TO FED.R.CIV.P. 33 you are hereby requested to answer all Interrogatories in full. The answers to interrogatories shall be served on all interested parties within (30) days after service of the attached interrogatories. Pursuant to Fed. R. Civ. P. (26) all interrogatories shall be answered without disclosure of the mental impressions of the partys attorney or his/her conclusions, opinions, memoranda, notes or summaries, legal research or legal theories. If there is insufficient space to answer any interrogatory, the remainder of the answer shall follow on A supplement sheet.

1) When A inmate is expieranceing inadequate medical treatments wouldn't the wardens office be the right personnel for appropriate actions.

2) What was the Conclusion of previous civil actions in which you were named involving inadequate medical care?

3) What is the department of Corrections Policy in regards to treatment and access to treatments for infectious diseases?

4) Are you still employed by the department of Corrections?

5) What are your employment duties with respects to No (4)?

6) Since you claim that you never recieved any letters from

The plaintiff, then who is responsible for tampering with my mail to you after it was placed in the mail box?

7) As warden did you ever monitor or communicate with inmates who were diagnosed with infectious diseases?

8) As warden were you ever informed of inmates who were diagnosed with infectious diseases?

9) Because you stated I recieved adequate medical treatment in the first set of interrogatories please state the exact treatment I've been given for Hepatitis B and C?

10) Unsafe meaning infectious and tragic meaning life threatning - can you give a response as to why the plaintiff wasn't or isn't being given the chance to to prevent both?

11) The plaintiff has been asking for vaccinations for Hepatitis A and B since 2003 which require (3) sets of vaccinations. He only recieved (2) and has since been denied any further treatment, was this policy when you were warden?

12) Everything asked in the first set of interrogatories accured while you were warden so why did direct all medical questions and concerns to medical personnel?

13) didn't you have a responsibility as warden to provide medical services to all inmates incarcerated here at the Delaware Correctional Center?

(14) As warden did you ever recieve information or statistics about Hepatitis within the Delaware Correctional Center or the dangers it posess?

(15) Since being notified of the current Civil action have you made any effort to assist the plaintiff in recieving treatment while as warden or your new Job.

Respectfully
Dale Otis Palmer

This 11th Day of March 2008

DALE OTIS PALMER #125330
D.C.C. 1181 Paddock Rd. SMYRNA, DEL. 19977

FROM Dale OTIS Palmer
SBI# 225330    UNIT 23
DELAWARE CORRECTIONAL CENTER
181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal
Mail

UNITED STATES DISTRICT COURT
844 N. KING STREET
LOCKBOX #18
WILMINGTON, DEL.
19801