IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DALE OTIS PALMER,

    Plaintiff,

V,

COMMISSIONER: STAN TAYLOR
WARDEN: THOMAS CARROLL
MEDICAL DIRECTOR: JAMES WELCH
ET, AL Defendants.

Civil Action 06-576 SLR

TRIAL BY JURY DEMAND

PLAINTIFF SECOND SET OF INTERROGATORIES DIRECTED
TO DEFENDANT JAMES WELCH   FED. R. CIV. P. 33

Pursuant to Fed. R. Civ. P. 33 you are hereby requested to answer all interrogatories in full. The answers to interrogatories shall be served on all interested parties within (30) days after service of the attached interrogatories. Pursuant to Fed. R. Civ. P. (26) all interrogatories shall be answered without the disclosure of the mental impressions of the partys attorney or his/her conclusions, opinions, memoranda, notes or summaries; legal research or legal theories. If there is insufficient space to answer any interrogatory, the remainder of the answer shall follow on a supplement sheet.

1) As director of health care services can you say that medical treatment has improved at the Delaware Correctional Center?

2) As director of health care what have you done to ensure that Correctional medical services complies with it's contract with the Department of Corrections?

3) Is there a policy that states or acknowledges/establishes procedures as to when and how to treat inmates with infectous diseases?

4) As director of health care do you have knowledge of inadequate treatment being provided by the current medical providers.

5) Have you contacted anyone to assist the plaintiff in recieving the

(1)

medical treatments he has been requesting?

6) Because the plaintiff did not recieve the total (3) sets of Immunizations for Hepatitis A and B how can the infectious disease be discribed as controled?

7) What oversight have you provided to my medical treatment?

8) The plaintiff has Hepatitis B and C and recieves no medications special diets or drinks — Is this how Chronic Diseases are treated?

9) Although you may not respond to individual letters, you do read them Correct in order to know where to forward inmate Concerns Correct?

10) As director of Health Care Have you attended staff training or staff meetings between Correctional Medical Services and The Department of Corrections?

11) Does your religious belief conflict with medical treatments or medications?

12) Why is your Job as Director of Health services needed if you do not answer any inmate medical Concerns or make reasonable efforts to properly administer required treatments that will otherwise cause harm and future injury?

13) Is it medical policy that A chronic Care patient has to remind medical staff to see him/her for Chronic Care follow-up?

14) As director of Health Care Can you honestly say that (3) sick-call in (1) month and still not being seen is adequate medical Care for Chronic disease Management?

15) Are you A registered Nurse?

Wherefore the plaintiff submitts his second requests for Interrogatories pursuant to Fed.R.Civ P. 33 and seeks the defendants response within (30) days of service as the rule so state.

This 11th Day of March 2008

Respectfully
Dale Otis Palmer

DALE OTIS PALMER #175330
D.C.C. 1181 Paddock Rd SMYRNA, DEL.
19977

(2)