IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DALE OTIS PALMER,
    Plaintiff,

V.

COMMISSIONER: STAN TAYLOR
WARDEN: THOMAS CARROLL
MEDICAL DIRECTOR: JAMES WELCH

Civil Action 06-576-SLR

FILED
MAR 13 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

TRIAL BY JURY DEMAND

---

**PLAINTIFF SECOND SET OF REQUEST FOR PRODUCTION OF DOCUMENTS DIRECTED TO DEFENDANT - THOMAS CARROLL**

Pursuant to Fed.R.Civ.P. 34 you are hereby requested to produce the below listed documents and/or items for purposes of discovery. This material will be examined and/or photo-copied; said documents and items are to be produced to DALE OTIS PALMER at The Delaware Correctional Center 1181 Paddock Rd Smyrna, Del. 19977 and supplemented thereafter in accordance with the rules of civil Procedure.

If any document required to be produced by this request is claimed by you not to be discoverable because it is privileged for any reason, then each document should be identified in your response by date, sender, recipient, persons to whom copies have been furnished, and subject matter, and basis for the claim of privilege or other reason should be stated in your response.

1) Any and all statements, descriptions of statements, summaries of statements, memoranda, records or writing (signed or unsigned) of any and all witnesses, including any statements from the parties herein, or their respective agents, servants or employees, including tapes or other mechanically transcribed information.

2) All photographs, recordings, films, charts, sketches, graphs and diagrams taken and/or prepared.

3) Any and all reports compiled or prepared by an individual who has been retained as an expert in this matter.

4) The names, home and buisness addresses of all experts contacted.

5) All writings, memoranda, date and/or tangible things which related directly or indirectly to the incident and damages set forth in the Plaintiffs Complaint.

6) Any and all documents, records, evidence and anything whatsoever which will be introduced at trial for use in direct examination or inpeachment.

7) Any document the defendant has read, or any thing the defendant has read, or referred to in preparation of any pleadings in the instant case.

8) Any and all rules, regulations, and policies of the Delaware Correctional Center or Department Of Corrections about treatment of prisoners with Hepatitis B and C.

9) Name and case number of all previous cases filed naming you as A defendant.

Wherefore the plaintiff submitts this second request for production of documents pursuant to Fed. R. Civ. P. 34

Respectfully
Dale Otis Palmer

This 11th Day of March 2008

DALE OTIS PALMER #175330
D.C.C. 1181 Paddock Rd Smyrna, Del.
19977