IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DALE OTIS PALMER,

    Plaintiff,

V.

COMMISSIONER: STAN TAYLOR,
WARDEN: THOMAS CARROLL,
MEDICAL DIRECTOR: JAMES WELCH,
ET, AL,   Defendants.

Civil Action 06-576-SLR

TRIAL BY JURY DEMAND

PLAINTIFF SECOND SET OF REQUEST FOR PRODUCTION OF
DOCUMENTS DIRECTED TO DEFENDANT - JAMES WELCH

Pursuant to Rule 34 of the Federal District Court Rules of Civil Procedure, you are hereby requested to produce the below listed documents and/or items for purposes of discovery. This material will be examined and/or photocopied; said documents and items are to be produced to DALE OTIS PALMER at The Delaware Correctional Center 1181 Paddock Rd, Smyrna, Del. 19977 and supplemented thereafter in accordance with the Rules of Civil Procedure. If any document required to be produced by this request is claimed by you not to be discoverable because it is privileged for any reason, Then each document should be identified in your response by date, sender, recipient, persons to whom copies have been furnished, and subject matter, and basis for the claim of privilege or other reason should be stated in your response.

1). Any and all statements, descriptions of statements, summaries of statements, memoranda, records or writing (signed or unsigned) of any and all witnesses, including any statements from the parties herein, or their respective agents, servants or employees, including tapes or other mechanically transcribed information.

2) All photographs, recordings, films, charts, sketches, graphs and diagrams taken and/or prepared.

3) Any and all reports compiled or prepared by an individual who has been retained as an expert in this matter.

4) The names, home and buisness addresses of all experts contacted.

5) All writings, memoranda, date and/or tangible things which related directly or indirectly to the incident and damages set fort in the plaintiffs Complaint.

6) Any and all documents, records, evidence and anything whatsoever which will be introduced at trial for use in direct examination or impechment.

7) Any document or thing the defendant has read or referred to in preparation of any pleadings in the instant case.

8) Name and Case Number of all previous cases filed naming you as a defendant.

Wherefore the plaintiff submitts this second request for production of documents pursuant to Fed. R. Civ. P. 34.

This 11th Day of March 2008

Respectfully
Dale Otis Palmer
DALE OTIS PALMER #175330
D.C.C. 1181 Paddock Rd Smyrna, Del.
19977

## Certificate of Service

I, _Dale Otis Palmer_, hereby certify that I have served a true And correct cop(ies) of the attached: _Interrogatories and request for production of documents_ upon the following parties/person (s):

TO: _CATHERINE DAMAVANDI_
_CARVEL STATE BUILDING_
_820 N. FRENCH STREET_
_6TH FLOOR_
_WILMINGTON, DEL. 19801_

TO: _U.S. DISTRICT COURT_
_OFFICE OF THE CLERK_
_844 N. KING STREET_
_LOCKBOX #18_
_WILMINGTON DEL 19801_

TO: _MEGAN MANTZAVINOS_
_EILEEN FORD_
_913. N. MARKET STREET_
_8TH FLOOR_
_WILMINGTON, DEL 19801_

TO: _____

BY PLACING SAME IN A SEALED ENVELOPE, and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this _11th_ day of _March_, 200_8_

_Dale Otis Palmer_