IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DALE OTIS PALMER,

    Plaintiff

V.

COMMISSIONER: STAN TAYLOR

WARDEN: THOMAS CARROLL

MEDICAL DIRECTOR: JAMES WELCH,

ET, AL.    Defendants.

Civil Action 06-576-SLR

TRIAL BY JURY DEMAND

FILED MAR 13 2008 U.S. DISTRICT COURT DISTRICT OF DELAWARE

## PLAINTIFF DALE PALMER SECOND SET OF REQUEST FOR PRODUCTION OF DOCUMENTS DIRECTED TO DEFENDANTS IHUOMA CHUKS AND FREDRICK VANDUSEN

Pursuant to Fed. R. Civ. P. 34 you are hereby requested to produce the below listed documents and/or items for purposes of discovery. This material will be examined and/or reproduced. Said documents and items are to be produced to DALE Otis PALMER at D.C.C. 1181 Paddock Rd Smyrna, Del. 19977, and supplemented thereafter in accordance with the Fed R. Civ. P. . If any document required to be produced by this request is claimed not discoverable because it is privileged, then each such document should be identified in your response by date, sender, recipient, persons to whom copies have been furnished and subject matter, and the basis for the claim of privilege.

1) Any and all statements, memoranda, records or writings signed or unsigned including any statements from the parties herein, or their respective agents, servants or employees, including tapes or other mechanically transcribed information.

2) All photographs, recordings, films, charts sketches, graphs and diagrams taken or prepared.

3) Any and all Reports compiled by an individual who has been trained as an expert in this matter.

(1)

4) The names, home and buisness addresses of all expert contacts.

5) All writings memoranda, date and tangible things which relates directly to the incident and damages set forth in the plaintiffs Complaint.

6) Any and all documents, records, evidence and anything whatsoever which will be introduced at trial for use in direct examination or inpeachment.

7) Any documents the defendants has read or referred to in preparation of any pleadings in the instant case.

8) All lab results and Consultations from 2003 to the current date.

9) Name and docket numbers of all previous case's filed against you.

10) Any and all documents relating to prison medical staff training aswell as education and Correctional Medical Services staff training.

11) State the name and address of any expert you expect to call to testify and the subject matter facts and opinions which the expert is expected to testify.

Wherefore the plaintiff submitts this second request for production of documents pursuant to Fed. R. Civ. P. 34 due to the defendants noncompliance to the Plaintiff first set of requests.

This 11th Day of March 2008

Respectfully Submitted
Dale Otis Palmer
DALE OTIS PALMER #175330
D.C.C. 1181 Paddock Rd Smyrna, Del. 19977

## Certificate of Service

I, **Dale Otis Palmer**, hereby certify that I have served a true And correct cop(ies) of the attached: **Interrogatories and request for production of documents** upon the following parties/person (s):

TO: **U.S. DISTRICT COURT
OFFICE OF THE CLERK
844 N. KING STREET
LOCKBOX #18
WILMINGTON, DEL 19801**

TO: **EILEEN FORD
MEGAN MANTZAVINOS
913 W. MARKET STREET
8TH FLOOR
WILMINGTON, DEL.
19801**

TO: **CATHERINE DAMAVANDI
CARVEL STATE BUILDING
820 N. FRENCH STREET
6TH FLOOR
WILMINGTON, DEL. 19801**

TO: _____

BY PLACING SAME IN A SEALED ENVELOPE, and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this **11th** day of **March**, 200**8**

_Dale Otis Palmer_