To:

EILEEN M. FORD, ESQ

MARKS, O'NEILL, O'BRIEN & COURTNEY, P.C.

SUITE 800

913 N. MARKET STREET

WILM, DEL. 19801



Re: DALE OTIS PALMER V. COMMISSIONER STAN TAYLOR, et. al.

C.A. NO# 06-576-SLR

Dear Ms. Ford,

In response to your letter to me 3/19/08 - it appears that I had the wrong understanding of Federal Rule 33 of the civil procedures and, with respects to your letter I'm making the following corrections... As to defendant Fredrick Vandusen I am asking that he only respond to (1) interrogatory in the second set of requests. That interrogatory being NO# (5). As to defendant Ihuoma Chuks I am asking that she answers NO# (5) and (7). This correction however do not stop or conflict with the requested production of documents filed also with the second set of requests for interrogatories. Neither defendants have handed over any of the plaintiffs requested materials listed under production of documents. The plaintiff states that under rule 34 of the F.R.C.P. he is entitled to discovery. With respects to all parties

Very Truely Yours

DALE OTIS PALMER - Pro'se - 175330

D.C.C. UNIT MHU#23

1181 Paddock Rd Smyrna, Del. 19977

_Dale Otis Palmer_

This 24th Day of March 2008

TO:

CATHERINE C. DAMAVANDI

STATE OF DELAWARE

DEPT OF JUSTICE STATE OFFICE BUILDING

820 N. FRENCH ST.

WILMINGTON, DEL. 19801

Re: DALE OTIS PALMER V. COMMISSIONER STAN TAYLOR, et.al.
C.A. NO# 06-576-SLR

Dear Ms. Damavandi,

It appears that I have had the wrong understanding of Federal Rule 33 of the civil procedures and with respects to both defendants - Thomas Carroll and James Welch I am making the request for the following changes to the second set of requests for interrogatories. That defendant Thomas Carroll only answer Interrogatory No# (14) of the second set of requests and, that defendant James Welch disregard the request for Interrogatories.

This correction however do not stop or conflict with the request for production of documents filed also with the second set of requests for Interrogatories. Neither defendants have handed over any of the plaintiff requests formally sought (materials - documents-) and things listed under production of documents. The Plaintiff states that persuant to Fed.R.Civ.P 34 that he is entitled to discovery.     With Respects to all parties

This 24th Day Of March 2008

Very Truely Yours

Dale Otis Palmer

DALE OTIS PALMER - Pro'se 175330
D.C.C. Unit M.H.U. 23
1181 Paddock Rd Smyrna, Del.
19977

## Certificate of Service

I, _DALE OTIS PALMER_, hereby certify that I have served a true And correct cop(ies) of the attached: _(letter) and (response), requesting changes in regards to request for interrogatories_ upon the following parties/person (s):

TO: _UNITED STATES DISTRICT COURT_

_844 N. KING STREET, LOCKBOX #18_

_WILMINGTON, DEL. 19801_

TO: _EILEEN M. FORD_

_MARKS-O'NEILL-O'BRIEN & COURTNEY_

_SUITE 800_

_913 N. MARKET STREET_

_WILMINGTON, DEL 19801_

TO: _CATHERINE C. DAMAVANDI_

_DEPARTMENT OF JUSTICE_

_STATE OFFICE BUILDING_

_820 N. FRENCH STREET_

_WILMINGTON, DEL. 19801_

TO: _____

BY PLACING SAME IN A SEALED ENVELOPE, and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this _24th_ day of _March_, 200_8_.

_Dale Otis Palmer Pro se_

I/M DALE OTIS PALMER - Pro/Se
SBI# 125330      UNIT MHU #23
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal
Mail

WILMINGTON DE 197
25 MAR 2008 PM 4 T

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
844 N. KING STREET
LOCKBOX #18
WILMINGTON, DEL.       19801