IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DALE OTIS PALMER, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C. A. No. 06-576-SLR |
| | : | |
| COMMISSIONER STAN TAYLOR, | : | |
| WARDEN THOMAS CARROLL, and | : | |
| MEDICAL DIRECTOR JAMES WELCH, | : | |
| | : | |
| Defendants. | : | |

**DEFENDANTS FREDERICK VANDUSEN, M.D. AND IHUOMA CHUK'S
RESPONSES TO PLAINTIFF'S SECOND SET OF
<u>REQUEST FOR PRODUCTION OF DOCUMENTS</u>**

1.   Any and all statements, memoranda, records or writings signed or unsigned including any statements from the parties herein, or their respective agents, servants or employees, including tapes or other mechanically transcribed information.

**RESPONSE:   Objection.   This request is overly broad and vague and fails to describe the items or documents sought with reasonable particularity.   Furthermore, Defendants Chuks and VanDusen are named in their individual capacity and to the extent the information sought are records kept in the ordinary course of business of their employer, Correctional Medical Services, Inc., (CMS), Defendants have no authority to obtain said documents.   Without waiving any objections, Defendants respond: That Plaintiff received a complete set of medical records (DI 42) from Defendants in August 2007 when they responded to Plaintiff's motion for preliminary injunction (DI 40).   To the extent that Plaintiff seeks additional records from August 2007 to date, said records are not**

within the personal possession or control of answering Defendants. By way of further response, with respect to their individual capacity, Defendants state that no such documents exists in their personal possession.

2. All photographs, recordings, films, charts sketches, graphs and diagrams taken or prepared.

**RESPONSE:** See response to #1 above.

3. Any and all reports compiled by an individual who has been trained as an expert in this matter.

**RESPONSE:** Objection insofar as this request seeks information that is irrelevant, overly-broad and not reasonably calculated to lead to admissible information. Without waiving objections and subject thereto, experts will be disclosed pursuant to a Scheduling Order, along with the experts' CVs. By way of further response, to date, no experts have been retained. Defendants further respond that Defendants are medically trained in their respective fields, and to the extent needed, they will be providing testimony relating to Plaintiff's treatment in connection with their respective defenses. Plaintiff already has the contact information for the Defendants.

4. The names, home and business addresses of all expert contacts.

**RESPONSE:** See response to #3 above.

5. All writings memoranda, date and tangible things which relates directly to the incident and damages set forth in the plaintiff's Complaint.

**RESPONSE:** See response to # 1 above.

{DE105143.1}

6. Any and all documents, records, evidence and anything whatsoever which will by introduced at trial for use in direct examination or impeachment.

**RESPONSE: See response to #1 above. By way of further response, Defendants attach a copy of the medical grievances #18388, 18386 and 126085 received, to date, from the Department of Corrections. Defendants will continue to supplement this response in the event additional documents are discovered with respect to this request.**

7. Any documents the defendants have read or referred to in preparation of any pleadings in the instant cases.

**RESPONSE: See response to # 1 above. By way of further response, Defendants have referred to the pleadings already in the possession of Plaintiff in this case.**

8. All lab results and consultations from 2003 to the current date.

**RESPONSE: Objection. This request is overly-broad and unduly burdensome and seeks information that is irrelevant and not reasonably calculated to lead to admissible information, as well as information that may be obtained from other sources than answering Defendants. Subject to and without waiving said objection, Defendants respond: See response to # 1 above.**

9. Name and docket numbers of all previous cases filed against you.

**RESPONSE: Objection. This request is overly-broad and unduly burdensome and seeks information that is irrelevant and not reasonably calculated to lead to admissible information, as well as information that may be obtained from other sources than answering Defendants.**

10. Any and all documents relating to prison medical staff training as well as education and Correctional Medical Services staff training.

{DE105143.1}

**RESPONSE: See response to # 1 above.**

11. State the name and address of any expert you expect to call to testify and the subject matter facts and opinions which the expert is expected to testify.

**RESPONSE: See response to #3 above.**

        As to objections:

        ***/s/ Eileen M.Ford***
Megan Mantzavinos, Esquire (ID No. 3802)
Eileen M. Ford, Esquire (ID No. 2870)
Marks, O'Neill, O'Brien & Courtney, P.C.
913 North Market Street, #800
Wilmington, DE 19801
(302) 658-6538
*Attorney for Defendant Chuks and VanDusen*

Dated: 4/10/08

{DE105143.1}

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DALE OTIS PALMER, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : C. A. No. 06-576-SLR |
| | : |
| COMMISSIONER STAN TAYLOR, | : |
| WARDEN THOMAS CARROLL, and | : |
| MEDICAL DIRECTOR JAMES WELCH, | : |
| | : |
| Defendants. | : |

**CERTIFICATE OF SERVICE**

I, **Eileen M. Ford, Esquire**, hereby certify that on **April 10, 2008,** I electronically filed **DEFENDANTS FREDERICK VANDUSEN, M.D. AND IHUOMA CHUK'S RESPONSES TO PLAINTIFF'S SECOND SET OF REQUEST FOR PRODUCTION OF DOCUMENTS** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following: Catherine Damavandi, Esquire I have served via first class mail two copies of the foregoing to the Pro Se Plaintiff:

Inmate Dale Otis Palmer, *Pro Se*
SBI #175330
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977
Via First Class US Mail

Date: April 10, 2008

*/s/ Eileen M.Ford*
Eileen M. Ford, Esquire (ID No. 2870)
Marks, O'Neill, O'Brien & Courtney, P.C.
913 North Market Street, #800
Wilmington, DE 19801
*Attorney for Defendants*

{DE106562.1}