**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| DALE OTIS PALMER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 06-576-SLR |
| | ) | |
| COMMISSIONER STAN TAYLOR, | ) | JURY TRIAL REQUESTED |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS CARROLL AND WELCH'S RESPONSE TO PLAINTIFF'S
REQUEST FOR PRODUCTION OF DOCUMENTS**

Thomas Carroll and James Welch,  ("State Defendants") hereby respond to

Plaintiff's Request for Production of Documents ("Request for Production"):

**<u>GENERAL OBJECTIONS</u>**

1.      State Defendants object to the Request for Production to the extent that it

seeks information or documents protected from disclosure by the attorney-client

privilege, the work product doctrine, or any other applicable privilege.

2.      State Defendants object to the Request for Production to the extent that it

purports to require supplementation of these responses beyond that required by Federal

Rule of Civil Procedure 26(e).

3.      State Defendants object to the Request for Production to the extent that it

purports to place duties upon them not set forth in, or contemplated by, the Federal Rules

of Civil Procedure.

4.      State Defendants object to the Request for Production to the extent that it

purports to seek information or documents not in their possession, custody or control.

5.      State Defendants object to the Request for Production to the extent that it

seeks the production of documents equally available to Plaintiff or Plaintiff's counsel. Such documents will be identified by Defendants, but will not be produced.

6.     State Defendants object to the Request for Production to the extent that it purports to require production of information or documents which are impractical or unduly burdensome to reproduce.

7.     State Defendants object to the Request for Production to the extent that it seeks the production of documents generated by or received from counsel for Defendants in connection with this litigation on or after the date of the acceptance of representation on the grounds that such documents are protected by attorney-client and work product privileges.

## **RESPONSES**

Subject to, and without waiver of the foregoing General Objections State Defendants respond, after a reasonable search, and subject to supplementation, as follows:

1.     Any and all statements, descriptions of statements, summaries of statements, memoranda, records or writing (signed or unsigned) of any and all witnesses, including any statements from the parties herein or their respective agents, servants or employees including tapes or other mechanically transcribed information.

**RESPONSE:**  Objection.  Defendants have no other responsive documents in their possession other than those previously produced by medical co-defendants, or documents already in the possession of the Plaintiff.

2.     All photographs, recordings, films, charts, sketches, graphs and diagrams taken and/or prepared.

**RESPONSE:** Objection. This request is vague and ambiguous, fails to request any specific document, and asks for documents protected by the attorney-client and work product privileges.

      3.    Any and all reports compiled or prepared by an individual who has been retained as an expert in this matter.

**RESPONSE:** Objection. Defendants have not hired an expert.

      4.    The names, home and business addresses of all experts contacted.

**RESPONSE:** See Response to Interrogatory No. 3.

      5.    All writings, memoranda, date and/or tangible things which related directly or indirectly to the incident and damages set forth in plaintiff's complaint.

**RESPONSE:** Objection. This request is vague and ambiguous, and fails to request any specific document. Without waiving this objection, Defendants have no other responsive documents in their possession other than those previously produced by medical co-defendants, or documents already in the possession of the Plaintiff.

      6.    Any and all documents, records, evidence and anything whatsoever which will be introduced at trial for use in direct examination or impeachment.

**RESPONSE:** Documents known to date have been produced. The factual investigation of this case is ongoing and Defendants reserve the right to supplement their responses if further documents are identified, as required by the Federal Rules of Civil Procedure.

      7.    Any document or thing the defendant has read or referred to in preparation of any pleadings in the instant case.

**RESPONSE:** Objection. This request asks for documents protected by the attorney-client and work product privileges.

8.     Name and case number of all previous cases filed naming you as a defendant.

**RESPONSE:** Objection.  This Request is vague, overly broad, unduly burdensome, and not reasonably calculated to lead to the discovery of admissible evidence.  This Request asks for information beyond the scope of Rule 26.

<div style="margin-left: 50%;">

**DEPARTMENT OF JUSTICE**
**STATE OF DELAWARE**

/s/ Catherine Damavandi_____
Catherine Damavandi (ID # 3823)
Deputy Attorney General
Delaware Department of Justice
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
catherine.damavandi@state.de.us
(302) 577-8400
Attorney for State Defendants

</div>

Dated:  April  15, 2008

### CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2008, I electronically filed *State Defendants Tom Carroll and James Welch's Response to Plaintiff's Request for Production of Documents* with the Clerk of Court using CM/ECF which will send notification to Megan Trocki Mantzavinos, Esquire,  and Ryan M. Ernst, Esquire.  I hereby certify that on, April 15, 2008, I have mailed by United States Postal Service, the document to the following non-registered party:


      Dale Otis Palmer
      SBI #175330
      Delaware Correctional Center
      1181 Paddock Road
      Smyrna, DE  19977


                                  /s/ Catherine Damavandi
                                  Catherine Damavandi (ID # 3823)
                                  Deputy Attorney General
                                  Delaware Department of Justice
                                  Carvel State Office Building
                                  820 N. French Street, 6th Floor
                                  Wilmington, DE 19801
                                  Catherine.Damavandi@state.de.us
                                  (302) 577-8400
                                  Attorney for State Defendants