IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DALE OTIS PALMER, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : C. A. No. 06-576-SLR |
| | : |
| COMMISSIONER STAN TAYLOR, | : |
| WARDEN THOMAS CARROLL, and | : |
| MEDICAL DIRECTOR JAMES WELCH, | : |
| | : |
| Defendants. | : |

**DEFENDANTS FREDERICK VANDUSEN, M.D. AND IHUOMA CHUK'S <u>SUPPLEMENTAL</u> RESPONSES TO PLAINTIFF'S SECOND SET OF REQUEST FOR PRODUCTION OF DOCUMENTS**

COMES NOW, Frederick VanDusen, M.D. and Ihuoma Chuks, by and through their undersigned counsel to hereby submit supplemental responses to Plaintiff's Second Set of Request for Production of Documents as follows:

6.  Any and all documents, records, evidence and anything whatsoever which will by introduced at trial for use in direct examination or impeachment.

**RESPONSE:  See response to #1 above.  By way of further response, Defendants attach a copy of the medical grievances #18388, 18386 and 126085 received, to date, from the Department of Corrections.   Defendants will continue to supplement this response in the event additional documents are discovered with respect to this request.   <u>This supplement produces the complete set of documents in connection with Grievance #126085, which the undersigned received after the filing initial responses at DI 104</u>.**

{DE106837.1}

As to objections:

***/s/ Eileen M.Ford*** 
Megan Mantzavinos, Esquire (ID No. 3802)
Eileen M. Ford, Esquire (ID No. 2870)
Marks, O'Neill, O'Brien & Courtney, P.C.
913 North Market Street, #800
Wilmington, DE 19801
(302) 658-6538
*Attorney for Defendant Chuks and VanDusen*

Dated:  4/17/08

{DE106837.1}

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DALE OTIS PALMER, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | :    C. A. No. 06-576-SLR |
| | : |
| COMMISSIONER STAN TAYLOR, | : |
| WARDEN THOMAS CARROLL, and | : |
| MEDICAL DIRECTOR JAMES WELCH, | : |
| | : |
| Defendants. | : |

## CERTIFICATE OF SERVICE

I, **Eileen M. Ford, Esquire**, hereby certify that on **April 17, 2008,** I electronically filed **DEFENDANTS FREDERICK VANDUSEN, M.D. AND IHUOMA CHUK'S SUPPLEMENTAL RESPONSES TO PLAINTIFF'S SECOND SET OF REQUEST FOR PRODUCTION OF DOCUMENTS** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following: Catherine Damavandi, Esquire I have served via first class mail two copies of the foregoing to the Pro Se Plaintiff:

Inmate Dale Otis Palmer, *Pro Se*
SBI #175330
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977
Via First Class US Mail

Date: April 17, 2008

*/s/ Eileen M.Ford*
Eileen M. Ford, Esquire (ID No. 2870)
Marks, O'Neill, O'Brien & Courtney, P.C.
913 North Market Street, #800
Wilmington, DE 19801
*Attorney for Defendant Chuks and VanDusen*

{DE107123.1}