# SEALED DOCUMENT

{DE103584.1}