IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DALE OTIS PALMER, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | C. A. No. 06-576-SLR |
| : | |
| COMMISSIONER STAN TAYLOR, : | |
| WARDEN THOMAS CARROLL, and : | |
| MEDICAL DIRECTOR JAMES WELCH, : | |
| : | |
| Defendants. : | |

### REDACTED DOCUMENT NOTICE

PLEASE TAKE NOTICE that no redacted documents of the Sealed Documents (DI 110) will be submitted to the Court.

|  |  |
|---|---|
|  | */s/ Eileen M.Ford* |
|  | Eileen M. Ford, Esquire (ID No. 2870) |
|  | Marks, O'Neill, O'Brien & Courtney, P.C. |
|  | 913 North Market Street, #800 |
|  | Wilmington, DE 19801 |
| Date: April 18, 2008 | *Attorney for Defendants* |

{DE107199.1}

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DALE OTIS PALMER, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C. A. No. 06-576-SLR |
| | : | |
| COMMISSIONER STAN TAYLOR, | : | |
| WARDEN THOMAS CARROLL, and | : | |
| MEDICAL DIRECTOR JAMES WELCH, | : | |
| | : | |
| Defendants. | : | |

## CERTIFICATE OF SERVICE

I, **Eileen M. Ford, Esquire**, hereby certify that on **April 18, 2008,** I electronically filed **Redacted Document Notice** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following: Catherine Damavandi, Esquire I have served via first class mail two copies of the foregoing to the Pro Se Plaintiff:

Inmate Dale Otis Palmer, *Pro Se*
SBI #175330
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977
Via First Class US Mail

Date: April 18, 2008

*/s/ Eileen M.Ford*
Eileen M. Ford, Esquire (ID No. 2870)
Marks, O'Neill, O'Brien & Courtney, P.C.
913 North Market Street, #800
Wilmington, DE 19801
*Attorney for Defendants*

{DE107201.1}