IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DALE OTIS PALMER,
    Plaintiff,
v.                                          Civil Action NO 06-576-SLR
COMMISSIONER: STAN TAYLOR
    et al. Defendants.              TRIAL BY JURY DEMAND

PURSUANT TO F.R.C.P. 26 AND 34 DISCOVERY OF DOCUMENTS AND INFORMATION - (SUPPLEMENTAL RESPONSES)

Now comes the plaintiff Dale Palmer who is Pro'se and with respects to all named defendants hereby files the attached documents in support of his claims of inadequate medical care and violation of his (8) eighth amendment and (14) fourteenth amendment rights "citing" Cruel and unusual punishment and also deliberate indifference to his serious medical need where Medical personel and prison official knew of his medical need and refused to provide it,[1] Have delayed the plaintiff from recieving any medical treatments [2] And have prevented the plaintiff from recieving any treatments.[3] It is established in law that to act with deliberate indifference to A substantial risk of serious harm to A prisoner is the equivalent of recklessly disregarding the risk. The plaintiff submitts the attached documents in support of his case and that the document reflect the need of treatment.

                                    Respectfully SUBMITTED
                                    Dale Otis Palmer

THIS 21ST DAY OF April            DALE OTIS PALMER 175330 MHU F23
        2008                       DCC 1181 Paddock Rd Smyrna, Del. 19977



**National Institutes of Health**
**National Center for Complementary and Alternative Medicine (NCCAM)**
**NCCAM Clearinghouse**

# Hepatitis C: Treatment Alternatives



The Amount of "Rigorous Research" About This Topic

**3 — Extensive Research:** Numerous high-quality, scientific studies have been done, including clinical trials and other research published in major peer-reviewed journals. Reliable scientific information is available.

**2 — Some Research:** Some good quality, scientific studies have been published in peer-reviewed journals. Some reliable scientific information is available.

**1 — Limited Research:** A small number of scientific studies have been done, but few have been published in peer-reviewed journals. Some scientific information may be available.

**0 — No Research:** No scientific studies have been done. No scientific information is available.

**Notes:**

The above levels of research are based on the amount of published, rigorous clinical research conducted or sponsored by the NCCAM, other Institutes and Centers of the NIH, and other biomedical research institutions in the United States and internationally.

Treatments described in this publication are experimental. Always discuss any new treatment options with your health care provider.

See the last page for more information about the levels of science listed above.

Hepatitis C is a serious communicable (contagious) disease of the liver that is caused by the hepatitis C virus (HCV). Hepatitis C and its implications were identified only recently. There still is much to learn about the disease, the virus that causes it, and treatment options—both conventional and alternative.

About 3 million Americans are infected with HCV, and many of them do not even know they have it. Other forms of viral hepatitis usually resolve without treatment. But most people with HCV—85 percent—develop chronic (frequent or long-lasting) hepatitis C. The majority of people infected with HCV show no symptoms for up to 20 to 30 years. During that time, though, the infection may be slowly damaging the person's liver.

The virus can be found in a number of organs of the body. However, the infection is spread mainly by contact with the blood of an infected person. Once a person is infected, the body's immune (disease-fighting) system cannot combat the virus very well.

Most people with chronic hepatitis C develop long-term liver disease, which interferes with the liver's ability to work properly. Some patients eventually develop cirrhosis (scarring of the liver); some get liver cancer; and some even die from liver disease.

Repeated injections of regular ("conventional") drugs, like interferon, currently available to treat chronic hepatitis C get rid of the virus only in approximately 30 to 40 percent of infected people. In addition, these drugs can produce unbearable side effects. So, many people are looking to complementary and alternative therapies for help.

## Alternative Care

No complementary medicine or alternative medicine therapies have been scientifically proven to cure or even ease symptoms of hepatitis C.

