## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DALE OTIS PALMER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C. A. No. 06-576-SLR |
| ) | |
| COMMISSIONER STANLEY TAYLOR, ) | JURY TRIAL REQUESTED |
| et al., ) | |
| ) | |
| Defendants. ) | |

### DEFENDANTS' JOINT MOTION
### FOR LEAVE TO DEPOSE PLAINTIFF

Defendants Stanley Taylor, Thomas Carroll, James Welch, Roberta Burns, Ilhoma Chuks, John Durst, Frederic Vandusen, and Paul Howard (collectively, "Defendants"), by and through their undersigned counsel, respectfully request this Honorable Court to enter an Order granting Defendants' counsel the right to depose Plaintiff Dale Otis Palmer ("Plaintiff Palmer"), an incarcerated individual.  In support thereof, counsel submits as follows:

1. Plaintiff Palmer is an inmate incarcerated at the Delaware Correctional Center in Smyrna, Delaware.

2. Counsel for the Defendants wish to depose Plaintiff Palmer as part of discovery in this case.  No discovery deadline has been set.

3. Fed. R. Civ. P. 30(a)(2) requires leave of the Court to depose an incarcerated individual.

4. A form of order is attached to this Motion that grants Defendants' counsel the right to depose Plaintiff Palmer.

WHEREFORE, Defendants respectfully request that this Honorable Court grant their

Motion for Leave to Depose Plaintiff Dale Otis Palmer.

| | |
|---|---|
| /s/ *Eileen M. Ford* | /s/ *Catherine Damavandi* |
| Eileen M. Ford , Esq. (ID#2870) | Catherine Damavandi (ID # 3823) |
| eford@mooclaw.com | catherine.damavandi@state.de.us |
| Megan Trocki Mantzavinos, Esq. (ID#3802) | Deputy Attorney General |
| mmantzavinos@mooclaw.com | State of Delaware |
| Marks, O'Neill, O'Brien & Courtney, P.C. | Department of Justice |
| 913 North Market Street, Suite 800 | 820 N. French Street, 6th Floor |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 658-6538 | (302) 577-8400 |
| Attorneys for Roberta Burns, Ilhoma Chuks, John Durst, and Frederic Vandusen | Attorney for Stanley Taylor, Thomas Carroll, James Welch and Paul Howard |

DATE: May 16, 2008

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| DALE OTIS PALMER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C. A. No. 06-576-SLR |
| ) | |
| COMMISSIONER STANLEY TAYLOR, ) | JURY TRIAL REQUESTED |
| et al., ) | |
| ) | |
| Defendants. ) | |

**7.1.1 CERTIFICATE OF COUNSEL**

The undersigned counsel hereby certify, pursuant to Local Rule 7.1.1, that:

1. Plaintiff Dale Otis Palmer is currently incarcerated and it is not practical for undersigned counsel to communicate with him concerning Defendants' Motion for Leave to Depose Plaintiff.

2. Therefore, the undersigned counsel assume that the Motion is opposed.

/s/ *Eileen M. Ford*
Eileen M. Ford , Esq. (ID#2870)
eford@mooclaw.com
Megan Trocki Mantzavinos, Esq. (ID#3802)
mmantzavinos@mooclaw.com
Marks, O'Neill, O'Brien & Courtney, P.C.
913 North Market Street, Suite 800
Wilmington, DE 19801
(302) 658-6538
Attorneys for Roberta Burns, Ilhoma Chuks, John Durst, and Frederic Vandusen

/s/ *Catherine Damavandi*
Catherine Damavandi (ID # 3823)
catherine.damavandi@state.de.us
Deputy Attorney General
State of Delaware
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
Attorney for Stanley Taylor, Thomas Carroll, James Welch and Paul Howard

DATE: May 16, 2008

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DALE OTIS PALMER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 06-576-SLR |
| | ) | |
| COMMISSIONER STANLEY TAYLOR, et al., | ) | JURY TRIAL REQUESTED |
| | ) | |
| | ) | |
| Defendants. | ) | |

### CERTIFICATE OF SERVICE

We hereby certify that on May 16, 2008, we electronically filed *Defendants' Joint Motion For Leave to Depose Plaintiff Dale Otis Palmer* with the Clerk of Court using CM/ECF.

We further certify that on May 16, 2008, we caused the within document to be mailed by United States Postal Service to the following non-registered party:

>Dale Otis Palmer
>SBI #175330
>Delaware Correctional Center
>1181 Paddock Road
>Smyrna, DE  19977

| | |
|---|---|
| /s/ *Eileen M. Ford* | /s/ *Catherine Damavandi* |
| Eileen M. Ford , Esq. (ID#2870) | Catherine Damavandi (ID # 3823) |
| eford@mooclaw.com | catherine.damavandi@state.de.us |
| Megan Trocki Mantzavinos, Esq. (ID#3802) | Deputy Attorney General |
| mmantzavinos@mooclaw.com | State of Delaware |
| Marks, O'Neill, O'Brien & Courtney, P.C. | Department of Justice |
| 913 North Market Street, Suite 800 | 820 N. French Street, 6th Floor |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 658-6538 | (302) 577-8400 |
| Attorneys for Roberta Burns, Ilhoma Chuks, John Durst, and Frederic Vandusen | Attorney for Stanley Taylor, Thomas Carroll, James Welch and Paul Howard |

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DALE OTIS PALMER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 06-576-SLR |
| | ) | |
| COMMISSIONER STANLEY TAYLOR, et al., | ) ) | JURY TRIAL REQUESTED |
| | ) | |
| Defendants. | ) | |

## ORDER

This _____ day of _____, 2008,

**WHEREAS,** Defendants having requested leave to depose Plaintiff Dale Otis Palmer pursuant to Fed. R. Civ. P. 30(a); and

**WHEREAS,** there being good cause shown for the granting of such motion;

**IT IS HEREBY ORDERED**, that Defendants' *Joint Motion for Leave to Depose Plaintiff* shall be granted and Defendants shall have the right to depose Plaintiff Dale Otis Palmer.

_____
The Honorable Sue L. Robinson
U.S. District Court Judge