IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

DALE OTIS PALMER,

    Plaintiff,

V.

COMMISSIONER: STAN TAYLOR,

et al,    Defendants

Civil Action No# 06-526-SLR

JURY TRIAL REQUESTED

FILED

MAY 29 2008

PLAINTIFF RESPONSE TO DEFENDANT'S JOINT MOTION FOR LEAVE TO DEPOSE THE PLAINTIFF.

The plaintiff DALE OTIS PALMER an incarcerated Pro'se litigant hereby submitts this response to the defendants request to Depose him. The Plaintiff states that he doesn't oppose the defendants request to the extent that the defendants must be held to the Fed. R. Civ. P. and that they cover the costs of the depositions. The Plaintiff is also asking the Court to order (stipulations) as stated below - To be put in place.

1) That officers employed by the Department of Corrections not be present during the taking of depositions.

2) That any Video tape - Audio tape or stenographer recording be transcribed and the Plaintiff be given A Copy.

3) That any defendants that Deposes the Plaintiff does so individually to avoid Conflicts and Confussion relating to defenses and discovery.

5) That the defendants be restricted from testimony relating to the plaintiff criminal convictions.

6) That any defendant that Deposes the Plaintiff, also be subjected to Crossexamination by the Plaintiff.

7) That the defendants respectfully Comply under Fed. R. Civ. P. 30 to

all requirements pursuant thereto.

This response shall not be construed as a waiver of any one requirement that the defendants must follow.

Wherefore the plaintiff respectfully pray that this response to the defendants Joint motion for leave to depose the Plaintiff be accepted.

                                                Respectfully

                                                Dale Otis Palmer

THIS 27th DAY OF May        DALE OTIS PALMER #175330

        2008                             D.C.C. 1181 PADDOCK ROAD

                                                SMYRNA, DEL. 19977

CC:   Eileen M. FORD                          CC:   Catherine Damavandi

       MARKS-ONEIL-OBRIAN-& COURTNEY P.C.      DEPUTY ATTORNEY GENERAL

       913 NORTH MARKET ST. SUITE #800           DEPARTMENT OF JUSTICE

       WILMINGTON, DEL. 19801                   820 N. FRENCH ST 6th FL

                                                     WILMINGTON, DEL. 19801