*IN THE UNITED STATES DISTRICT COURT*

FOR THE DISTRICT OF DELAWARE

DALE OTIS PALMER,    )

        Plaintiff,    )    Civil Action No. 06-526-SLR

    V,    )    JURY TRIAL REQUESTED

COMMISSIONER: STAN TAYLOR,    )

et al,    Defendants.    )

```
F I L E D

MAY 2 9 2008

U.S. DISTRICT COURT
```

PLAINTIFF MODIFIED MOTION FOR APPOINTMENT OF COUNSEL
28 U.S.C. & 1915 (e) (1)

Currently pending is a motion for appointment of counsel filed by the Plaintiff on 9-25-2007 which hasn't been ruled on. The Plaintiff hereby respectfully files this Modified motion for appointment of counsel for the purpose of depositions because he is pro'se and indigent. The Plaintiff states that on the basis of this law 28 U.S.C. & 1915 (e) (1) District Judges have appointed lawyers for prisoners.

The Plaintiff respectfully requests the Court to consider the following in support of this motion for appointment of counsel.

1) The plaintiff cannot afford to hire a lawyer.

2) The plaintiff is confined in Medium high security a form of segragation and is unable to diligently research his case.

3) The Law library take from 3 to 6 days to respond to any request and must be made through the mail system.

4) The legal issues are very complicated and require investigations that the plaintiff is unable to perform due to his current housing.

5) Counsel is needed to obtain declarations from other inmates

that the plaintiff is not permitted to have contact with.

6) Counsel is needed to request production and inspection of Complexed materials, that may be important or presented at trial.

7) Counsel is needed to conduct cross-examinations of the defendants who have in the past displayed questionable credibility.

8) To seek out expert testimony that is needed

9) The plaintiff has no access to legal Books (civil) or (criminal) and must depend on other inmates for assistance.

10) Counsel is needed to conduct depositions and to help establish a safegard against violations of the plaintiff constitutional rights.    Wherefore the plaintiff respectfully pray that this modified motion for appointment of Counsel be granted...28. U.S.C. & 1915 (e) (1).   Below is A list of attornies I respect and would like to be represented by.



Grady & Hampton
6 N/th Bradford ST.
Dover, Del. 19904

Joseph Bernstein
800 N. King st.
Wilmington, Del, 19801

Thomas Neuberger
2. E. 7th ST.
Wilmington, Del. 19801

Respectfully

_Dale Otis Palmer_

DALE OTIS PALMER [F] 175330

D.C.C. 1181 PADDOCK ROAD

SMYRNA, DEL. 19977

This 22th Day of May
2008

CC: Eileen M. ForD

Marks-ONeil-OBrian &Courtney

913 N/th Market ST. Suite #800

wilmington, Del. 19801

CC: Catherine Damavandi

Department of Justice

820 N. French St. 6th FL.

Wilmington, Del. 19801

# **Certificate of Service**

I, _Dale Otis Palmer_, hereby certify that I have served a true and correct cop(ies) of the attached: _Modified motion for appointment of Counsel and response to request for deposition_ upon the following parties/person (s):

TO: _United States District Court_    TO: _Eileen M. Ford_
_844 N. King street_    _Marks - ONeil - OBrian & Courtney_
_Lock Box #18_    _913 N^th Market st_
_Wilmington, Del. 19801_    _Suite #800_
    _Wilmington, Del. 19801_

TO: _Catherin Damavandi_    TO: _____
_Delaware Department of Justice_    _____
_820 N. French st. 6th Fl._    _____
_Wilmington, Del. 19801_    _____
_____    _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE  19977.

On this _27 th_ day of ___May___, 2008

_Dale Otis Palmer_



IM WALL OTIS PALMER - Pro Se

SBI# 125330 ___ UNIT MHU 23

DELAWARE CORRECTIONAL CENTER

1181 PADDOCK ROAD

SMYRNA, DELAWARE 19977

WILMINGTON DE

28 MAY 2008 PM

OFFICE OF THE CLERK

UNITED STATES DISTRICT COURT

844 N. KING ST. LockBox #18

Wilmington, Del.

19801