IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DALE OTIS PALMER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 06-576-SLR |
| | ) |
| COMMISSIONER STAN TAYLOR, | ) |
| et al., | ) |
| | ) |
| Defendants. | ) |

### SERVICE ORDER

At Wilmington this 24th day of June, 2008, plaintiff having satisfied the filing prerequisites of 28 U.S.C. § 1915A; having been given leave to file an amended complaint and add parties; and the court having identified cognizable deliberate indifference to serious medical needs claim within the meaning of 28 U.S.C. § 1915A(b);

IT IS ORDERED that:

1. The clerk of the court shall cause a copy of this order to be mailed to plaintiff.

2. Pursuant to Fed. R. Civ. P. 4(c)(2) and (d)(2), plaintiff shall provide **original** "U.S. Marshal-285" forms for **newly added defendants Dr. Lawrence McDonald and Correctional Medical Services.  Plaintiff has provided an original "U.S. Marshal-185 form" for defendant Dr. John Durst.  Plaintiff shall provided the court with copies of the amended complaints (D.I. 9, 119) for service upon Dr. Lawrence McDonald, Correctional Medical Services, and Dr. John Durst.  Plaintiff is notified that the United States Marshal will not serve the amended complaints until all "U.S. Marshal 285" forms and copies of the amended complaints have been**

**received by the clerk of the court. Failure to provide the "U.S. Marshal 285" forms for the newly added defendants within 120 days of this order may result in the amended complaint (D.I. 119) being dismissed or defendants being dismissed pursuant to Fed. R. Civ. P. 4(m).**

3. Upon receipt of the form(s) required by paragraph 2 above, the United States Marshal shall forthwith serve a copy of the amended complaints (D.I. 9, 119), this order, a "Notice of Lawsuit" form, the filing fee order(s), and a "Return of Waiver" form upon the defendant(s) so identified in each 285 form.

4. Within **thirty (30) days** from the date that the "Notice of Lawsuit" and "Return of Waiver" forms are sent, if an executed "Waiver of Service of Summons" form has not been received from a defendant, the United States Marshal shall personally serve said defendant(s) pursuant to Fed. R. Civ. P. 4(c)(2) and said defendant(s) shall be required to bear the cost related to such service, unless good cause is shown for failure to sign and return the waiver.

5. Pursuant to Fed. R. Civ. P. 4(d)(3), a defendant who, before being served with process timely returns a waiver as requested, is required to answer or otherwise respond to the complaint within **sixty (60) days** from the date upon which the complaint, this order, the "Notice of Lawsuit" form, and the "Return of Waiver" form are sent. If a defendant responds by way of a motion, said motion shall be accompanied by a brief or a memorandum of points and authorities and any supporting affidavits.

6. No communication, including pleadings, briefs, statement of position, etc., will be considered by the court in this civil action unless the documents reflect proof of

-2-

service upon the parties or their counsel.

UNITED STATES DISTRICT JUDGE