FILED
JUN 26 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DALE OTIS PALMER,
    Plaintiff,

v.

COMMISSIONER: STAN TAYLOR,
    et al    Defendants.

Civil Action 06-576-SLR

JURY TRIAL DEMAND

## PLAINTIFF DEPOSITIONS DIRECTED TO DEFENDANT FREDERICK VANDUSEN - PURSUANT TO FED. R. Civ. P. 31

Pursuant to the Courts Order of June/12/2008 the plaintiff hereby files this deposition upon written questions upon the above named defendant, FREDERICK VANDUSEN.

(1). If you are a doctor of Osteopath and board certified in family medicine But not an Infectious Disease Doctor, What doctrine did you follow in treating the plaintiff who is diagnosed with Hepatitis.

(2). Why are you no longer employeed here at the Delaware Correctional Center.

(3). If you are not an infectious disease doctor and do not treat Hepatitis patients, Why did you Control my chronic care follow-ups and Lab results to the point that the plaintiff had to rely on your judgment and determinations.

(4). Because you are not an infectious Disease doctor your diagnosis in preventing the plaintiff from recieving treatments for Hepatitis could be misleading and damaging to the plaintiff health (don't you agree).

(5). During our last visit/appointment together you would not order Inoculations for Hepatitis A or B even though the Lab tests did

(1)

indicate exposure. Where your actions the result of this civil action against you.

(6). Who other than your attorney have you discussed this civil action with.

(7). What is the meaning of Hepatitis A, AB Total, Hbc AB, Hbs Ab and Hepatitis C Ab, and I ask this because you said in your interrogatories that you monitored my lab test - so you should know.

(8). Of the many inmates incarcerated here at the Delaware Correctional Center with one or more forms of Hepatitis, how many have you referred for treatment or outside Consultation.

(9). What exactly do or did you look for in Lab tests of patient with Hepatitis before requesting or giving treatment, (Medications or Biopsy).

(10). On A Flow chart you previously stated you used, How would I find A indicator or result of liver enzyme production - titer results, viral loads.

(11). Even though you were not employed at the Department of Corrections in 2/2006. When taking on the responsibilities of the Plaintiff Chronic Care issue you had an obligation to review the plaintiff entire Medical files correct.

(12). Why did you refer the plaintiff to the infectious disease doctor if the plaintiff liver enzyme production - titer results, viral load and ALTs (Alanine Aminotransferase where normal.

(13). If the plaintiff has tested possitive for Hepatitis B be it by A reinfection or after recieving inoculations what form of treatments did you recommend.

(14) From the first appointment with you the plaintiff complained that the records were not correct, and that he didn't recieve all the inoculations for Hepatitis B, What harm exists in starting the treatments over.

(15) The Plaintiff requested from you A recommendation for A biopsy a number of times because ALTs can't determine alone liver damage - Why as my Chronic Care doctor did you say no.

AS TO DEPOSITIONS ONLY

This 18 Day of June 2008

Dale Otis Palmer
DALE OTIS PALMER
DCC 1181 Paddock Rd
Smyrna, Del. 19977

Dale Otis Palmer

