FILED
JUN 26 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DONNELL PALMER,
  Plaintiff,
V.
COMMISSIONER STAN TAYLOR;
  et al defendants.

Civil Action 06-576-SLR

JURY TRIAL DEMAND

PLAINTIFF DEPOSITIONS DIRECTED TO DEFENDANT THOMAS CARROLL PURSUANT TO FED.R.CIV.P. 31

Pursuant to the Court order of June/12/2008 the Plaintiff hereby files this deposition upon written questions upon the above named defendant THOMAS CARROLL.

(1) When an inmate has been diagnosed with an infectious disease and is experiencing inadequate treatment, wouldn't the wardens office be the right personnel for appropriate action.

(2) Since leaving D.C.C. we are told that you are still employed by the Department Of Corrections so what job title do you now have.

(3) While employed as warden at D.C.C. what was the policy in regards to treatments and access to treatment for infectious diseases.

(4) Since you stated that you never recieved any letter from the plaintiff, Who would be responsible after the mail was placed in the mail box.

(5) As warden were you ever concerned enough to monitor or communicate with inmates who were diagnosed with an infectious diseases.

(6) Unsafe meaning infectious and tragic meaning life threatening. Can you state why the plaintiff wasn't and isn't being given the

(1)

chance to prevent both.

(7) My civil action was filed while you were warden - and involved inadequate medical treatment - denial of treatment as well as a violation of the eighth amendment. I did everything in my control except protest, I wrote you a few letters so why would you direct all medical questions and concerns to medical personnel.

(8) As Warden didn't you have a responsibility to provide medical services to me and to ensure that C.M.S. wasn't violating my constitutional rights.

(9) As warden, did you ever recieve information or statistics about hepatitis within the Delaware Correctional Center or the dangers it posses.

(10) I understand that you are not a medical proffessional but you do know how serious Hepatitis is and yet you relied still on C.M.S. even up untill your departure as warden, am I correct.

(11) Since being notified of the current civil action have you made any effort to assist or correct the plaintiff medical situation.

(12) Although I may never be cured now there are still treatments that could be provided, do you know of a way I can get that treatment.

(13) Previously you stated that I have recieved adequate medical treatment, please state the exact treatment I've recieved for Hepatitis B and C.

(14) If a letter is addressed to you and only you concerning medical treatment or mistreatment why would you forward it to someone else.

(15) Have you knew about Correctional medical Services legal problems in other prisons involving deliberate indifference to serious medical needs in the Michigan Department of Corrections.

This 18 Day of June 2008

AS TO DEPOSITIONS ONLY

(2)

Dale Palmer
DALE OTIS PALMER 175336
DCC 1181 Paddock Rd
Smyrna, Del. 19977

Dale Otis Palmer