FILED
JUN 26 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DALE OTIS PALMER,
          Plaintiff,
v.
COMMISSIONER: STAN TAYLOR,
et al, Defendants.

Civil Action 06-576-SLR

JURY TRIAL DEMAND

PLAINTIFF DEPOSITIONS DIRECTED TO DEFENDANT JAMES WELCH PURSUANT TO FED. R. CIV. P. 31

Pursuant to the courts order filed June 12, 2008 the plaintiff hereby files this deposition upon written questions upon the above named defendant, James Welch.

(1) In what way are you the director of health care service at the department of Corrections. (D.O.C.)

(2) When overseein the contract between the D.O.C. and the medical provider what job duties do you perform.

(3) You are a RN hired by the department of Corrections yet you do not assist in providing treatment to inmates nor do you respond to inmate letters, so what do you do to help those of us incarcerated.

(4) How can your role include oversight of health care to inmates if you are turning over all inmate complaints regarding medical problems to the same medical vender that is providing inadequate treatment.

(5) You stated in your interrogatories that have replied to inmate letters but if it concerns a medical issue you forward it to the vender can you tell me for what other reason would a inmate write you.

(6) Since you oversee the contract with the D.O.C. and C.M.S. please state what you believe is reasonable medical treatment

1)

(7) Once you were served with a copy of the complaint did you investigate or perform any of your obligation to make sure the plaintiff recieved medical care.

(8) On page (6) of the 82 point agreement between the Department of justice and the State of Delaware at (1) (2) (3) (4) in what way have those general provisions become standards. so that serious medical and mental health needs being addressed.

(9) In what way has the state developed policies and procedures involving Communicable disease screening, sick-call, Chronic disease management, acute care and infection control.

(10). What exactly are you doing to make sure that the plaintiff will recieve medical treatment for his infectious disease.

(11) When or if you are ever here at D.C.C. what do you do.

(12) I had a Exray appointment at 7:30 am and never got to see the tecnician until 10:30 and more than 30 people were waiting aswell, is that the new policy talked about in the 82 point agreement.

(13) Does your private lifestyle have any effect on how you view inmate medical issues.

(14) As overseer of the States Contract with C.M.S. can you say for sure that the state has developed and implemented a written chronic care disease management program which provides inmates with Chronic illnesses with appropriate diagnosis, treatment, monitoring and continuity of care and if so in what way.

(15) Has the state developed policies and procedures to ensure that inmates with Hepatitis A and B, vaccines are offered. Because, even though I have requested the vaccines more than 10 months ago I haven't recieved them.

AS TO DEPOSITIONS ONLY

Dale Palmer #175330
DALE OTIS PALMER
DCC 1181 Paddock Rd.
Smyrna, Del. 19977

THIS 18 DAY OF June 2008

Dale Otis Palmer