FILED
JUN 26 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DALE OTIS PALMER,

    Plaintiff,

V.

COMMISSIONER: STAN TAYLOR,
   et al   Defendants.

Civil Action 06-576-SLP

JURY TRIAL DEMAND

---

PLAINTIFF DEPOSITIONS DIRECTED TO DEFENDANT IHUOMA CHUKS PURSUANT TO FED. R. Civ. P. 31

Pursuant to the Courts order of June/12/2008 the plaintiff hereby files this deposition upon written questions upon the above named defendant, IHUOMA CHUKS.

(1). At any time did you evaluate and establish any form of a treatment for the Plaintiff Chronic Care.

(2). After blood tests determined the plaintiff has Hepatitis B and C did you order inoculation for H.B.V.

(3) After tests results came back possitive for Hepatitis - Did you ever consult with the plaintiff explaining the disease.

(4). If you are not an expert in infectious disease, Why did you see me for Chronic Care after I filed sickcalls pertaining to my Chronic Care issues.

(5). Have you ever performed duties as head Nurse under the title of RN or LPN which required Medicating Inmates without a Doctor on-site.

(6). Have you ever recieved training from Correctional Medical services in disease control or prevention.

(7). Since ALT levels can remain normal (Alanine Aminotransferase)

(1)

And new evidence is being established about the infections why did you respond to the plaintiff request for treatment in disbelief by denying his request for Inoculations.

(8). Did any of the tests that you ordered for the plaintiff detect Anti-HCV and if so did they distinguish between acute chronic, or resolved infection.

(9). Can you explain exactly what must be done in order to make A determination if the plaintiff has liver disease - Cirrhosis or end stage damage.

(10). Because the plaintiff illness has been documented prior to the filing of this Civil Action and established more than 20 years ago why didn't you refer the plaintiff to counseling and services, and implementation and maintenance of infection control practices.

(11). Do you agree that because you are not A disease specialist, you should not have seen the plaintiff for Chronic Care or ordered consultations and blood tests.

(12). Have you discussed this Civil Action with any friends or employee of Correctional Medical Services.

(13). Have you ever prescribed any medications to the plaintiff that would be harmfull including over the counter medications, without obtaining consent from A doctor.

(14). In your diagnosis of the plaintiff chronic care who was the Licensed physician that authorized -supervised or collaborated with you and helped you reach the decision not to provide or order treatment.

(15) The plaintiff has sought for 2 years the results of his Genotype have you ever obtained that information prior to denying him treatment.

This 18 Day of June 2008

As to Depositions only

Dale Palmer 175330
DALE OTIS PALMER
DCC 1181 Paddock Rd
Smyrna, Del. 19977

Dale Otis Palmer

# Certificate of Service

I, DALE OTIS PALMER, hereby certify that I have served a true and correct cop(ies) of the attached: _Written Depositions Fed. R. Civ. P. 31 (2) copies_ upon the following parties/person (s):

TO: United States District Court
844 N. King St
LockBox #18
Wilmington, Del.
19801

TO: _____

TO: 4 Deposition
60 questions
4 Defendants

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this __18__ day of __June__, 2008

_Dale Otis Palmer_

I/M DALE OTIS PALMER Pro'se
S#_____ UNIT D-East
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal Mail

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
844 N. KING ST. LOCKBOX #18
WILMINGTON, DEL.
19801



