IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DALE OTIS PALMER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 06-576-SLR |
| | ) |
| COMMISSIONER STAN TAYLOR, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

At Wilmington this 26th day of June 2008, for the reasons set forth in the memorandum opinion issued this date;

IT IS HEREBY ORDERED that :

1. The motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(5) filed by defendants Roberta Burns and John Durst is **denied**. (D.I. 91)

2. Plaintiff shall serve any unserved defendants within one hundred twenty (120) days from the date of this order.

_____
UNITED STATES DISTRICT JUDGE