# MARKS, O'NEILL, O'BRIEN & COURTNEY, P.C.
ATTORNEYS AT LAW                                                                www.mooclaw.com

DELAWARE OFFICE
Suite 800
913 N. Market Street
Wilmington, DE 19801
(302) 658-6538 Fax: (302) 658-6537

*Eileen M. Ford*
Member DE, NJ & PA Bars
eford@mooclaw.com

June 30, 2008

Nancy Rebeschini, Esquire
Pro Se Law Clerk
US District Court
844 King Street
Wilmington DE 19801



Re:   Palmer v. Taylor, et. al.
      CA #: 06-576SRL

Dear Ms. Rebeschini:

    This will confirm our joint teleconference of today during which Catherine Damavandi, Esquire and myself notified you that we believe DI 121-124 labeled "Interrogatories" were inadvertently published, via CM/ECF, and that they were supposed to be the "15 Deposition Questions" from Plaintiff to the various defendants pursuant to the Court Order dated June 12, 2008 (DI 117).

    This will certify that neither I or Megan Mantzavinos, Esquire have read the content of DI 121-124 and pursuant to the teleconference we will destroy the documents and make the appropriate arrangement for our clients to respond to said questions per the Judges Order of June 12, 2008.

    If you have any questions, please do not hesitate to call.

Very truly yours,

MARKS, O'NEILL, O'BRIEN
& COURTNEY, P.C.

By: _____
    Megan Mantzavinos

_____
Eileen M. Ford

EMF/
cc:   Catherine Damavandi, Esquire

---

Philadelphia        Pennsauken    New York City    Pittsburgh       Towson      Doylestown       Elmsford
Pennsylvania        New Jersey    New York         Pennsylvania     Maryland    Pennsylvania     New York