

JOSEPH R. BIDEN, III
ATTORNEY GENERAL

DEPARTMENT OF JUSTICE
NEW CASTLE COUNTY
820 NORTH FRENCH STREET
WILMINGTON, DELAWARE 19801

CIVIL DIVISION (302) 577-8400
FAX (302) 577-6630
CRIMINAL DIVISION (302) 577-8500
FAX (302) 577-2496
FRAUD DIVISION (302) 577-8600
FAX (302) 577-6499
TTY (302) 577-5783

July 2, 2008

Nancy Rebeschini, Esq.,
Pro Se Law Clerk
United States District Court
For the District of Delaware
844 N. King Street
Wilmington, DE  19801

Re: *Palmer v. Taylor, et al.,*
C.A. No. 06-576-SLR

Dear Ms. Rebeschini,

  This letter is to confirm the joint teleconference held on Friday, June 27th between you, Eileen Ford, Esq., and me regarding discovery documents filed by the Plaintiff on or about June 26, 2008. [D.I. 121-124]. Per the Court Order of June 12, 2008, Plaintiff's written deposition questions were to be filed Under Seal but were inadvertently published on the docket. [ D.I. 117].

  This letter certifies that I have not read the contents of Plaintiff's deposition questions and pursuant to the teleconference those documents will be destroyed. Pursuant to the Court Order, I will contact you on or before July 21, 2008, to schedule a date and time for the written depositions.

  Thank you for your assistance in this matter.

Sincerely yours,

Catherine Damavandi
Deputy Attorney General

Page 2
Letter to Ms. Rebeschini
July 2, 2008
*Re: Palmer v. Taylor et al., C.A. No. 06-576-SLR*

cc: Eileen Ford, Esq.,
    Megan Mantzavinos, Esq.,
    Marks, O'Neill, O'Brien & Courtney, P.C.
    Suite #800
    913 N. Market Street
    Wilmington, DE  19801