CA 06-576 SCR

Dear Mr. Clerk,

As to Defendants Roberta Burns, STANLEY TAYLOR and PAUL HOWARD, these defendants are being represented by Counsel — But I have been unable to obtain their current addresses so that I can serve them with the process. However State Counsel has raised the argument of 29 Del. C. § 10002(g)(1) and (g)(X13) to prevent me from serving them - Stan Taylor - Paul Howard. Also Roberta Burns has responded through her counsel. I would like to know if their is any rule that will assist me or deny me from serving these defendants through their Counsel.??? — Please forward a response to me A.S.A.P.

Thank you

Enclose please also find the requested U.S. Marshal form for Defendant Dorst.

Respectfully
Dale Otis Palmer
Dale Otis Palmer
DCC 1181 Paddock Rd
Smyrna, Del. 19977

7/10/08



FILED
JUL 14 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I/M Dale Otis Palmer Pro Se
SBI# 175330   UNIT  E
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal Mail

WILMINGTON DE 197
11 JUL 2008 PM 3 T

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
844 N. KING STREET LOCKBOX #18
Wilmington, Delaware
19801