OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

July 17, 2008

```
TO:   Dale Otis Palmer
      #175330
      James T. Vaughn Correctional Center
      1181 Paddock Rd.
      Smyrna, DE 19977
```

**RE: LEGAL ADVICE**, **C.A. No. 06-576(SLR)**

Dear Mr. Palmer:

    This is in response to your letter received on 7/14/08 requesting assistance regarding service upon defendants.

    Please be advised that the Clerk's Office is unable to render legal advice and, therefore, cannot assist you.

                                        Sincerely,

/ead                                    PETER T. DALLEO
                                        CLERK

cc:  The Honorable Sue L. Robinson