## IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DALE OTIS PALMER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 06-576-SLR |
| | ) |
| COMMISSIONER STAN TAYLOR, et al., | ) |
| | ) |
| | ) |
| Defendants. | ) |

## ORDER

At Wilmington this 21st day of July, 2008, having received plaintiff's written questions for depositions of defendants;

IT IS ORDERED that depositions upon written questions, pursuant to Fed. R. Civ. P. 31, are scheduled before Nancy Rebeschini, Esquire, pro se law clerk, as follows:

**Thomas Carroll** and **James Welch** to be held on **Friday, August 22, 2008** at **10:00 a.m.**

**Ihoma Chuks** and **Frederick VanDusen** to be held on **Friday, August 22, 2008,** at **11:00 a.m.**

All depositions shall take place in Room 4102, on the fourth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

UNITED STATES DISTRICT JUDGE