IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

DALE OTIS PALMER,

    Plaintiff,

v.

COMMISSIONER: STAN TAYLOR,

    et al, Defendants.

Civil Action No. 06-576-SLR

DECLARATION


FILED
JUL 23 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I Mr. Mark _____ hereby declares that I am a inmate at the Delaware Correctional Center with personal knowledge of Dale Palmers struggles to recieve treatment for his illness.

I also declare that I have known Dale for over 20 years, and that during the time I've known him he has been denied every time he has sought treatment. Dales illness has an effect on his daily living to the effect that he is often without energy and going through the effects of his illness.

I declare under the penalty of perjury that this Declaration is true and correct.

Executed at the Delaware Correctional Center 1181 Paddock Rd Smyrna, Del. 19977

This 15th Day of June 2008

Respectfully

Mr. Mark _____

170011

D.C.C. 1181 Paddock Rd
Smyrna, Del. 19977