IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DALE OTES PALMER,
    Plaintiff,

V.

COMMISSIONER: STAN TAYLOR,
    et al,    Defendants.

Civil Action No C6-576-SLR

DECLARATION

I George Hassett hereby declare that I am an inmate at the Delaware Correctional Center and I have known Dale Palmer for almost (6) years. I have witnessed Dale being denied medical treatment for his illness. He has been given many reasons why he won't or cannot recieve treatment and it appears that different Doctors have been giving him different reasons. It appears that the doctors are waiting for Dales illness to reach a critical point to justify treatment. However they are undermining the seriousness and affects his illness is having on him. I have personally observed Dales health decline while pleading for medical care.

I declare under the penalty of perjury that this Declaration is true and Correct.

Executed at the Delaware Correctional Center 1181 Paddock Rd. Smyrna, Del, 19977

This 15th Day Of June 2008

162500

[signature]

DCC 1181 Paddock Rd
Smyrna, Del, 19977