IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

DALE OTIS PALMER,

    Plaintiff,

V.

COMMISSIONER: STAN TAYLOR,

    et al., Defendants.

Civil Action No. 06-576-SLR

DECLARATION

I **WAYNE D. DOWNING** hereby declares that I am over the age of eighth-teen (18) and have personal knowledge of Dale Palmer being denied treatment. I have known Dale for almost 10 years and witnessed his transformation from a person with alot of energy to someone who expierences alot of difficulties maintaining a steady and Healthy day to day course. Prior to filing his civil action he repeatedly sought treatment for his illness and was denied,. He wrote letters and never recieved any response And, he also filed a grievance which was also denied.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed at Delaware Correctional Center 1181 Paddock Rd. Smyrna, Del. 19977

This 15th Day of June 2008

Wayne D. Downing #289093
DCC 1181 Paddock Rd
Smyrna, Del 19977