IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DALE OTIS PALMER, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : C. A. No. 06-576-SLR |
| | : |
| COMMISSIONER STAN TAYLOR, | : |
| WARDEN THOMAS CARROLL, and | : |
| MEDICAL DIRECTOR JAMES WELCH, | : |
| et. al. | : |
| | : |
| Defendants. | : |

### ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCES of Megan T. Mantzavinos, Esquire and Eileen M. Ford, Esquire as attorney for the newly added **Defendant Correctional Medical Services, Inc**. This Entry of Appearance shall not be considered to be a waiver of any jurisdictional defects in service upon Defendants. Defendants specifically reserves the right to raise jurisdictional, or service, venue, or statute of limitations defects which may be available and to answer, object, or otherwise plead.

*/s/ Eileen M. Ford*
Megan T. Mantzavinos, Esquire (ID No. 3802)
Eileen M. Ford, Esquire (ID No. 2870)
Marks, O'Neill, O'Brien & Courtney, P.C.
913 Market Street, #800
Wilmington, DE 19801
(302) 658-6538
*Attorneys for Defendant Correctional Medical Services, Inc.*

DATED: July 31, 2008

{DE099905.1}

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DALE OTIS PALMER, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : C. A. No. 06-576-SLR |
| | : |
| COMMISSIONER STAN TAYLOR, | : |
| WARDEN THOMAS CARROLL, and | : |
| MEDICAL DIRECTOR JAMES WELCH, | : |
| | : |
| Defendants. | : |

**CERTIFICATE OF SERVICE**

I, **Eileen M. Ford, Esquire**, hereby certify that on **August 1, 2008,** I electronically filed **Entry of Appearance of Megan T. Mantzavinos, Esquire and Eileen M. Ford, Esquire on behalf of Defendant Correctional Medical Services, Inc.** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following: Catherine Damavandi, Esquire I have served via first class mail two copies of the foregoing to the Pro Se Plaintiff:

Inmate Dale Otis Palmer, *Pro Se*
SBI #175330
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977
Via First Class US Mail

                                                      */s/ Eileen M.Ford*
                                                      Eileen M. Ford, Esquire (ID No. 2870)
                                                      Marks, O'Neill, O'Brien & Courtney, P.C.
                                                      913 North Market Street, #800
                                                      Wilmington, DE 19801
Date: August 1, 2008                      *Attorney for Defendants*

{DE114011.1}