IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

DALE OTIS PALMER,                              :
        Plaintiff,                            :
                                      :
        v.                                    :      C. A. No. 06-576-SLR
                                      :
COMMISSIONER STAN TAYLOR,          :
WARDEN THOMAS CARROLL, and          :
MEDICAL DIRECTOR JAMES WELCH,   :
                                      :
Defendants.                                    :

**DEFENDANTS' MOTION TO STRIKE EX PARTE
DECLARATION OF MARK SPRUANCE
{RELATED DOCKET # 133}**

COMES NOW, Ihouma Chuks, Frederick VanDusen, John Durst, and Correctional

Medical Services, Inc., (hereinafter Defendants) by and through their undersigned attorney to

move pursuant to Fed. R. Civ. P. 12(f) to strike the Ex Parte Declaration of Mark Spruance (DI

133) and in support thereof states as follows:

        1.      On July 24, 2008 Plaintiff filed with the Court an Ex Parte Declaration by

a person named Mark Spruance  purporting to be under penalty of perjury about his witnessing

the decline in Plaintiff's medical condition over a period of 20 years.

        2.      This Ex Parte Declaration is not connected to any pending issue before the

Court and is not the proper procedural mechanism for Plaintiff to be submitting his purported

"evidence" to the Court.

        3.      Fed. R. Civ. P.  12(f) provides that the Court may strike immaterial  matter

upon on its own or upon motion by a party.

{DE114140.1}

WHEREFORE, Defendants respectfully request that the Ex Parte Declaration of

Mark Spruance (DI 133) be stricken from the record.


/s/ *Eileen M. Ford*_____
Eileen M. Ford, Esquire (I.D. No. 2870)
Megan T. Mantzavinos, Esquire (I.D. No. 3802)
Marks, O'Neill, O'Brien & Courtney, P.C.
913 Market Street, Suite 800
Wilmington, DE  19801
(302) 658-6538
*Attorney for Defendants Chuks, VanDusen, Durst &*
*CMS*

DATED:  August 5, 2008

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DALE OTIS PALMER, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C. A. No. 06-576-SLR |
| | : | |
| COMMISSIONER STAN TAYLOR, | : | |
| WARDEN THOMAS CARROLL, and | : | |
| MEDICAL DIRECTOR JAMES WELCH, | : | |
| | : | |
| Defendants. | : | |

## CERTIFICATE OF SERVICE

I, **Eileen M. Ford, Esquire**, of Marks, O'Neill, O'Brien & Courtney, P.C., hereby certify that on this **5th** day of **August**, 2008, the attached Defendants' Motion to Strike Ex Parte Declaration of Mark Spruance {Related Docket #133}was served by electronic filing upon the following individuals:

**Via First Class Mail**
Inmate Dale Otis Palmer, Pro Se
SBI #175330
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

**Via Electronic Filing**
Catherine Damavandi, Esquire
Department of Justice
Carvel State Office Building
820 North French Street
Wilmington, DE 19801

 */s/ Eileen M. Ford*
Eileen M. Ford, Esquire (2870)

{DE114204.1}