IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DALE OTIS PALMER,
    Plaintiff,

V.

COMMISSIONER: STAN TAYLOR,
    et al
      Defendants.

CIV NO# 06-576-SLR

TRIAL BY JURY DEMAND

Dear Clerk,

with respects to the Court order filed 6/12/08 and the Court memorandum opinion 6/27/08. I am hereby submitting U.S. Marshal form for the unserved defendant to be served through her Attorney by the Marshals office.

Counsel for this defendant is   EILEEN M. FORD  ID #2870
                     MARKS, O'NEILL, O'BRIEN & COURTNEY
                     913 N<sup>th</sup> MARKET ST. #800
                     Wilmington, Del. 19801

This 31st Day Of
2008

Respectfully
Dale Otis Palmer
DALE OTIS PALMER - Pro Se
JAMES T. VAUGHN CORR CENTER
1181 Paddock Rd
Smyrna, Del. 19977


RECEIVED
AUG -5 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE



I/M DALE OTIS PALMER - Pro'se
SBI# 125330   UNIT E
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal Mail

POSTAGE DUE
POSTAGE DUE NOT ACCEPTED BY THE ADDRESSEE.
RETURN TO SENDER FOR ADDITIONAL POSTAGE DUE _____

33¢

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
844 N. KING STREET LockBox #18
WILMINGTON, DEL.
19801