IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DALE OTIS PALMER,
    Plaintiff,

V

COMMISSIONER: STAN TAYLOR,
    et al
        Defendants.

Civ NO# 06-526-SLR

TRIAL BY JURY DEMAND

Dear Clerk,
with respects to the Courts order filed 6/12/08 and the courts memorandum opinion filed 6/27/08. I am hereby submitting U.S. Marshal forms for the unserved defendant to be served through his Attorney by the Marshals office
Counsel for this defendant is CATHERINE DAMAVANDI ID# 3823
    DEPUTY ATTORNEY GENERAL
    DEPT OF JUSTICE CARVEL STATE OFFICE
    820 N<sup>th</sup> FRENCH ST 6th FL Wilmington, Del. 19801

This 31st Day of July
2008

Respectfully
Dale Otis Palmer
DALE OTIS PALMER - Pro'se
JAMES T. VAUGHN CORR CENTER
1181 Paddock Rd
Smyrna, Del. 19977





I/M DALE OTIS PALMER-Proise
SBI# 125330   UNIT E
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal Mail

POSTAGE DUE NOT PAID POSTED DUE
BY THE ADDRESSEE.
RETURN TO SENDER FOR
ADDITIONAL POSTAGE
_____ DUE

334

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
844 N KING STREET LOCKBOX #18
WILMINGTON DELAWARE 19801