IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DALE OTIS PALMER,
    Plaintiff,

V.

COMMISSIONER: STAN TAYLOR,
   et al
    Defendants.

Civ NO# 06-576-SLR

TRIAL BY JURY DEMAND

Dear Clerk,

With respects to the Courts order filed 6/12/08 and the Courts Memorandum Opinion filed 6/27/08. I am hereby submitting U.S. Marshal forms for the unserved defendant to be served through his Attorney by the Marshals office.

Counsel for this defendant is CATHERINE DAMAVANDI ID# 3823
    DEPUTY ATTORNEY GENERAL
   DEPT OF JUSTICE CARVEL STATE OFFICE BLD
    820 N'th FRENCH ST. 6TH FL Wilmington, Del. 19801

This 31st Day Of July
2008

Respectfully

Dale O. Tis Palmer

DALE OTIS PALMER - Pro'se
JAMES T. VAUGHN CORR CENTER
1181 Paddock Rd
Smyrna, Del. 19977


FILED
AUG -6 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I/M DALE OTIS PALMER Pro Sr
SBI# 125330  UNIT E
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

POSTAGE DUE ___33¢___

Legal
Mail

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
844 N. KING STREET LOCKBOX 18
WILMINGTON, DEL,
_____19801_____