IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DALE OTIS PALMER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 06-576-SLR |
| | ) | |
| COMMISSIONER STAN TAYLOR, et al., | ) | JURY TRIAL REQUESTED |
| | ) | |
| | ) | |
| Defendants. | ) | |

**JOINDER OF STATE DEFENDANTS, TOM CARROLL AND JAMES WELCH, IN MEDICAL DEFENDANTS' MOTION TO STRIKE THE EX PARTE DECLARATIONS OF MARK SPRUANCE, GEORGE HASSETT <u>AND WAYNE DOWNING</u>**

State Defendants, Tom Carroll and James Welch, hereby join in the Motion to Strike pursuant to Fed.R. Civ. P. 12(f) the Ex Parte Declarations of Mark Spruance (D.I. 133), George Hassett (D.I. 134) and Wayne Downing (D.I. 135) filed by the Medical Defendants on or about August 5, 2008. (D.I. 139-141).

Wherefore, for the reasons stated in the Medical Defendants' Motion to Strike, State Defendants Tom Carroll and James Welch respectfully submit that the Ex Parte Declarations are not connected to any pending issue before this Honorable Court. Moreover, the Ex Parte declarations are not the appropriate means in which to present evidence to the Court.

|  |  |
|---|---|
|  | **DEPARTMENT OF JUSTICE**<br>**STATE OF DELAWARE**<br><br>/s/ Catherine Damavandi<br>Catherine Damavandi (ID # 3823)<br>Deputy Attorney General<br>Delaware Department of Justice<br>Carvel State Office Building<br>820 N. French Street, 6th Floor<br>Wilmington, DE 19801<br>Catherine.Damavandi@state.de.us<br>(302) 577-8400 |
| Dated: August 8, 2008 | Attorney for State Defendants |

## CERTIFICATE OF SERVICE

I hereby certify that on August 8, 2008, I electronically filed *State Defendants Tom Carroll and James Welch's Joinder in Medical Defendants' Motion to Strike Plaintiff's Ex Parte Declarations* with the Clerk of Court using CM/ECF which will send notification to Megan Trocki Mantzavinos, Esquire, and Eileen Ford, Esquire. I hereby certify that on August 8, 2008, I caused the herein document to be mailed by United States Postal Service to the following non-registered party:

Dale Otis Palmer
SBI #175330
James T. Vaughn Correctional Center
1181 Paddock Road
Smyrna, DE  19977

/s/ Catherine Damavandi
Catherine Damavandi (ID # 3823)
Deputy Attorney General
Delaware Department of Justice
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
Catherine.Damavandi@state.de.us
(302) 577-8400
Attorney for State Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DALE OTIS PALMER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 06-576-SLR |
| | ) | |
| COMMISSIONER STAN TAYLOR, et al., | ) | JURY TRIAL REQUESTED |
| | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

WHEREAS, the Court, having determined that Plaintiff's submissions of Ex Parte Declarations are not connected to any pending issue before this Honorable Court; and

WHEREAS, Fed. R. Civ. P. 12(f) provides that the Court may strike immaterial matter on its own or upon a party's motion;

IT IS ORDERED this _____ day of August, 2008, that Plaintiff's Ex Parte Declarations are hereby stricken.

_____
The Honorable Sue L. Robinson