# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DALE OTIS PALMER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C. A. No. 06-576-SLR |
| ) | |
| COMMISSIONER STANLEY TAYLOR, ) | JURY TRIAL REQUESTED |
| et al., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF DEPOSITION

TO:   Dale Otis Palmer, Inmate
      SBI #175330
      James T. Vaughn Correctional Center
      1181 Paddock Road
      Smyrna, DE  19977

**PLEASE TAKE NOTICE** that the oral deposition of Dale Otis Palmer will be taken by Catherine Damavandi, Deputy Attorney General, and Eileen M. Ford, Esq. on Thursday, August 28, 2008 at 10:30 a.m. The deposition will take place at the James T. Vaughn Correctional Center at 1181 Paddock Rd. in Smyrna, DE 19977, and will be transcribed by a professional reporter.

| | |
|---|---|
| /s/ *Eileen M. Ford*_____ | /s/ *Catherine Damavandi*_____ |
| Eileen M. Ford , Esq. (ID#2870) | Catherine Damavandi (ID # 3823) |
| eford@mooclaw.com | catherine.damavandi@state.de.us |
| Megan Trocki Mantzavinos, Esq. (ID#3802) | Deputy Attorney General |
| mmantzavinos@mooclaw.com | State of Delaware |
| Marks, O'Neill, O'Brien & Courtney, P.C. | Department of Justice |
| 913 North Market Street, Suite 800 | 820 N. French Street, 6th Floor |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 658-6538 | (302) 577-8400 |
| Attorneys for Ihouma Chuks, | Attorney for Thomas Carroll and |
| John Durst, Frederic Vandusen, | James Welch |
| and Correctional Medical Services, Inc. | |

{DE114667.1}

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| DALE OTIS PALMER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 06-576-SLR |
| | ) | |
| COMMISSIONER STANLEY TAYLOR, et al., | ) | JURY TRIAL REQUESTED |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

We hereby certify that on August 12, 2008, we electronically filed the within *Notice of Deposition* of Dale Otis Palmer with the Clerk of Court using CM/ECF. We further certify that on August 12, 2008, we caused the within document to be mailed by United States Postal Service to the following non-registered party:

> Dale Otis Palmer
> SBI #175330
> James T. Vaughn Correctional Center
> 1181 Paddock Road
> Smyrna, DE  19977

/s/ *Eileen M. Ford*
Eileen M. Ford , Esq. (ID#2870)
eford@mooclaw.com
Megan Trocki Mantzavinos, Esq. (ID#3802)
mmantzavinos@mooclaw.com
Marks, O'Neill, O'Brien & Courtney, P.C.
913 North Market Street, Suite 800
Wilmington, DE 19801
(302) 658-6538
Attorneys for Ihouma Chuks,
John Durst, Frederic Vandusen,
and Correctional Medical Services, Inc.

/s/ *Catherine Damavandi*
Catherine Damavandi (ID # 3823)
catherine.damavandi@state.de.us
Deputy Attorney General
State of Delaware
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
Attorney for Thomas Carroll and
James Welch