IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DALE OTIS PALMER,

Plaintiff,

v.

COMMISSIONER: STAN TAYLOR,
WARDEN: THOMAS CARROLL,
MEDICAL DIRECTOR: JAMES WELCH,
et al   defendants.

Civil Action No. 06-526-SLR

FILED
AUG 1 2 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## MOTION FOR DISCOVERY
FED.R.CIV.P. 34  And RULE 26

The above named plaintiff Dale Palmer who is pro'se hereby files this motion for discovery seeking the present or last know addresses of the defendants who are not yet served in the above captioned civil action. Each defendant listed below is being represented by counsel located in the state of Delaware. The plaintiff does not personally need this information;- But it is needed by the U.S. Marshal's office to complete service as ordered by the court;- And that it is acceptable to have the addresses provided directly to the marshal if state defendants or the medical defendants prefer. The plaintiff is requesting the current or last know addresses of Defendants - ROBERTA BURNS) who is represented by - MARKS-ONEILL-OBRIAN & COURTNEY - Lead attorney EILEEN FORD at 913 North Market Street Suite #800 Wilmington, Del. 19801. The plaintiff is also requesting the same of defendants Paul Howard and Stan Taylor who are both being represented by the state of Delaware department

of justice at 820 NORTH FRENCH STREET WILMINGTON DELAWARE 19801, Lead attorney CATHERINE DAMAVANDI.

If either defendant moves in opposition to this motion for discovery the plaintiff requests leave of the court to serve all named defendants through there Lawyers.

Defendants Taylor, Howard, and Burns have all made responses through the above named legal counsel therefore the plaintiff motion for discovery should be granted as the court sees nessasary. If defense counsel or the unserved defendants will not agree the plaintiff suggests an alternative to providing the U.S. Marshal with the actual addresses.

Wherefore the plaintiff prays this motion for discovery be granted.

CC: U.S. DISTRICT COURT OF DELAWARE
DEPARTMENT OF JUSTICE OF DELAWARE
MARKS-ONEILL-OBRIAN & COURTNEY

Respectfully
Dale O. Palmer
Dale Otis Palmer
DALE OTIS PALMER
125330 Unit #E
J.T. VAUGHN CORR CENTER
1181 Paddock Rd
SMYRNA, DEL. 19977

This 10th Day of August 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DALE OTIS PALMER,

    Plaintiff,

v.

COMMISSIONER: STAN TAYLOR,
et al. Defendants.

Civil Action 06-576-SLR

JURY TRIAL REQUESTED

## DECLARATION
### IN SUPPORT OF MOTION FOR DISCOVERY - FED. R. CIV. P. 34 AND 26

I Dale Palmer declares that I am A Inmate at the James T. Vaughn Correctional Center and hereby files this declaration in support of the motion for discovery. I am suffering from an ongoing lack of medical treatment which was diagnosed in 1988. There is no dispute as to who any of the defendants were or are employed by. The facts that are issues of dispute is I was never given treatment for Hepatitis-C or A Biopsy and that treatment for Hepatitis-B was incomplete and medical doctors are still refusing to administer the required shots. Further-more as resent as 10/2/05 Doctor: Burns (ROBERTA BURNS) was still employed by C.M.S. (CORRECTIONAL MEDICAL SERVICES) And I was scheduled to see her by A Nurse Practioner on 10/12/05 inwhich hasn't occured as of this date 8/10/08. I have tried to comply with the Court order of 6/26/08 But Counsel for the defendants are continuing to block my efforts in serving the remaining defendants. I declare under the penalty of perjury that this declaration is true and correct to the best of my knowledge. Executed at the J.T.V. CORRECTIONAL CENTER 1181 Paddock Rd Smyrna, Del. 19977

This 10th Day of August 2008

Dale Otis Palmer
175330 Unit #E
JTV CORR CENTER
1181 Paddock Rd
Smyrna, Del 19a--

## Certificate of Service

I, DALE OTIS PALMER, hereby certify that I have served a true and correct cop(ies) of the attached: MOTION FOR DISCOVERY And supporting Declaration upon the following parties/person (s):

TO: UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
844 N KING ST. LOCKBOX #18
WILMINGTON, DEL.
19801

TO: EILEEN M. FORD ESQ
MARKS, ONEILL-OBRIEN & COURTNEY
913 N. MARKET ST. SUITE #800
WILMINGTON, DEL.
19801

TO: CATHERINE DAMAVANDI ESQ
DEPARTMENT OF JUSTICE
820 N. FRENCH ST.
WILMINGTON, DEL.
19801

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this 10th day of August, 2008

Dale Otis Palmer

I/M DALE O. PALMER - Pro'se
SBI# 125330   UNIT E
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal
Mail

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
844 N. KING ST. - LOCKBOX #18
WILMINGTON, DEL.
19801