

**JOSEPH R. BIDEN, III**
**ATTORNEY GENERAL**

**DEPARTMENT OF JUSTICE**
**NEW CASTLE COUNTY**
**CARVEL STATE BUILDING**
**820 N. FRENCH STREET**
**WILMINGTON, DE  19801**

**CRIMINAL DIVISION (302) 577-8500**
**FAX: (302) 577-2496**
**CIVIL DIVISION (302) 577-8400**
**FAX: (302) 577-6630**
**TTY: (302) 577-5783**

**PLEASE REPLY TO:** **(302) 577-8400**

August 14, 2008

Clerk of Court
U.S. District Court, District of Delaware
844 N. King Street
Wilmington, DE  19801

      *RE:*   *Palmer v. Taylor,* C.A. No. 06-576-SLR

Dear Clerk of Court:

      The Plaintiff in this matter has made a request, reflected in the docket of the above-referenced case on August 6, 2008, that service for Defendant Paul Howard "be accepted by Catherine Damavandi."  Please be advised that I will not accept service for any named defendant in this, or any other, action.

      Thank you very much.

                                    Very truly yours,

                                    */s/ Catherine Damavandi*

                                    Deputy Attorney General, ID#3823

cc:   Dale Otis Palmer, SBI#00175330 (by U.S. Mail)
       Barbara Fahey, U.S. Marshal's Office (by U.S. Mail)
       Eileen Ford, Esq. (by CM/ECF)
       Megan T. Mantavinos, Esq. (by CM/ECF)