IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DALE OTIS PALMER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 06-576-SLR |
| | ) |
| COMMISSIONER STAN TAYLOR, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

WHEREAS, the depositions of defendants Thomas Carroll, James Welch, Ihoma Chuks,[1] and Frederick VanDusen having taken place,

NOW THEREFORE, IT IS HEREBY ORDERED this 26th day of August, 2008 that plaintiff's deposition questions found at D.I. 121, 122, 123, and 124 are unsealed.

_____
UNITED STATES DISTRICT JUDGE

---

[1] The correct spelling is Ihuoma Chuks. The clerk of the court is directed to correct the docket.