IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DALE OTIS PALMER, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C. A. No. 06-576-SLR |
| | : | |
| COMMISSIONER STAN TAYLOR, | : | |
| WARDEN THOMAS CARROLL, and | : | |
| MEDICAL DIRECTOR JAMES WELCH, | : | |
| et al. | : | |
| | : | |
| Defendants. | : | |

## ENTRY OF APPEARANCES

PLEASE ENTER THE APPEARANCES of Megan T. Mantzavinos, Esquire and Eileen M. Ford, Esquire as attorneys for **Defendant Lawrence McDonald**.  This Entry of Appearances shall not be considered to be a waiver of any jurisdictional defects in service upon Defendant. Defendant specifically reserves the right to raise jurisdictional, or service, venue, or statute of limitations defects which may be available and to answer, object, or otherwise plead.

    MARKS, O'NEILL, O'BRIEN &
    COURTNEY, P.C.

    /s/ Megan T. Mantzavinos
    MEGAN T. MANTZAVINOS, ESQUIRE (NO. 3802)

    /s/ Eileen M. Ford
    EILEEN M. FORD, ESQUIRE (NO. 2870)
    913 Market Street, #800
    Wilmington, DE  19801
    (302) 658-6538
    *Attorneys for Defendant*
    *Lawrence McDonald*

DATED:  September 8, 2008

{DE116475.1}

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DALE OTIS PALMER, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | C. A. No. 06-576-SLR |
| : | |
| COMMISSIONER STAN TAYLOR, : | |
| WARDEN THOMAS CARROLL, and : | |
| MEDICAL DIRECTOR JAMES WELCH, : | |
| et al., : | |
| : | |
| Defendants. : | |

**CERTIFICATE OF SERVICE**

      I, Eileen M. Ford, hereby certify that on September 8, 2008, I electronically filed the Entry of Appearances with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Catherine Damavandi, Esquire (ID 3823)
Department of Justice
Carvel State Office Building
820 North French Street
Wilmington, DE 19801
VIA ELECTRONIC MAIL

{DE116482.1}

I have served via first class mail two copies of the Entry of Appearances to the Pro Se Defendant:

    Inmate Dale Otis Palmer, *Pro Se*
    SBI #175330
    Delaware Correctional Center
    1181 Paddock Road
    Smyrna, DE 19977
    Via First Class US Mail

    */s/ Eileen M. Ford*
    Eileen M. Ford, Esquire (I.D. No. 2870)
    Marks, O'Neill, O'Brien & Courtney, P.C.
    913 North Market Street, #800
    Wilmington, DE 19801
    (302) 658-6538
    *Attorney for Defendant Lawrence McDonald*

{DE116482.1}