However, some people are turning to herbs for relief. They use herbs either to help with hepatitis itself or to deal with side effects of interferon. These harmful side effects can include: sudden hearing loss; anemia and other forms of low blood cell counts; headaches; heart, eye, liver, or kidney problems; and disorders of the mind,

including depression. Among potential herbal therapies (including licorice root, ginseng, ginger, and St. John's wort) for hepatitis C, the most promising alternative treatment seems to be the herb commonly called milk thistle.

Preliminary studies in animals show that milk thistle may help protect the liver from injury by a variety of toxins ("poisons" such as drugs, viruses, alcohol, radiation, and poisonous mushrooms) and limit the damage from them.[1,2] To date, the most reliable, and also quite preliminary, studies on people show that milk thistle does not cure liver disease, but that it may improve the way the liver works in patients with cirrhosis.[1] However, there is no current evidence to indicate that milk thistle directly affects HCV.

In Germany, where many herbs are regulated and prescribed like drugs, health authorities have approved milk thistle as a complementary treatment (given in addition to conventional drugs) for cirrhosis, hepatitis, and similar liver conditions.[2] But a great deal of research still is needed before this alternative therapy could be considered a standard treatment option in the United States.

## Milk Thistle

Milk thistle originally is from Europe, but now it also is grown in the United States. Its scientific name is *Silybum marianum*. The ingredient that experts believe is responsible for its medicinal qualities is called silymarin. Silymarin is found in the fruits of the milk thistle plant. Studies in animals have shown that this active ingredient promotes the following activities:

**Liver Cell Growth**—Silymarin appears to promote the growth of some types of cells in the liver.[1,2]

**Antioxidation**—Silymarin may be an effective "antioxidant," which means it may help fight a destructive chemical process in the body known as "oxidation." In oxidation, harmful substances produced in the body (called free radicals) can damage cells. Some studies suggest that silymarin can prevent these substances from damaging liver cells.[1,3,4]

**Antihepatotoxic Activity**—Studies suggest that silymarin can block various types of toxins from entering and injuring liver cells.[1,2,5]

**Inflammation Inhibition**—Silymarin is thought to prevent inflammation (swelling) of the liver; this may be described as displaying anti-inflammatory properties.[1]

Milk thistle is not used to prevent HCV from causing liver disease. Rather, it is used with the hope that it would minimize the damage to the liver that HCV can cause.

## Studies of Milk Thistle in People

Although studies in animals provide a good deal of information on potential new treatments, studies in humans are needed before it can be determined if these therapies are appropriate, safe, and effective in people. The most rigorous type of study to establish a scientific basis for use of a new therapy in people is a randomized, double-blind, placebo-controlled (RDBPC) trial.

Although not focused primarily on HCV disease, the most relevant existing research data regarding milk thistle's use as a therapy for hepatitis comes from two RDBPC trials of silymarin's effects on cirrhosis.[1] The two studies produced conflicting results.

The first, reported in 1989, examined 170 patients with cirrhosis from various causes, including alcohol abuse.[6] Approximately half (87) of the patients received silymarin (140 milligrams 3 times a day for 2 years). The others (83 patients) received a placebo. Because 24 patients dropped out of the study, a total of 146 patients (73 in each group) finished the 2-year study.



# All About Hepatitis C

Home: About Hepatitis C > What Is Hepatitis C?

## What Is Hepatitis C?

Hepatitis C is a liver disease that is caused by the hepatitis C virus (HCV). The virus enters the liver cells, uses the cell's inner genetic machinery to make copies of itself, which then infect more cells. In about 15% of cases, hepatitis C infection is acute, meaning it is cleared spontaneously by the body and there are no long-term consequences. Unfortunately, in the majority of cases (85%), the infection becomes chronic and slowly damages the liver over many years. Over time, this liver damage can lead to cirrhosis (or scarring) of the liver, end-stage liver disease, and liver cancer.

In the United States alone, hepatitis C affects about 4 million people, making it much more common than HIV infection. In fact, hepatitis C is the most common bloodborne infection in the United States.

### Hepatitis C Transmission
Hepatitis C is spread through exposure to HCV-infected blood—this may occur through IV drug use, a transfusion with HCV-infected blood, contaminated hemodialysis equipment, high-risk sexual behavior, needlestick injuries, contaminated tattooing or body piercing equipment, and in other ways. If you think you or someone you know might be at risk for hepatitis C, find out about getting tested.

### Hepatitis C Symptoms
People with hepatitis C infection usually do not have characteristic disease symptoms. Unlike other forms of viral hepatitis, hepatitis C infection usually does not result in jaundice. When symptoms do appear, they may be vague and include tiredness, stomach pain, and rash. Because HCV infection often has no symptoms, many people do not know they have hepatitis C and may be infecting others. The only way to know whether you have hepatitis C is to get a blood test for hepatitis C.

**Hep C Quick Risk Check**
If you answer yes to any of the following questions, you may want to ask your doctor about getting tested for hepatitis C.

- Have you injected illegal drugs, even once?
- Have you had a blood transfusion before 1992?
- Have you undergone hemodialysis?
- Do you have multiple sexual partners?
- Do you have a tattoo or body piercing?
- Have you been exposed to blood in your workplace?

**Related Articles**
- Hepatitis C Causes
- How Is It Spread?
- Hepatitis C Symptoms
- Consequences
- Hepatitis C In Relationship To Other Diseases

**SEARCH All About Hepatitis C**

- About Hepatitis C
- Getting Tested
- Getting Treated
- Living with Hepatitis C
- Resources
- Video Library

▶ GLOSSARY
Click here for full site glossary

- print this page
- e-mail this page to a friend
- see a video about this page topic

**Related Articles**
- Hepatitis C Causes
- How Is It Spread?
- Hepatitis C Symptoms
- Consequences
- Hepatitis C In Relationship To Other Diseases



**Your Personal Advisor**

By signing-up, you gain access to your personal advisor, a tool that will help identify your needs and find the answers to your questions on this Web site.

Signing-in is fast & non-intrusive. We care about your privacy.

Sign-in now and enjoy the benefits of your own personal advisor.

Brought to you as a service of Schering Corporation

Copyright © 2007, Schering Corporation, Kenilworth, NJ 07033. All rights reserved.
This site is intended for U.S. audiences only.

Privacy Policy | Terms and Conditions | Link To Us | Site Map

The information provided on this Web site is not intended to be a substitute for professional medical advice. Please consult your health care professional directly with any questions you may have regarding your health, condition, or treatment.



# Ready to Learn
# All About Hepatitis C



- About Hepatitis C
- Getting Tested
- Getting Treated
- Living with Hepatitis C
- Resources
- Video Library

▶ **GLOSSARY**
Definitions of terms found throughout this site
Click here for full site glossary

Home: About Hepatitis C > Hepatitis C Risk Factors

## Hepatitis C Risk Factors

Because hepatitis C is spread from person to person through exposure to HCV-infected blood, activities that increase your chance of exposure are considered risk factors.

The most common risk factors for hepatitis C are intravenous (IV) drug use and blood or blood product transfusions before 1992.

Those who inject drugs are at high-risk for getting hepatitis C because they may be sharing needles and other drug paraphernalia, which may be contaminated with HCV-infected blood. In fact, 60% to 80% of all IV drug users have hepatitis C infection.

Those who have had a blood transfusion before 1992 and hemophiliacs who have received clotting factor before that time are at risk because blood banks did not fully test the blood supply for hepatitis C before that year. Today, however, the risk of getting hepatitis C from a blood transfusion is almost zero.

Other risk factors include tattooing and body piercing. Tattooing dye or needles used in tattooing or body piercing can carry HCV-infected blood from one customer to another if the tattoo/body piercing parlors do not use sterile techniques or supplies.

Other risk factors include needlestick injuries, especially among health care workers, hemodialysis (equipment that filters blood may not be adequately sterilized between patients), and organ transplant before 1992.

Although hepatitis is not easily spread through sexual intercourse, high-risk sexual behavior, especially having multiple sexual partners, is associated with an increased risk of getting hepatitis C.

If you think you might be at risk for being infected with hepatitis C, take a few moments to answer our hepatitis C risk assessment questionnaire.

### Related Articles
- IV Drug Use
- Receipt of Blood or Blood Products
- Needlestick Injuries
- Hemodialysis
- Tattooing and Body Piercing
- High-Risk Sexual Behavior



- print this page
- e-mail this page to a friend
- see a video about this page topic

**Related Articles**
- ▶ IV Drug Use
- ▶ Receipt of Blood or Blood Products
- ▶ Needlestick Injuries
- ▶ Hemodialysis
- ▶ Tattooing and Body Piercing
- ▶ High-Risk Sexual Behavior



Your **Personal Advisor**

By signing up, you gain access to your personal advisor, a tool that will help identify your needs and find the answers to your questions on this Web site.

Signing-in is fast & non-intrusive. We care about your privacy.

Sign-in now and enjoy the benefits of your own personal advisor.

Brought to you as a service of Schering Corporation

Copyright © 2007, Schering Corporation, Kenilworth, NJ 07033. All rights reserved.
This site is intended for U.S. audiences only.

Privacy Policy | Terms and Conditions | Link To Us | Site Map

The information provided on this Web site is not intended to be a substitute for professional medical advice. Please consult your health care professional directly with any questions you may have regarding your health, condition, or treatment.



# ReadytoLearn
# All About Hepatitis C

SEARCH All About Hepatitis C



**About Hepatitis C**
**Getting Tested**
**Getting Treated**
**Living with Hepatitis C**
**Resources**
**Video Library**

▶ **GLOSSARY**
Definitions of terms found throughout this site
Click here for full site glossary

Home: Getting Tested > Next Steps If You're Hepatitis C Positive

## Next Steps If You're Hepatitis C Positive

If you need to know what to do next, it is important to talk to your health care professional. For additional information you can enroll in Be In Charge®, a service of Schering Corporation. Be In Charge® is a support program for the newly diagnosed hepatitis C patients that allows you to talk one-on-one by telephone with a Nurse Counselor about your disease.

Your doctor may have referred you to a gastroenterologist (who specializes in diseases of the digestive system) or a hepatologist (who specializes in liver diseases) to test you for hepatitis C. A specialist will likely have more experience in treating patients with hepatitis and be aware of the latest developments in treatment.

This is also a good time to get to know your doctor and to make sure you are getting the kind of care you need and that all your questions have been answered. Here are a few topics you should discuss with your doctor.

- Ask your doctor about the level of virus in your blood, what this level means for your treatment, and the chance of infecting others.
- Discuss all your other test results (and what they mean) with your doctor.
- Genotype can influence your response to treatment. Ask your doctor for the results of your genotype test.
- Ask about precautions that you should take to avoid infecting other people.
- Ask your doctor how much experience he or she has in treating hepatitis patients, and whether he or she recommends that you see a hepatologist - a specialist in liver disease - or gastroenterologist, a medical specialist in digestive disease, for your care.
- Discuss what steps you can take to protect your liver and help you feel better.
- Ask your doctor what treatment he or she recommends, and about any treatments you have heard about.

When you're speaking to your doctor, remember that your alanine aminotransferase (ALT) level does not reflect the severity of hepatitis C or your viral load. Many people with chronic hepatitis C have normal ALT levels. You may need further testing to see how severe the inflammation is, even when ALT levels are not very high.



When discussing treatment approaches for hepatitis C, keep in mind that there are treatments available that many patients respond to, but that not all patients benefit from treatment. However, if you do nothing, you may be losing your chance to fend off the virus.

 print this page
e-mail this page to a friend
see a video about this page topic





Your
Personal Advisor

By signing-up, you gain access to your personal advisor, a tool that will help identify your needs and find the answers to your questions on this Web site.

Signing-in is fast & non-intrusive. We care about your privacy.

Sign-in now and enjoy the benefits of your own personal advisor.

Brought to you as a service of Schering Corporation

Copyright © 2007, Schering Corporation, Kenilworth, NJ 07033. All rights reserved
This site is intended for U.S. audiences only.          Privacy Policy | Terms and Conditions | Link To Us | Site Map

The information provided on this Web site is not intended to be a substitute for professional medical advice. Please consult your health care professional directly with any questions you may have regarding your health, condition, or treatment.



- About Hepsera
- **About Hepatitis B**
  - Risk Factors
  - Symptoms and Diagnosis
  - Treatment and Prevention
  - Questions to Ask Your Doctor
  - Calendar of Events
- Hepatitis B Physician Finder
- Reimbursement Assistance
- Multilingual Brochures
- Frequently Asked Questions

**Register for Updates**
Receive updates about Hepsera and hepatitis B or request information



Patient Information
For important information about Hepsera, click here.

- E-mail this page
- Print this page



# About Hepatitis B

Home – About Hepatitis B

Text Zoom

## About Hepatitis B



With treatment, chronic hepatitis B can be a manageable disease. The medicine most often prescribed by doctors for chronic hepatitis B is Hepsera®



*Wolters Kluwer Health Total oral HBV prescriptions in the U.S. December 2005–December 2006.

Hepatitis B is a liver disease caused by the hepatitis B virus (HBV). Fortunately, most people who become infected with HBV are able to clear the virus from their bloodstream and develop immunity. People who have not cleared their virus after six months are considered to have *chronic* hepatitis B — a condition that often requires treatment to prevent further damage to the liver. Left untreated, chronic hepatitis B can lead to cirrhosis (scarring of the liver), liver cancer, liver failure and death.

Hepatitis B is different than hepatitis A or C. Hepatitis A is an acute (short-term) infection spread through feces or contaminated water or food. Effective vaccines are available for long-term prevention of the hepatitis A virus in people at least one year old. Hepatitis C is spread through infected blood and body fluids (predominantly through injection drug use). There is no vaccine and approximately 85% of those infected will develop a chronic condition.




Learn how you may save on your Hepsera refills
Click Here


JOIN THE FIGHT
Visit StopHepB.com to learn how you can help spread the word about Hepatitis B.
Click Here


Dispel the myths and learn the facts about hepatitis B

### Hepatitis B Facts

- It is estimated that 1.25 million people have chronic hepatitis B in the United States
- As many as 1 out of 10 Asian Americans has chronic hepatitis B
- There is a vaccine that can prevent hepatitis B
- 15 to 25 percent of people chronically infected with hepatitis B will eventually die from liver disease without treatment
- Worldwide, chronic hepatitis B causes 80% of liver cancer and ranks right behind HIV as the tenth leading cause of death
- Hepatitis B is 50 to 100 times more contagious than HIV (the virus that causes AIDS)

### How Is It Spread?

HBV is an extremely strong virus that can live outside the body for a week or longer. It can be found in the blood, semen and vaginal secretions of infected people, and low concentrations can be found in saliva. HBV can be transmitted through:

- Direct blood-to-blood contact
- Unprotected sex
- Unsterile needles
- From an infected mother to her baby during childbirth
- From tattooing, body piercing or acupuncture with infected needles
- Shaving razors, toothbrushes, earrings or other personal items that may come in contact with blood



**About Hepsera**

**About Hepatitis B**
→ Risk Factors
→ Symptoms and Diagnosis
→ Treatment and Prevention
→ Questions to Ask Your Doctor
→ Calendar of Events

**Hepatitis B Physician Finder**

**Reimbursement Assistance**

**Multilingual Brochures**

**Frequently Asked Questions**

**Register for Updates**
Receive updates about Hepsera and hepatitis B or request information
Register

**Patient Information**
For important information about Hepsera, click here.

E-mail this page
Print this page

# About Hepatitis B

Search

Home · About Hepatitis B — Treatment and Prevention

Text Zoom

## Treatment and Prevention



When people with chronic hepatitis B experience liver complications, or are identified as being at risk for liver problems, it is often necessary to use drugs to control the virus. Even if you don't feel sick, it is important to get treatment if your doctor recommends it. Early treatment can help you stay well longer.

Your healthcare provider will rely on the results of laboratory tests and other types of examinations to determine whether or not you are at risk of liver complications and when drugs should be used. Currently, there are two types of medications available for the treatment of chronic hepatitis B — antiviral drugs and interferon. These drugs are not a cure, but they have been proven to effectively combat the virus.

### Drugs Available for the Treatment of Chronic Hepatitis B



| Drug Brand Name | Generic Drug Name |
|---|---|
| Hepsera® | adefovir dipivoxil |
| Epivir-HBV® | lamivudine |
| Baraclude™ | entecavir |
| | interferon alfa-2b |
| Pegasys® | peginterferon alfa-2a |

### Take Care of Yourself

One of the best things you can do — whether you are taking medication or not — is to take care of yourself. If you are diagnosed with chronic hepatitis B, here are a few things you can do to live better and longer:

- Eat right
- Get enough rest
- Avoid alcohol, drugs and herbal medicines, all of which can harm your liver
- See your doctor every 6-12 months to monitor your liver function and test for evidence of liver cancer

### Preventing the Spread

If you test negative for hepatitis B, there is a vaccine that provides an easy and effective method for preventing HBV infection and its deadly implications — including liver cancer and liver failure. If you are diagnosed with hepatitis B, whether acute or chronic, these are some precautions you should immediately take to protect others:

- Make sure that all household members and sex partners get tested for and vaccinated against hepatitis B
- Practice safe sex (if used correctly, condoms can reduce the risk of infection)
- Do not share needles or personal items such as shaving razors, toothbrushes, nail clippers or washcloths
- Do not donate blood, body organs, tissue or sperm



5 Mi.


Learn how you may save on your Hepsera refills
Click Here


JOIN THE FIGHT
Visit StopHepB.com to learn how you can help spread the word about Hepatitis B.
Click Here


Dispel the myths and learn the facts about hepatitis B




**Hepsera**

- About Hepsera
- About Hepatitis B
  - Risk Factors
  - Symptoms and Diagnosis
  - Treatment and Prevention
  - Questions to Ask Your Doctor
  - Calendar of Events
- Hepatitis B Physician Finder
- Reimbursement Assistance
- Multilingual Brochures
- Frequently Asked Questions

**Register for Updates**
Receive updates about Hepsera and hepatitis B or request information.

Register

**Product Information**
For important information about Hepsera, click here.

E-mail this page
Print this page

Home — About Hepatitis B — Symptoms and Diagnosis

Text Zoom

## Symptoms and Diagnosis

One of the most dangerous aspects to hepatitis B virus (HBV) infection is that many people do not have noticeable symptoms. This makes HBV a truly invisible enemy because people who have the disease can unknowingly pass it on to others.

HBV infection may cause flu-like symptoms, such as:

- Extreme tiredness
- Fever
- Loss of appetite
- Nausea and vomiting

Other symptoms may include joint pain, dark brown urine and yellowing of the skin and eyes (jaundice).

### What If I Feel Fine?

You may also have hepatitis B and feel perfectly fine. Even if you don't have any symptoms, but think you may be infected with HBV, it is important that you visit your doctor or clinic right away. A simple blood test can easily determine whether or not you have been infected.

### Diagnosis of Hepatitis B

Evidence of current or prior HBV infection can be found by the presence of specific markers in the blood. A simple blood test, called the hepatitis B blood panel, will determine if any of these markers are present in your bloodstream. This test is not included in standard blood tests taken during routine physical examinations, so be sure to ask for it if you think you are at risk.

The description of the hepatitis B blood markers and the chart below can help you better understand your hepatitis B test results.

- The hepatitis B "surface antigen" (HBsAg) is part of the hepatitis B virus that is found in the blood of someone who is infected. If this test is positive, then the hepatitis B virus is present.
- The hepatitis B "surface antibody" (HBsAb or anti-HBs) is formed in response to the hepatitis B virus or vaccine. If this test is positive, then your immune system has successfully developed a protective antibody against the hepatitis B virus. This can provide long-term protection against future hepatitis B infection. Someone who is surface antibody positive is not infected, and cannot pass the virus on to others.
- The hepatitis B "core antibody" (HBcAb or anti-HBc) does not provide any protection or immunity against the hepatitis B virus. A positive test indicates that a person may have been exposed to the hepatitis B virus.




Your Liver, your health. Learn how you may save on your Hepsera refills. Click Here


JOIN THE FIGHT. Visit StopHepB.com to learn how you can help spread the word about Hepatitis B. Click Here


Dispel the myths and learn the facts about hepatitis B

| Tests | Results | Interpretation | Recommendation |
|---|---|---|---|
| HBsAg | Negative (-) | NOT IMMUNE—has not been infected but is still at risk for possible future infection — needs vaccine | Get the vaccine |
| HBsAb | Negative (-) | | |
| HBcAb | Negative (-) | | |
| HBsAg | Negative (-) | IMMUNE — has been vaccinated or recovered from previous infection — cannot infect others | Vaccine is not needed |
| HBsAb | Positive (+) | | |
| HBcAb | Negative (-) or Positive (+) | | |
| HBsAg | Positive (+) | ACUTE infection or CHRONIC infection — hepatitis B virus is present — can spread the virus to others | Find a knowledgeable doctor for further evaluation |
| HBsAb | Negative (-) | | |
| HBcAb | Negative (-) or Positive (+) | | |
| HBsAg | Negative (-) | UNCLEAR — several interpretations are possible — The 3-part hepatitis B blood panel should be repeated | Find a knowledgeable doctor for further testing |
| HBsAb | Negative (-) | | |
| HBcAb | Positive (+) | | |

If you are diagnosed with chronic hepatitis B, your healthcare provider will likely perform additional tests to determine whether treatment is indicated and if there is evidence of liver damage. These include the HBeAg and HBV-DNA tests, which indicate the amount of virus in the blood (viral load), and the ALT test, which indicates active liver damage.

### Acute vs. Chronic Hepatitis B

Hepatitis B infection is considered to be "acute" for the first six months after exposure to the virus. This is the average amount of time it takes to recover from an HBV infection and develop immunity from future infection. If you still test positive after six months, you are considered to have a "chronic" hepatitis B infection that in most cases will last a lifetime.

Whether or not you recover in six months from your HBV infection could depend on if you were infected as an adult, child or baby.

- **HBV infected adults** — 90 percent of adults will get rid of the virus and recover without any problems; 10 percent will develop chronic hepatitis B
- **Young children** — 40 percent will get rid of the virus and recover without problems; 60 percent will develop a chronic hepatitis B infection
- **Babies** — 90 percent will become chronically infected; only 10 percent will be able to get rid of the virus

The earlier hepatitis B infection is detected, the more treatment options you will have.

Learn more about possible treatment options. Click here.

*Patients should be aware of Important Safety Information about Hepsera and may read additional patient information.*

*It is important that you discuss your treatment options and any questions that you may have with your healthcare provider*





Models used in photography are for illustrative purposes only.
©2008 Gilead Sciences, Inc. All rights reserved

# Certificate of Service

I, _Dale Palmer_, hereby certify that I have served a true and correct cop(ies) of the attached: _Copies of supplemental responses to discovery_ upon the following parties/person (s):

TO: _United States District Court_
_844 N. King ST_
_Lock Box # 18_
_Wilmington Del_
_19801_

TO: _Eileen M. Ford_
_Marks-ONeil-OBrian & Courtney_
_Suite # 800_
_913 N. Market ST_
_Wilmington, Del. 19801_

TO: _Catherine C. Damavandi_
_Del Dept of Justice_
_State Office Building_
_820 N. French ST._
_Wilmington, Del. 19801_

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977.

On this _21st_ day of _April_, 2008

_Dale Otis Palmer_

INM DALE O. PALMER
SBI# 00632
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

UNIT MHU 23 B U-7

Legal
Mail

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
844 N. KING STREET
LOCKBOX 18
WILMINGTON, DEL.
19801

